# EXHIBIT A

**THIS IS A TRUE AND CERTIFIED COPY OF POLICY** LHT918637

## COMMON POLICY DECLARATIONS

*(RSUI)*

COMPANY NAME:  Landmark American Insurance Company

BRANCH ADDRESS:  945 East Paces Ferry Road, Suite 1800, Atlanta, GA  30326-1160

POLICY NO.:  LHT918637                    RENEWAL OF:  LHT913463

**NAMED INSURED AND MAILING ADDRESS:**          **PRODUCER:**

Windsor Court Hotel Partners, LLC
(Name Incomplete - as per Primary Policy)
Attn: Charles Riels
100 Conti Street
New Orleans, LA 70130

**POLICY PERIOD:** From ___6/1/2021___ To ___6/1/2022___  12:01 A.M. Standard Time at your Mailing Address above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| COVERAGE PARTS | PREMIUM | COMM. |
|---|---|---|
| **Commercial Property** | REDACTED | DO NOT WRITE IN THIS AREA |
| STATE ASSESSMENTS & FEES | | |
| TOTAL | | |

**FORMS APPLICABLE TO ALL COVERAGE PARTS:**

SEE SCHEDULE OF POLICY ATTACHMENTS AND FORMS, RSG 94106 1009

**BUSINESS DESCRIPTION:** Hotel

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE FORMS(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE CONTRACT OF INSURANCE.

Countersigned: ___June 21, 2021___  By: _____
                    Date        bhm              Authorized Representative

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

RSG 40003 0913

A member of Alleghany Insurance Holdings LLC

LAIC000001

| | |
|---|---|
| Policy Number: | LHT918637 |
| Insurer: | Landmark American Insurance Company |
| Named Insured: | Windsor Court Hotel Partners, LLC |

## NOTICE - REJECTION OF TERRORISM COVERAGE

Coverage has been "rejected" by the Insured for all acts of terrorism including but not limited to "certified acts of terrorism" under the federal Terrorism Risk Insurance Act.

A member of Alleghany Insurance Holdings LLC
LAIC000002

## State Fraud Statements
## Fraud Statements – Signature Required for New York Only

### ARKANSAS, LOUISIANA, RHODE ISLAND, TEXAS AND WEST VIRGINIA FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

### ALASKA FRAUD STATEMENT

A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete, or misleading information may be prosecuted under state law.

### ALABAMA FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

### ARIZONA FRAUD STATEMENT

For your protection Arizona law requires the following statement to appear on this form.  Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

### CALIFORNIA FRAUD STATEMENT

For your protection, California law requires that you be made aware of the following: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

### COLORADO FRAUD STATEMENT

It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

### DELAWARE FRAUD STATEMENT

Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

### DISTRICT OF COLUMBIA FRAUD STATEMENT

**WARNING:** It is a crime to provide false, or misleading information to an insurer for the purpose of defrauding the insurer or any other person.  Penalties include imprisonment and/or fines.  In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

### FLORIDA FRAUD STATEMENT

Any person who knowingly and with intent to injure, defraud or deceive any insurer, files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

A member of Alleghany Insurance Holdings LLC

**HAWAII FRAUD STATEMENT**

For your protection, Hawaii law requires you to be informed that any person who presents a fraudulent claim for payment of a loss or benefit is guilty of a crime punishable by fines or imprisonment, or both.

## IDAHO FRAUD STATEMENT

Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

## INDIANA FRAUD STATEMENT

Any person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

## KANSAS FRAUD STATEMENT

An act committed by any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written, electronic, electronic impulse, facsimile, magnetic, oral, or telephonic communication or statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto.

## KENTUCKY FRAUD STATEMENT

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

## MAINE FRAUD STATEMENT

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

## MARYLAND FRAUD STATEMENT

Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

## MINNESOTA FRAUD STATEMENT

Any person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

## NEW HAMPSHIRE FRAUD STATEMENT

Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

## NEW JERSEY FRAUD STATEMENT

Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

## NEW MEXICO FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

A member of Alleghany Insurance Holdings LLC

LAIC000004

**OHIO FRAUD STATEMENT**

Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

### OKLAHOMA FRAUD STATEMENT

**WARNING:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

### OREGON FRAUD STATEMENT

Any person who knowingly files a claim containing a false or deceptive statement for payment of a loss or benefit or knowingly presents materially false information in an application for insurance may be guilty of a crime and may be subject to fines and confinement in prison.

### PENNSYLVANIA FRAUD STATEMENT

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

### PUERTO RICO FRAUD STATEMENT

Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

### TENNESSEE, VIRGINIA, AND WASHINGTON FRAUD STATEMENT

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

### SIGNATURE REQUIRED

### NEW YORK FRAUD STATEMENT

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

_____

Insured/Applicant/Claimant

_____

By (Authorized Representative)

_____

Title

_____

Date

A member of Alleghany Insurance Holdings LLC

LAIC000005

# *IMPORTANT NOTICE*

---

### LOUISIANA SURPLUS LINES DISCLOSURE NOTICE

This insurance policy is delivered as surplus lines coverage under the Louisiana Insurance Code.

In the event of the insolvency of the company issuing this contract, the policyholder or claimant is not covered by the Louisiana Insurance Guaranty Association or the Louisiana Life and Health Insurance Guaranty Association, which guarantee only specific types of policies issued by insurance companies authorized to do business in Louisiana.

This surplus lines policy has been procured by the following licensed Louisiana surplus lines broker:

---

**Signature of Licensed Louisiana Surplus Lines Broker
or Authorized Representative**

---

**Printed Name of Licensed Louisiana Surplus Lines Broker**

LAIC000006

## *IMPORTANT NOTICE*

## IMPORTANT INFORMATION REQUIRED BY THE LOUISIANA DEPARTMENT OF INSURANCE

### Fire Insurance Policy Coverage Disclosure Summary
**(other than Homeowners)**

### Or

### Commercial Property Insurance Policy Coverage Disclosure Summary
This form was promulgated pursuant to LSA-R.S. 22:1319

**THIS IS ONLY A SUMMARY OF YOUR COVERAGE AND DOES NOT AMEND, EXTEND, OR ALTER THE COVERAGES OR ANY OTHER PROVISIONS CONTAINED IN YOUR POLICY. INSURANCE IS A CONTRACT. THE LANGUAGE IN YOUR POLICY CONTROLS YOUR LEGAL RIGHTS AND OBLIGATIONS.**

**\*\*READ YOUR INSURANCE POLICY FOR COMPLETE POLICY TERMS AND PROVISIONS\*\***

### COVERAGE(S) FOR WHICH PREMIUM WAS PAID

**ALL COVERAGE PARTS**

### LIMITATION UNDER THIS POLICY

**NAMED STORM**

### DEDUCTIBLES

This policy sets forth certain deductibles that will be applied to claims for damages. When applicable, a deductible will be subtracted from your total claim and you will be paid the balance subject to applicable coverage limits.

\*\*You may be able to reduce your premium by increasing your deductible. Contact your producer (agent) or insurer for details.

NOTICE:    This policy **DOES NOT** set forth a separate deductible for covered losses caused by **NAMED STORM** as defined in the policy. Please see your policy to determine the amount of the deductible that will apply to any claim for damage caused by **NAMED STORM.**

### *Separate Deductible Examples – Hurricane, Wind or Named Storm Damage*

If applicable, the following illustrates how a separate deductible applying to hurricane, wind or named storm damage is applied under your policy:

The following assumes no co-insurance penalty and a 2% hurricane, wind, or named storm deductible. The amounts of loss to the damaged property are $50,000 (building) and $20,000 (business personal property).

**Policy No.:  LHT918637**        **Effective:** 6/1/2021

RSG 99108 0417

| | |
|---|---|
| Limits of insurance on building | $100,000.00 |
| Total amount of building loss | $50,000.00 |
| Less 2% deductible ($100,000 X .02) | -$2,000.00 |
| Net payment to insured for building loss | $48,000.00 |
| | |
| Limits of insurance on the building personal property | $50,000.00 |
| Total amount of business personal property loss | $20,000.00 |
| Less 2% deductible ($50,000 X .02) | -$1,000.00 |
| Net payment to insured for business personal property loss | $19,000.00 |
| | |
| Total net payment to insured for building and personal property loss ($48,000 + $19,000) | $67,000.00 |

TO SEE EXACTLY HOW YOUR SEPARATE HURRICANE, WIND OR NAMED STORM DEDUCTIBLE WILL APPLY, PLEASE REFER TO YOUR POLICY.

## UNDER THIS POLICY

FLOOD – Flood water includes, but is not limited to, storm surge, waves, tidal water, overflow of a body of water, whether driven by rain or not.

*Flood Insurance* may be available through the National Flood Insurance Program (NFIP). NFIP flood insurance may provide coverage for damage to your dwelling or building and/or contents subject to the coverage limits and terms of the policy.

*Excess Flood Insurance* may be available under a separate policy, from this or another insurer, if the amount of the primary flood insurance is not enough to cover the value of your property.

- You may contact your producer (agent) or insurer for more information on the National Flood Insurance Program (NFIP) and Excess Flood Insurance.

MOLD – Damage caused solely by mold is not covered under this policy.

**\*\* FOR ALL OTHER LIMITATIONS OR EXCLUSIONS REFER TO YOUR POLICY FOR COMPLETE DETAILS ON TERMS AND PROVISIONS\*\***

LANDMARK AMERICAN INSURANCE COMPANY

*This Endorsement Changes The Policy.  Please Read It Carefully.*

<u>**SCHEDULE OF POLICY ATTACHMENTS AND FORMS**</u>

| <u>Form Number</u> | <u>Form Title</u> |
|---|---|
| RSG 94062 1009 | Excess Physical Damage Schedule |
| | Endorsement No. 1 - Named Storm Definition |
| | Endorsement No. 2 |
| RSG 91002 1116 | Excess Physical Damage Coverage Form |
| RSG 94011 0407 | Service Of Suit |
| RSG 94056 0304 | Cancellation Clause |
| RSG 94060 0515 | Scheduled Limit Of Liability |
| RSG 94095 0512 | Minimum Earned Premium (Insureds with Coastal Property) |
| RSG 94147 0220 | Appraisal Clause Amendment |
| RSG 96004 0210 | Exclusion And Limited Additional Coverage For Fungus |
| RSG 96005 0817 | Exclusion of Terrorism |
| RSG 96013 1003 | Asbestos Exclusion |
| RSG 96014 0504 | Exclusion of Pathogenic or Poisonous Biological or Chemical Materials |
| RSG 96066 0121 | Cyber, Electronic Data and Systems Exclusion |
| IL 0017 1198 | Common Policy Conditions |

**Policy No.:**  LHT918637

RSG 94106 1009

LANDMARK AMERICAN INSURANCE COMPANY

*This Endorsement Changes The Policy.  Please Read It Carefully.*

# EXCESS PHYSICAL DAMAGE SCHEDULE

<u>Item</u>

1.    Named Insured:    Windor Court Hotel Partners, LLC

                              (Name Incomplete - as per Primary Policy)

2.    Addresses of Insured Premises:    300 Gravier Street

                                       New Orleans, LA 70130

3.    Perils Covered:    Windstorm or Hail associated with a Named Storm

                                   Excluding Terrorism

4.    Property Covered:    Building

                              Personal Property

                              Business Income with Extra Expense other than "Rental Value"

                              Commercial Fine Arts

5.    Primary Insurers and Policy Numbers:    Continental Casualty Company

                                                    Policy No. RMP 6023381009

**Policy No.:** LHT918637    **Effective:** 6/1/2021

6.    Primary Limits and Underlying Excess Limits:    $50,000,000 per occurrence

7.    Limit Insured:    $27,000,000 per occurrence, subject to conditions of the Scheduled Limit of Liability form

        *Sublimits:

        *Sublimits are part of, not in addition to, the Limit Insured.

8.    Notification of Claims to:        RSUI Group, Inc.

                                945 East Paces Ferry Road

                                Suite 1800

                                Atlanta, GA 30326

                                Attn: Claims Department

**LANDMARK AMERICAN INSURANCE COMPANY**

---

*This Endorsement Changes The Policy.  Please Read It Carefully.*

### AMENDATORY ENDORSEMENT

It is hereby agreed the following **Definition of Named Storm** is made part of this policy:

The term "Named Storm" shall mean a weather condition that has been declared by the U.S. National Weather Service to be a hurricane, typhoon, tropical storm or cyclone that results in loss or damage to Insured property directly or indirectly by:

1.  the force of wind caused by or resulting from a "Named Storm"; or

2.  any material, object or debris that is carried, propelled or in any manner moved by a "Named Storm"; or

3.  hail, lightning or tornado(es) that are a result of actions or effects of a   "Named Storm"; or

4.  rain or water, whether the rain or water is driven by wind or not, that enters the insured property through an opening(s) created by the force of wind from a "Named Storm"; or

5.  water inundation, storm surge or "Flood" as defined herein, if insured by this policy, including loss or damage from the destruction or breaching of any levee, dam or dike as a result of actions or effects of a "Named Storm".

If more than one "Named Storm" occurs within any period of 72 hours during the term of this Policy, such "Named Storm" shall be deemed to be a single "occurrence" within the meaning of this Policy. The Insured may determine the beginning of such 72 hour period.

Should any "Named Storm" commence prior to the expiration of this Policy and extend beyond the expiration date of this Policy, this Policy shall pay for all such losses occurring during such period as if such period fell entirely within the term of this Policy. But the Insurer shall not be liable for any loss commencing before the effective date and time or commencing after the expiration date and time of this Policy.

Notwithstanding whether or not the loss location is situated within a SFHA designated flood zone, the limits and deductibles applicable to "Named Storm" shall apply.

---

**Endorsement No.:  1**                    **Policy No.:** LHT918637          **Effective:**  6/1/2021

**LANDMARK AMERICAN INSURANCE COMPANY**

*This Endorsement Changes The Policy.  Please Read It Carefully.*

## AMENDATORY ENDORSEMENT

It is hereby agreed this policy will allow the primary limits to be eroded by Named Storm in the Master program for Crow Holdings per statement of values submitted to Company on 5/8/2020.

It is further agreed in any occurrence where loss or damage is caused by a Named Storm insured against under this policy, or at more than one location insured under this policy, the Insured shall have the right to separate the loss amount by location and coverage, for the purposes of application of the limits and deductible(s) specified, notwithstanding the above reference to two or more deductibles.

**Endorsement No.: 2**                    **Policy No.:** LHT918637          **Effective:** 6/1/2021

# EXCESS PHYSICAL DAMAGE COVERAGE FORM

**Notwithstanding any provision(s) contained within the primary or underlying policies to the contrary, this policy is amended as follows:**

**1. INSURING CLAUSE:**

Subject to the limitations, terms and conditions contained in this Policy or added hereto, the Company agrees to indemnify the Insured named in the Excess Physical Damage Schedule ("Schedule") herein in respect of direct physical **loss** or damage to the property described in the Schedule while located or contained as described in the Schedule, occurring during the period stated in the Schedule and caused by any of such perils as are set forth in Item 3 of the Schedule, and which are also covered by and defined in the policy(ies) specified in the Schedule and issued by the "Primary Insurer(s)" stated therein.

**2. LIMIT:**

Provided always that liability attaches to the Company only after any self-insured retention, any primary and underlying deductibles have been applied, and the primary and underlying excess insurer(s) have paid or have admitted liability for the full amount of their respective **ultimate net loss** liability as set forth in Item 6 of the Schedule and designated "Primary and Underlying Excess Limit(s)" and then the limits of the Company's liability shall be those set forth in Item 7 of the Schedule under the designation "Limit Insured" and the Company shall be liable to pay the **ultimate net loss** up to the full amount of such "Limit Insured."

The maximum recovery in any one occurrence for any coverage(s) or peril(s) subject to a sublimit shall be that sublimit provided by the primary and/or underlying excess policy(ies) and in no event shall the Company be liable for any amounts over the sublimit contained within the primary and/or underlying excess policy(ies) for the coverage(s) or peril(s) to which that sublimit applies.

In the event that any perils against which this Policy insures are subject to an aggregate limit in the primary and/or underlying excess policy(ies), liability attaches to the Company only in the event that:

(a) The **Ultimate Net Loss** exceeds the "Primary and Underlying Excess Limit(s)" as a result of **loss** or damage arising out of a single occurrence; or

(b) Item 6 of the Schedule specifies that the "Primary and Underlying Excess Limit(s)" apply on an aggregate basis for the peril which caused the loss or damage.

**3. DEFINITIONS:**

(a) **Loss:** The word **Loss** shall mean a loss or series of losses arising out of one event or occurrence.

(b) **Ultimate Net Loss:** The words **Ultimate Net Loss** shall mean the loss sustained by the Insured as a result of the happening of the perils covered by this Policy after making deductions for all salvages, recoveries, self-insured retentions and other valid and collectible insurance [other than recoveries under the policy(ies) of the primary and underlying excess insurer(s)].

(c) **Earth Movement**

1) **Earthquake**, including any earth sinking, rising or shifting related to such event;

2) Landslide, including any earth sinking, rising or shifting related to such event;

3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

5) Volcanic eruption, meaning the eruption, explosion or effusion of a volcano.

(d) **Earthquake**

1) Quaking, vibratory or undulating movement of a portion of the earth's crust, produced by tectonic or underground volcanic forces or by breaking, shaking, trembling or shifting of rock beneath the earth's crust. This definition of Earthquake does not include subsidence, landslide, rock slide, mudflow, earth rising, earth sinking, earth shifting or settling; unless, as a direct result of such Earthquake.

Earthquake shock shall be defined as the sum total of all the Insured's losses attributable directly from the peril of Earthquake sustained during any period of seventy two (72) consecutive hours by reason of one Earthquake shock or a series of Earthquake shocks.

2) Volcanic eruption, meaning the eruption, explosion or effusion of a volcano. All volcanic eruptions that occur within any one hundred sixty eight (168) hour period will constitute a single occurrence.

(e) **Flood**

1) Flood, surface water, rising waters, waves, tides, tidal waves, storm surge, overflow of any body of water or their spray, all whether driven by wind or not;

2) Mudslide or mudflow;

3) Water that backs up or overflows from any sewer or drain;

4) Water that seeps, leaks or flows from below the surface of the ground;

5) The rising, overflowing or breaking of boundaries of natural or man-made bodies of water;

6) The release of water held by a dam, levee or dike or by a water or flood control device;

7) The release of water caused by the Acts, Errors or Omissions by you or others in the design, specifications, workmanship, repair, construction, or renovation of all or any part of a water or flood control device, levee, dam or dike;

8) Inundation of normally dry land by natural or man-made causes;

9) Water inundation from any cause whatsoever.

However, **Flood** does not include the accidental discharge or leakage of water as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance.

## 4. PRIORITY OF PAYMENTS / APPLICATION OF RECOVERIES:

There is no recovery under this excess policy as respects the coverage(s) or peril(s) which are sublimited within the primary and/or underlying excess policies to amounts less than or equal to the amount set forth in Item 6 of the Schedule, nor for those coverages excluded in this excess policy; however, the Company recognizes that the primary and underlying excess policy limits can be eroded or exhausted, wholly or partially, by application of said sublimits.

All salvages, recoveries or payments recovered or received subsequent to a loss settlement under this Policy shall be applied as if recovered or received prior to such settlement and all necessary adjustments shall then be made between the Insured and the Company; provided always that nothing in this Policy shall be construed to mean that losses under this Policy are not recoverable until the Insured's **ultimate net loss** has been fully ascertained.

## 5. DROP DOWN CLAUSE:

In the event of reduction or exhaustion of the underlying aggregate limit(s) provided for **Flood** and/or **Earthquake**, such insurance if afforded by this Policy shall apply in excess of such reduced underlying limit(s), or if such limit is exhausted, shall apply as underlying insurance, notwithstanding anything to the contrary in the terms and conditions of this Policy. Sublimited coverages provided in the primary or underlying excess policies may contribute to the exhaustion of the underlying aggregate limit(s) provided for **Flood** and/or **Earthquake**; however, this excess layer will not drop down over or expand those sublimited amounts.

In the event of exhaustion of the underlying aggregate limit(s) provided for **Flood** and/or **Earthquake**, the deductible applicable to coverage if provided by this Policy for such peril(s) shall be the same as the deductible(s) stated in the primary policy.

In no event, shall this Company be liable for more than the "Limit Insured" as set forth in Item 7 of the Schedule.

**6.  MAINTENANCE OF PRIMARY INSURANCE:**

In respect of the perils hereby insured against, this Policy follows the form of and is subject to the same warranties, terms and conditions (except as regards the premium, the amount and limits of liability other than the deductible or self-insurance provision where applicable, and the renewal agreement, if any; and EXCEPT AS OTHERWISE PROVIDED HEREIN) as are contained in or as may be added to the policy(ies) of the primary insurer(s) prior to the happening of a loss for which claim is made hereunder, and should any alteration be made in the premium for the policy(ies) of the primary insurer(s), then the premium hereon shall be adjusted accordingly.

It is a condition of this Policy that the policy(ies) of the primary insurer(s) and underlying excess insurer(s) shall be maintained in full effect during the currency of this Policy except for any reduction or exhaustion of the aggregate limits contained therein solely by payment of losses during the Policy year.

**7.  CANCELLATION:**

This insurance may be cancelled by the Insured at any time by written notice or by surrender of this Policy.

This insurance may also be cancelled by or on behalf of the Company by delivering to the Insured or by mailing to the Insured, by registered, certified or other first class mail, at the Insured's address as shown on this insurance, written notice stating when, not less than 30 days (10 for non-payment of premium) thereafter, the cancellation shall be effective.

The mailing of such notice as aforesaid shall be sufficient proof of notice and this insurance shall terminate at the date and hour specified in such notice.

If this insurance shall be cancelled by the Insured, the Company shall retain the customary short rate proportion of the premium hereon except that if this insurance is on an adjustable basis, the Company shall receive the earned premium hereon or the customary short rate proportion of any minimum premium stipulated herein, whichever is the greater.

If this insurance shall be cancelled by or on behalf of the Company, the Company shall retain the pro rata proportion of the premium hereon, except that if this insurance is on an adjustable basis, the Company shall receive the earned premium hereon or the pro rata proportion of any minimum stipulated therein, whichever is greater.

Payment or tender of any unearned premium by the Company shall not be a condition precedent to the effectiveness of cancellation, but such payment shall be made as soon as practicable.

If the period of limitation relating to the giving of notice is prohibited or made void by any law controlling the construction thereof, such period shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

**8.  NOTIFICATION OF CLAIMS:**

The Insured, upon knowledge of any occurrence likely to give rise to a claim hereunder, shall give immediate written notice thereof to the person(s) or firm named for the purpose in the schedule.

**9.  EXCLUSIONS:**

(a)  Pollution

Notwithstanding any provision to contrary in any underlying policy whether primary or excess, this Policy does not cover loss or damage caused directly or indirectly by or resulting from release, discharge or dispersal of contaminants or pollutants or the cost of cleaning up polluting and contaminating substances. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

(b)  Perils Excluded in Item 3 of the Schedule

Notwithstanding any provision to the contrary in any underlying policy whether primary or excess, this Policy does not cover loss or damage caused directly or indirectly by the perils which are specifically excluded in Item 3 of the Schedule.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

---

*This Endorsement Changes The Policy.  Please Read It Carefully.*

## SERVICE OF SUIT

It is agreed that in the event of the failure of this Company to pay any amount claimed to be due hereunder, this Company, at the request of the Insured, will submit to the jurisdiction of any Court of Competent Jurisdiction within the United States. Nothing in this condition constitutes or should be understood to constitute a waiver of the Company's rights to commence an action in any Court of competent jurisdiction in the United States, to remove an action to a United States District Court or seek a transfer of a case to another Court as permitted by the laws of the United States or of any state in the United States, moreover, this endorsement is not an agreement that the law of a particular jurisdiction applies to any dispute under the policy. It is further agreed that service of process in such suit may be made upon the highest one in authority bearing the title "Commissioner", "Director" or "Superintendent" of Insurance of the state or commonwealth wherein the property covered by this policy is located, and that in any suit instituted against it upon this contract this Company will abide by the final decision of such Court or any Appellate Court in the event of an appeal.   The one in authority bearing the title "Commissioner", "Director" or "Superintendent" of Insurance of the state or commonwealth wherein the property covered by this policy is located is hereby authorized and directed to accept service of process on behalf of this Company in any such suit and/or upon the Insured's request to give a written undertaking to the Insured that they will enter a general appearance upon this Company's behalf in the event such a suit shall be instituted.

**Policy No.:  LHT918637       Effective:  6/1/2021**

RSG 94011 0407

LAIC000017

*This Endorsement Changes The Policy.  Please Read It Carefully.*

# CANCELLATION CLAUSE

This endorsement modifies insurance provided under the following:

**ALL COVERAGE PARTS**

This policy may be cancelled by the Insured by surrender thereof to the Company or by mailing to the Company written notice stating when thereafter such cancellation shall be effective. This policy may be cancelled by the Company by mailing to the Insured at the address shown in this policy or last known address, written notice, with or without tender of the excess or paid premium above the pro rata premium for the expired time, stating when, not less than ninety (90) days thereafter, or not less than ten (10) days in the event of non-payment  of premiums, such cancellation  shall  be  effective.  The mailing of notice aforesaid shall be sufficient proof of notice. The effective date and hour of cancellation stated in the notice, whether by the Insured or this Company, shall be equivalent to mailing. If the Insured cancels, earned premiums shall be computed in accordance with    the customary short rate table and procedure.  If the Company cancels, earned premiums shall be computed pro rata. Premium adjustment may be made as soon as practicable after cancellation becomes effective.

**Policy No.:**  LHT918637        **Effective:**  6/1/2021

*This Endorsement Changes The Policy.  Please Read It Carefully.*

# SCHEDULED LIMIT OF LIABILITY

This endorsement modifies insurance provided under the following:

**ALL COVERAGE PARTS**

It is understood and agreed that the following special terms and conditions apply to this policy:

1.  In the event of loss hereunder, liability of the Company shall be limited to the least of the following liability limitation measures in any one "occurrence":

    a.  The actual adjusted amount of the loss, less applicable deductibles and primary and underlying excess limits; or

    b.  100% of the individually stated value for each scheduled item of coverage insured at the location which had the loss as shown on the latest Statement of Values on file with this Company, less applicable deductibles and primary and underlying excess limits; or

    c.  The Limit of Liability as shown on the Declarations page of this policy or as endorsed to this policy, if, after the application of the limits in **a.** or **b.** above to each scheduled item of coverage which had the loss, the total exceeds such Limit of Liability.

    If no value is shown for a scheduled item then there is no coverage for that item.  Where the loss or "occurrence" involves more than one insured location or scheduled item of coverage, the liability of the Company for each individually scheduled item of coverage shall be measured separately and on a per scheduled item basis.  Nothing herein requires the Company to utilize the same liability limitation measure for all insured scheduled items or insured locations involved in any one "occurrence".  The liability limitation measure to be used by the Company shall be the measure providing the least amount of coverage for each scheduled item individually.  The Company may have no liability after applying the liability limitation measures, applicable deductibles and primary and underlying excess limits.

2.  Coverage under this policy is provided only at the locations listed on the latest Statement of Values on file with this Company or as endorsed on to this policy.

3.  The premium for this policy is based upon the Statement of Values on file with this Company or attached to this policy.

The term "occurrence", where used in this policy, shall mean any one loss, disaster, casualty or series of losses, disasters, or casualties arising from one event.

When the term "occurrence" applies to a loss or series of losses from the perils of tornado, cyclone, named storm, hurricane, windstorm, hail, flood, earthquake, volcanic eruption, riot, riot attending a strike, civil commotion and vandalism and malicious mischief, one event shall be construed to be all losses arising during a continuous period of 72 hours.  When filing a proof of loss the insured may elect the moment at which the 72 hour period shall be deemed to have commenced, which shall not be earlier than the first loss to occur at any covered location.

**Example:**

The limits shown in the example below apply for this example only and do not reflect the limits in this policy.  The example also assumes there is no coinsurance penalty or other limits involved:

Location 1
Scheduled value – Building                          $100,000
Actual adjusted amount of loss – Building           $25,000
Scheduled value – Rents                             $50,000
Actual adjusted amount of loss – Rents              $75,000

Location 2
Scheduled value – Building                          $200,000
Actual adjusted amount of loss – Building           $205,000

Policy No.:  **LHT918637**    Effective:  **6/1/2021**

Scheduled value – Rents                    $75,000
Actual adjusted amount of loss – Rents      $25,000

Limit of Liability on Declarations page      $1,000,000 per occurrence

In this example, the total liability of the Company for the Occurrence is limited to $300,000 less applicable deductible(s) and primary and underlying excess limits.  This is because:

1.  The liability of the Company on each scheduled item of coverage is limited as follows:

    a.  Location 1 Building is limited to $25,000 because the actual adjusted amount of the loss is less than the scheduled value for that item,

    b.  Location 1 Rents is limited to $50,000 because the scheduled value is less than the actual adjusted amount of the loss for that item,

    c.  Location 2 Building is limited to $200,000 because the scheduled value is less than the actual adjusted amount of the loss for that item, and

    d.  Location 2 Rents is limited to $25,000 because the actual adjusted amount of the loss is less than the scheduled value for that item; and

2.  The total of the liability limitation measures on each scheduled item of coverage ($25,000 + $50,000 + $200,000 + $25,000 = $300,000) less applicable deductibles is less than the policy's Limit of Liability (in this example) of $1,000,000 per occurrence.

**LANDMARK AMERICAN INSURANCE COMPANY**

*This Endorsement Changes The Policy. Please Read It Carefully.*

# MINIMUM EARNED PREMIUM
## (Insureds with Coastal Property)

This endorsement modifies insurance provided under the following:

**ALL COVERAGE PARTS**

This endorsement replaces any cancellation provision in regards to refund or return premium calculations if we cancel the policy for non-payment of premium or the First Named Insured cancels or removes a location(s) or coverage(s) from the policy.

If we cancel this policy for non-payment of premium, the First Named Insured cancels, removes a location(s) or removes coverage(s) from this policy, the minimum premium earned for this policy, if cancelled, or for the removed location(s) or coverage(s), will be based on the Schedule below.

| SCHEDULE |
|---|
| Minimum Earned Premium: 80% of the Total Premium excluding Terrorism shown on the COMMON POLICY DECLARATIONS or the Location Premium for the removed location(s), **if coverage for the policy or the removed location(s) was in effect at any time during the period from June 1st to November 30th.** |
| 35% of the Total Premium excluding Terrorism shown on the COMMON POLICY DECLARATIONS or the Location Premium for the removed location(s), **if coverage for the policy or the removed location(s) was NOT in effect at any time during the period from June 1st to November 30th.** |

*This Endorsement Changes The Policy.  Please Read It Carefully.*

# APPRAISAL CLAUSE AMENDMENT

This endorsement modifies insurance provided under the following:

**ALL COVERAGE PARTS**

This endorsement replaces any and all other provisions regarding appraisal.

If we and you disagree on the value of the property or the amount of loss, either party may request, in writing, an appraisal of the value of the property and/or the amount of loss. An appraisal  may then take place  only  if  the  other party  agrees in writing  to  participate  in the appraisal process  pursuant  to terms of a written agreement between the parties. At a minimum, the written agreement between the  parties  will specify  a protocol  for the  selection  of  a disinterested, competent,  and  impartial  appraiser (who does not have a financial interest in the claim and/or appraisal award, including a contingent interest in the outcome of the claim or appraisal award),  the  inspection  of  the property  by the appraisers, the selection  of  an  umpire, communications  between  and  among  the appraisers and umpire, specific itemization of each item in dispute,  and  an  award  form.  If the parties cannot agree on a written agreement specifying the protocol, an appraisal will not take place.

If appraisal moves forward, the two appraisers will select an umpire, who is disinterested, competent, and impartial.  If the two appraisers cannot agree to an umpire within 15 days of either appraiser proposing one or more umpires, the two appraisers may jointly request that the selection of a competent and impartial umpire be made by a judge of a court in the county of the loss or damage. If either party to the appraisal, without notice to the other party, asks a judge to select an umpire, any such umpire selection shall be invalidated and the selection of a new umpire shall be required.  If the appraisers do not agree to jointly request the appointment of an umpire, either the insurer or insured can unilaterally end the appraisal with written notice to the other.  The appraisers will state separately the value of the property and amount of loss. Specific itemization of each item and amount in dispute is required, including, but not limited to, building-by-building, floor-by-floor, unit-by-unit, and area-by-area allocation. If the appraisers fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding.

Each party will:

    **a.**  pay its chosen appraiser; and

    **b.**  bear the other expenses of the appraisal and the umpire's fee equally.

In connection with the appraisal proceeding, neither the appraisers nor the umpire shall have authority to decide questions of law. Neither the appraisers nor the umpire shall attempt to  resolve any issue of insurance coverage, policy exclusions, compliance with the policy terms and conditions, or any issues concerning the Limits of Insurance available under the Policy.

At any time after the request for appraisal, we will retain our right to demand compliance with all applicable Duties in the Event of Loss as described in this Policy. We may require completion of any of the Duties in the Event of Loss, or any other policy condition, prior to continuance of the appraisal proceeding.

If there is an appraisal, we will still retain our right to deny the claim.

Where applicable, the parties agree that during the pendency of an appraisal all required responses and cures to any Civil Remedy Notices are extended until 30 days after the appraisal is concluded.

By voluntarily agreeing to the appraisal process, both parties acknowledge that there are irreconcilable differences that exist regarding the value of the property and/or the amount of loss. Since appraisal is voluntary, you are not required to submit to, or participate in, any appraisal of the loss as a precondition to action against us.

**Policy No.:  LHT918637      Effective:  6/1/2021**

RSG 94147 0220

*This Endorsement Changes The Policy.  Please Read It Carefully.*

# EXCLUSION AND LIMITED ADDITIONAL COVERAGE FOR FUNGUS

This endorsement modifies insurance provided under the following:

**ALL COVERAGE PARTS**

**A.**  The following Exclusion is added:

**EXCLUSION – "Fungus", Wet Rot, Dry Rot And Bacteria**

We will not pay for loss or damage caused directly or indirectly by the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But if "fungus", wet or dry rot or bacteria results in a "specified covered cause of loss", we will pay for the loss or damage caused by that "specified covered cause of loss".

This exclusion does not apply:

**1.**  When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.**  To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

**B.**  The following Additional Coverage is added:

**ADDITIONAL COVERAGE - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.**  This limited coverage applies only when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence, and only if any loss resulting from the following is reported to us within 60 days of the occurrence.

  **a.**  A "specified covered cause of loss" other than fire or lightning; or

  **b.**  Flood, if the Flood Coverage Endorsement applies to the affected premises.

**2.**  Under conditions described in item **B.1.** above, we will pay for loss or damage by "fungus", wet or dry rot or bacteria.  As used in this Limited Coverage, the term loss or damage means:

  **a.**  Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

  **b.**  The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

  **c.**  The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.**  The coverage provided under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**4.**  The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property.  If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

**Policy No.:  LHT918637     Effective:  6/1/2021**

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**C.** The following Definition is added:

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified covered cause of loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

        **(1)** The cost of filling sinkholes; or

        **(2)** Sinking or collapse of land into man-made underground cavities.

    **b.** Falling objects does not include loss or damage to:

        **(1)** Personal property in the open; or

        **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    **c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

*This Endorsement Changes The Policy.  Please Read It Carefully.*

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

**ALL COVERAGE PARTS**

**A. Definitions**

1. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act.  The criteria contained in that Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   a. The act resulted in  insured  losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

2. "Other act of terrorism" means any activity against persons, organizations or property of any nature:

   a. That involves the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   b. When one or both of the following applies:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology; and

   c. When the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act.

**B. Exclusion of Certified Acts of Terrorism and the following Other Acts of Terrorism**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism" or an "other act of terrorism":

1. Including loss or damage caused by Fire following or resulting from a "certified act of terrorism" or an "other act of terrorism".

2. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

3. With respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

   a. The act involves the use, release or escape of nuclear materials, or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination;

   b. The act is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials;

**Policy No.:  LHT918637        Effective:  6/1/2021**

**c.** The act involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials; or

**d.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico, and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "other act of terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of an "other act of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

With respect to this Item **B.3.d.**, the immediately preceding paragraph describes the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Part or Policy.

**C. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as, but not limited to, losses excluded by any Nuclear Hazard or War And Military Action Exclusions.

**LANDMARK AMERICAN INSURANCE COMPANY**

*This Endorsement Changes The Policy.  Please Read It Carefully.*

# ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

**ALL COVERAGE PARTS**

This policy does not apply to any loss, demand, claim or suit arising out of or related in any way to asbestos or asbestos-containing materials.

The company shall have no duty of any kind with respects to any such loss, demand, claim or suit.

**Policy No.:** LHT918637     **Effective:** 6/1/2021

RSG 96013 1003

LAIC000027

LANDMARK AMERICAN INSURANCE COMPANY

*This Endorsement Changes The Policy.  Please Read It Carefully.*

# EXCLUSION OF PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS

This endorsement modifies insurance provided under the following:

**ALL COVERAGE PARTS**

The following exclusion is added:

We will not pay for loss or damage caused directly or indirectly by the discharge, dispersal, seepage, migration, release, escape or application of any pathogenic or poisonous biological or chemical materials.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

However, if both A. and B. below apply, we will pay up to a maximum of $10,000 for any and all claims for such loss or damage arising out of events occurring within the term of this policy:

A.  The pathogenic or poisonous biological or chemical materials are normally kept at or brought onto your premises, with your consent, for use in your business operations at your premises; and

B.  The discharge, dispersal, seepage, migration, release, escape or application of the pathogenic or poisonous biological or chemical materials is accidental and is not the result of a willful or malicious act against any persons, organizations, or property of any nature.

**Policy No.:  LHT918637        Effective:  6/1/2021**

RSG 96014 0504

LAIC000028

*This Endorsement Changes The Policy.  Please Read It Carefully.*

# CYBER, ELECTRONIC DATA AND SYSTEMS EXCLUSION

This endorsement modifies insurance provided under the following:

### ALL COVERAGE PARTS

Notwithstanding any provision to the contrary within the Policy or any endorsements attached thereto, it is understood and agreed as follows:

### Exclusion

This Policy does not insure any loss, damage, destruction, distortion, erasure, corruption or alteration of a **COMPUTER SYSTEM** or **ELECTRONIC DATA** from any cause whatsoever (including but not limited to **COMPUTER VIRUS**) or any loss of access, any loss of use, reduction in functionality, cost, expense of any kind or of any nature whatsoever resulting therefrom.  Further, this Policy does not insure any loss or damage that directly or indirectly results from loss, damage, destruction, distortion, erasure, corruption or alteration of **ELECTRONIC DATA** from any cause whatsoever (including but not limited to **COMPUTER VIRUS**).

Such loss or damage as described herein is excluded regardless of any other cause or event contributing concurrently or in any other sequence to the loss or damage.

This exclusion applies regardless of whether the loss or damage arises out of or results from authorized, unauthorized, intentional, unintentional or accidental access in, of, or to any computer, communication system, file server, network(s), networking equipment, computer system, computer hardware, computer software, data processing equipment, computer memory, microchip, microprocessor, integrated circuit or similar device.

However, this Policy, subject to all other terms, conditions and exclusions, will cover physical damage to insured property that was directly caused by any of the following perils occurring within the Policy Period:

fire, lightning, explosion, aircraft or vehicle impact, falling objects, windstorm or hail, flood (unless otherwise excluded), or earthquake (unless otherwise excluded).

**COMPUTER SYSTEM** means any computer, hardware, software, communications system, electronic device (including, but not limited to, smart phone, laptop, tablet, wearable device), server, cloud or microcontroller including any similar system or any configuration of the aforementioned and including any associated input, output, data storage device, networking equipment or back up facility.

**ELECTRONIC DATA** means facts, concepts and information recorded, transmitted or converted to a form useable for communications, interpretation or processing by electronic and electromechanical data processing or electronically controlled equipment.  **ELECTRONIC DATA** also includes programs, software and other coded instructions for the processing and manipulation of data or the direction and manipulation of such equipment.

**COMPUTER VIRUS** means a set of corrupting, harmful or otherwise unauthorized instructions or code including, but not limited to any set of maliciously, intentionally, unintentionally or accidentally introduced instructions or code, programmatic or otherwise, that propagate themselves through a computer system or network of whatsoever nature located anywhere in the world.  **COMPUTER VIRUS** includes, but is not limited to 'Trojan Horses', 'worms' and 'time or logic bombs'.

**Policy No.:**  LHT918637    **Effective:**  6/1/2021

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998



# *Commercial Insurance Protection*

### CLAIM NOTICE

| | |
|---|---|
| **Mail notices to:** | **RSUI Group, Inc.**<br>**945 East Paces Ferry Rd.**<br>**Suite 1800**<br>**Atlanta, GA 30326-1160** |
| **Fax notices to:** | **(404) 231-3755**<br>**Attn: Claims Department** |
| **E-mail notices to:** | **reportclaims@rsui.com** |

RSG 94001 0916

LAIC000031

Your policy has been signed on our behalf by our President and by our Secretary.  However, your policy will not be binding on us unless it is also countersigned by one of our duly authorized agents.

President

**RSUI Indemnity Company**
**Landmark American Insurance Company**
**Covington Specialty Insurance Company**

Secretary

**RSUI Indemnity Company**
**Landmark American Insurance Company**
**Covington Specialty Insurance Company**

*A member of Alleghany Insurance Holdings LLC*

RSG 94001 0916

LAIC000032