# EXHIBIT B

**POLICY CERTIFICATION**

**I, Teika Baker, not individually but as an agent of Continental Casualty Company certify that I am employed as an agent of Continental Casualty Company; that I have limited or no Personal knowledge of the attached policy # 6023381009 ; that having made due inquiry of the Company's records and the knowledge of other company agents as necessary, I believe the attached to be a true and accurate copy of all or a portion of the policy issued to:**

| | |
|---|---|
| **Named Insured** | CROW FAMILY INC |
| **Policy Number:** | RMP 6023381009 |
| **Policy Term** | **June 01, 2021  TO  June 01, 2022** |
| | |

**for the following coverages**

| |
|---|
| **This certificate is to include any and all Endorsements for policy** |
| |
| |

**In the event that as result of a reasonable search, complete copies of all policy Endorsements are not available at this time, they will be forwarded to you should they become available at a later date.  The following endorsements and forms are also a part of this policy but have not been located:**

| FORM NUMBER | DESCRIPTION |
|---|---|
| | |
| | |
| | |
| | |
| | |

| | 12/05/2023 |
|---|---|
| **Signature** | **Date** |

CCC000001

# IMPORTANT INFORMATION

## FOR OUR FLORIDA BAP, PACKAGE AND PROPERTY POLICYHOLDERS

Per 1992 House Bill Number 141-H, every insurer transacting insurance in Florida is required to collect a surcharge of 0.1% on all Fire, Allied Lines and Multi-Peril insurance premiums written on commercial property located within the state. The 0.1% surcharge will be applied to all coverage premiums on monoline property policies, BAP policies and package policies.

The purpose of the surcharge is to develop funds for the Fire College Trust Fund.

If you have any questions, please contact your CNA independent agent.

Copyright CNA All Rights Reserved.



# IMPORTANT INFORMATION

## FOR OUR FLORIDA BAP, PACKAGE AND PROPERTY POLICYHOLDERS

As a result of Legislation, which was signed into law by Governor Chiles on April 29, 1993, insurers are to collect <u>a surcharge of $4.00 for each commercial fire</u>, commercial multiple peril and business owner's property <u>insurance policy</u> issued or renewed on or after May 1, 1993.  The surcharge should be paid by the insured to the insurer, who will remit the surcharge in the same manner as the insurance premium tax to the Florida Department of Revenue.  The proceeds will be deposited into the Emergency Management, Preparedness, and Assistance Fund.  If your policy has been assessed, "FL Property Ins. Surcharge" with an amount will be displayed on your policy declarations.  If you have any questions, please contact your CNA independent agent.

Copyright CNA All Rights Reserved.

**CNA Property Policy**

**Policy Holder Notice - Large Property Claims Reporting**

All new property claims under CNA Large Property policies should be reported to our centralized Loss Processing Center. Claims will be assigned to our specialized technical staff or to one of our preferred service providers.

**FOR EMERGENCY CONTACT**:

- Our 24-hour toll free number for direct contact with the CNA Loss Processing Center is:

    877-261-6676

**FOR NON-EMERGENCY**:

- Property claims may  be reported by toll free <u>fax</u> to the CNA Loss Processing Center at:

    877-566-2728

- Property claims may also be reported via <u>email</u> to the CNA Loss Processing Center at:

    CNAproperty.LPC@cna.com

Claims reported by fax or email are processed during normal business hours. If your claim is an emergency requiring after hours contact with an adjuster, call the 24-hour toll free number.

Copyright CNA All Rights Reserved.



# IMPORTANT INFORMATION

## FOR OUR LOUISIANA

## COMMERCIAL LINES POLICYHOLDERS

Your policy premium includes a surcharge for the Louisiana FAIR Plan Emergency Assessment.

Due to the devastation inflicted upon Louisiana by Hurricane Katrina and Hurricane Rita, a FAIR Plan deficit was created in excess of the amount that was collected through Regular Assessments. As a result, on September 15, 2006, the Louisiana Citizens Property Insurance Corporation levied an Emergency Assessment for the Louisiana FAIR Plan on all insurers in the state providing coverage for the lines of business that are covered by the FAIR Plan.

Per Subpart B. Part XXX, Chapter 1 of the Louisiana Insurance Code, LSA R.S. 22:1430 et seq, this assessment may be recouped by each insurer by adding a surcharge as an additional policy charge due for every property policy issued or renewed for the 12 month period commencing with policies effective January 1, 2021 through December 31, 2021.

The Louisiana FAIR Plan Emergency Assessment surcharge has been set at 2.49% of your premium for all property coverages.

If you have questions about this surcharge, please contact either your CNA agent or the Louisiana Department of Insurance Financial Solvency Division.

Copyright CNA All Rights Reserved.



CNA Property Policy

**Policy Holder Notice - Louisiana**

# IMPORTANT INFORMATION

## FOR OUR LOUISIANA COMMERCIAL LINES POLICYHOLDERS

PLEASE BE ADVISED THAT ANY SURCHARGE, MARKET EQUALIZATION CHARGE, OR OTHER ASSESSMENT LEVIED BY THE LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION (CPIC) PURSUANT TO R.S. 22:2307 DUE TO HURRICANES KATRINA AND RITA IS REFUNDABLE.

The Louisiana Department of Revenue has developed forms for insureds to receive a refund from the state, pursuant to R.S. 47:6025(A)(3), after payment of any surcharge, market equalization charge, or other assessment levied by CPIC pursuant to R.S. 22:2307 due to Hurricanes Katrina and Rita.  The refund request form for individuals is Form R-540INS and the form for businesses is Form R-620INS.  These income tax forms are available on the Louisiana Department of Revenue website at:

   http://www.rev.state.la.us/sections/taxforms/.

For more information regarding such refunds, please contact the Louisiana Department of Revenue or visit www.rev.state.la.us.

Copyright CNA All Rights Reserved.



# IMPORTANT INFORMATION

## "PLIGA" SURCHARGE
## FOR OUR NEW JERSEY
## COMMERCIAL LINES POLICYHOLDERS

Your policy premium includes a New Jersey Property – Liability Insurance Guaranty Association (PLIGA) surcharge. PLIGA protects consumers from insurance company insolvencies. The cost of this guaranty fund is assessed to all insurance companies in New Jersey; and in compliance with Department of Insurance Order No. A18-105, it is passed along to individual consumers via this surcharge.

The surcharge is 0.60% of your premium for all property/liability coverage except for life insurance, accident and health insurance, workers' compensation insurance, title insurance, annuities, surety bonds, credit insurance, mortgage guaranty insurance, municipal bond coverage, fidelity insurance, investment return assurance, ocean marine insurance, and pet health insurance.

For purposes of this surcharge and in compliance with New Jersey Insurance Department Regulation N.J.S.A. 17:30A-8a (3), the declarations page of this policy is the "premium bill."

If you have questions about the New Jersey – Liability Insurance Guaranty Association or this surcharge, please contact your independent CNA agent.

Copyright CNA All Rights Reserved.



**CNA Property Policy**

**Policy Holder Notice -**
**Texas Consumer Complaint Information**

### Have a complaint or need help?

If you have a problem with a claim or your premium, call your insurance company first. If you can't work out the issue, the Texas Department of Insurance may be able to help.

Even if you file a complaint with the Texas Department of Insurance, you should also file a complaint or appeal through your insurance company. If you don't, you may lose your right to appeal.

**CNA Insurance Group**
To get information or file a complaint with your insurance company:
    **Call Toll Free:**      **1-800-262-2000**
    Email:               CNA_help@cna.com
    Mail:                151 North Franklin Street Chicago, Illinois 60606

**The Texas Department of Insurance**
To get help with an insurance question or file a complaint with the state:
    Call with a question:    1-800-252-3439
    File a complaint:       www.tdi.texas.gov
    Email:               ConsumerProtection@tdi.texas.gov
    Mail:                MC 111-1A, P.O. Box 149091, Austin, TX  78714-9091

### ¿Tiene una queja o necesita ayuda?

Si tiene un problema con una reclamación o con su prima de seguro, llame primero a su compañía de seguros. Si no puede resolver el problema, es posible que el Departamento de Seguros de Texas (Texas Department of Insurance, por su nombre en inglés) pueda ayudar.

Aun si usted presenta una queja ante el Departamento de Seguros de Texas, también debe presentar una queja a través del proceso de quejas o de apelaciones de su compañía de seguros. Si no lo hace, podría perder su derecho para apelar.

**CNA Insurance Group**
Para obtener información o para presentar una queja ante su compañía de seguros:
    **Teléfono gratuito:**      **1-800-262-2000**
    Correo electrónico:    CNA_help@cna.com
    Dirección postal:      151 North Franklin Street Chicago, Illinois 60606

**El Departamento de Seguros de Texas**
Para obtener ayuda con una pregunta relacionada con los seguros o para presentar una queja ante el estado:
    Llame con sus preguntas al:  1-800-252-3439
    Presente una queja en:    www.tdi.texas.gov
    Correo electrónico:    ConsumerProtection@tdi.texas.gov
    Dirección postal:      MC 111-1A, P.O. Box 149091, Austin, TX  78714-9091

Copyright CNA All Rights Reserved.

**CNA Property Policy**

**Policy Declarations**

CNA Insurance
151 N. Franklin St.
Chicago, IL 60606

| Branch | Producer Number | Prefix | Policy Number |
|--------|-----------------|--------|---------------|
| 690 | 500622 | RMP | 6023381009 |

| NAMED INSURED & ADDRESS: | INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BELOW (A stock insurance company, herein called the company) |
|---|---|
| CROW FAMILY INC<br>3819 MAPLE AVENUE<br>DALLAS, TX 75225<br><br>NAMED INSURED IS: | CONTINENTAL CASUALTY COMPANY |

Policy Period: From June 1, 2021 to June 1, 2022

This policy becomes effective and expires at 12:01 a.m. Standard Time at Your Mailing Address Shown Above.

---

**In Return For The Payment Of The Premium, And Subject To All The Terms Contained Herein, the Company Agrees With the Named Insured To Provide The Insurance As Stated.**

☐ "X" if Supplemental Declarations is attached

| **DESCRIPTION OF PREMISES** |
|---|
| **Per CNA BROKER Property Policy** |

| **COVERAGES PROVIDED** – INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT IS SHOWN |
|---|
| **Per CNA BROKER Property Policy** |

| **OPTIONAL COVERAGES** – APPLICABLE ONLY WHEN ENTRIES ARE MADE IN THE SCHEDULE BELOW |
|---|
| **Per CNA BROKER Property Policy** |

| **MORTGAGE HOLDER(S)** |
|---|
| **Per CNA BROKER Property Policy** |

| **DEDUCTIBLE** |
|---|
| **Per CNA BROKER Property Policy** |

| **FORMS AND ENDORSEMENTS APPLICABLE AT TIME OF ISSUANCE:** |
|---|

APPLICABLE TO ALL COVERAGES: SEE ATTACHED SCHEDULE OF FORMS AND ENDORSEMENTS.

Copyright CNA All Rights Reserved.

**CNA Property Policy**

**Policy Declarations**

| | |
|---|---|
| **TOTAL PREMIUM PAYABLE AT INCEPTION:** | REDACTED |
| Premium includes the following amount for Terrorism coverage: | |
| Total amount payable includes Taxes/Surcharges of: | $1,551.66 |
| Minnesota Fire Safety Insurance Surcharge | $5.42 |
| Florida Fire College Trust Fund | $267.44 |
| Louisiana Citizens Property Insurance Corporation - Emergency Assessment Fair Plan | $1,002.78 |
| Florida Emergency Management Trust Fund | $4.00 |
| Texas Fire District Assessment | $221.28 |
| New Jersey Property and Liability Insurance Guaranty Assn. | $2.51 |
| New York Fire Insurance Fee | $48.23 |

IN WITNESS WHEREOF, the Company has caused this Policy to be signed by its Chairman and Secretary.

Chairman of the Board                    Secretary

Copyright CNA All Rights Reserved.



**SCHEDULE OF FORMS AND ENDORSEMENTS**

Forms and endorsements attached to this Policy at inception are as follows:

| FORM NAME | FORM NUMBER | FORM EDITION DATE |
|---|---|---|
| Policy Declarations | G55161E | (01-17) |
| Minimum Earned Premium Endorsement | MINEP | (12-05) |
| Computer Virus Exclusion | L1002A | (03-10) |
| Contaminants or Pollutants Exclusion Endorsement | LCPE002 | (03-10) |
| Economic and Trade Sanctions Condition | LEOFAC02 | (03-10) |
| Product Contamination and Recall Exclusion | LCE02 | (03-10) |
| Terrorism Exclusion | L1001B | (03-10) |
| Communicable Disease Exclusion Endorsement | CNA89289XX | (04-20) |

 Copyright CNA All Rights Reserved.

# Crow Family, Inc., Crow Holdings Capital Partners, LLC and Anatole Partners III, LLC

## PROPERTY INSURANCE POLICY

| Policy Number: | RMP 6023381009 |
|---|---|
| Policy Period: | (A) From: June 1, 2021<br>To: June 1, 2022<br>at 12:01 a.m. Local Standard time at the "location" of the property insured.<br><br>(B) Any subsequent period as may be mutually agreed upon and for which Insurers shall accept a renewal premium. |
| Name of Insurer: | Continental Casualty Company |

CCC000012

TABLE OF Contents

DECLARATIONS **6**
    A.  The First Named Insured — 6
    B.  Broker — 6
    C.  Premium and the Policy Period — 7
    D.  Limits of Liability — 7
    E.  Deductibles — 10
    F.  Waiting Periods — 12
    G.  Loss Payable — 12
    H.  Schedule of Mortgage Holders — 12
    I.  Adjustment of Losses — 12
    J.  Territory — 13
    K.  Governing Law and Jurisdiction — 13
    L.  Certificates of Insurance — 13
    m.  The First Named Insured's Contact — 13
    N.  Schedule of Endorsements at Inception — 13

II.     INSURING AGREEMENT **15**

III.    PROPERTY INSURED **16**
    A.  Real and Personal Property — 16
    B.  Extensions — 16
    1.  Accounts Receivable — 16
    2.  Automatic Coverage on Newly Acquired Property — 17
    3.  Brands and Labels/Control of Damaged PERSONAL Property — 17
    4.  Claims Preparation Expenses — 17
    5.  Consequential Loss — 18
    6.  Contamination Cleanup — 18
    7.  Course of Construction — 18
    8.  Debris Removal and Cost of Clean Up — 19
    9.  Decontamination Costs — 19
    10.  Defense Expenses — 19
    11.  Demolition and Increased Cost of Construction — 20
    12.  Destruction of Property at the Order of Public Authority — 20
    13.  Electronic Data Processing Equipment, Media and Data — 20
    14.  Expediting Expenses — 21
    15.  Fine Arts and Antiques — 21
    16.  Improvements and Betterments — 21
    17.  Preservation of Property — 21
    18.  Protection Devices — 21
    19.  Removal — 21
    20.  Service Charges — 22
    21.  Service Interruption Property Damage — 22
    22.  Transit — 22
    23.  Valuable Papers and Records — 23
    24.  Lost Key/Alternative Key Systems — 23

CCC000013

IV.    PROPERTY EXCLUDED                                            **24**
    A.    Growing Crops                                             24
    B.    Standing Timber                                          24
    C.    Land, Water                                              24
    D.    Animals                                                  24
    E.    Watercraft                                               24
    F.    Aircraft                                                 24
    G.    Motor Vehicles                                           24
    H.    Overhead Electrical                                      24
    I.    Dams or Dikes                                            24
    J.    Off-Shore Property                                       25
    K.    Satellites and Spacecraft                                25
    L.    Precious Stones, Bullion, Jewelry                        25
    M.    UNDERGROUND MINES and mining equipment                   25
    N.    Delay, Loss of Market, or Loss of Use                    25
    O.    Property Sold Under Conditional Sale                     25
    P.    Bridges, Tunnels, Bulkheads, Docks, Piers and Wharves    25
    Q.    Drones, Railroad Rolling Stock, Locomotives              25

V.    TIME ELEMENT                                                 **26**
    A.    Business Interruption                                    26
    B.    Extra Expense                                            27
    C.    Rental Value                                             27
    D.    Royalties                                                28
    E.    Leasehold Interest                                       28
    F.    Soft Costs                                               29
    H.    Provisions Applicable to "Time Element"                  30
    A.    Fraud                                                    34
    B.    Embezzlement                                             34
    C.    Mysterious Disappearance                                 34
    D.    Inventory Shortage                                       34
    E.    Faulty Workmanship, Material, Construction or Design     34
    F.    Deterioration, Depletion, Rust, Etc.                     34
    G.    Pollution, Contamination                                 35
    H.    Settling, Shrinkage or Expansions                        35
    I.    Hostile or Warlike Action/Act of Terrorism               35
    J.    Nuclear Reaction, Radiation or Radioactive Contamination 36
    K.    Mold, Mildew or Fungus                                   36
    L.    Loss From Manufacturing or Processing Operations         37
    M.    Animal, Insect or Vermin Damage                          37
    N.    Electronic Media and Electronic Data                     37
    O.    Asbestos Material                                        37
    P.    Electronic Date Recognition Exclusion                    38
    Q.    Indirect or Remote Loss                                  38
    R.    Change in Color, Flavor and Texture                      39

VII.    VALUATION                                                  **40**

|       |      | A. | Replacement Cost | 40 |
|       |      | B. | Finished Stock | 40 |
|       |      | C. | Stock in Process | 40 |
|       |      | D. | Raw Stock | 40 |
|       |      | E. | Fine Arts, Antiques | 40 |
|       |      | F. | Valuable Papers and Records | 41 |
|       |      | G. | Film, Records, Manuscripts and Drawings | 41 |
|       |      | H. | Electronic Media and Electronic Data | 41 |
|       |      | I. | Property of Others | 41 |
|       |      | J. | Technologically Obsolete | 41 |
|       |      | K. | PLANTS, TREES, SHRUBS AND LAWNS | 42 |
|       |      | L. | Interest Expense | 42 |

**VIII.    GENERAL CONDITIONS                                    44**

A.   Additional Insureds, Loss Payees and Mortgagees    44
B.   Appraisal                                          45
C.   Assistance and Cooperation of the Insured          45
D.   Breach of Warranty                                 45
E.   Cancellation                                       46
F.   Coinsurance                                        46
G.   Control of Property                                46
H.   Errors and Omissions                               46
I.   Extortion                                          47
K.   Notice of Loss                                     47
L.   Other Insurance                                    47
M.   Payment of Loss                                    48
N.   Proof of Loss                                      48
O.   Required by Law                                    48
P.   Right to Inspect                                   48
Q.   Salvages and Recoveries                            49
R.   Severability of Interests                          49
S.   Subrogation                                        49
T.   Suit Against the Insurer                           49
U.   Titles of Paragraphs                               50

**IX.    DEFINITIONS                                           51**

A.   Actual Cash Value                                  51
B.   Boiler and Machinery                               51
E.   Boiler and Machinery Water Damage                  52
f.   Earthquake and Earthquake "Occurrence"             52
g.   Finished Stock                                     52
h.   First Named Insured                                52
i.   Flood                                              52
j.   General Average Contribution and Salvage Charges   53
k.   High Hazard Zones for Earthquake                   53
l.   Improvements and Betterments                       53
m.   Insurable Interest of the Insured in Property of Others   53

CCC000015

N.  Land Improvements                                      53
O.  Location                                               54
P.  Merchandise                                            54
Q.  Miscellaneous Unreported Location                      54
R.  Named Storm                                            54
S.  Net Sales Value of Production                          55
T.  Normal                                                 55
U.  Ordinary Payroll                                       55
V.  Raw Stock                                              55
W.  Stock in Process                                       55
X.  HIGH HAZARD Named storm Zones                          55
Y.  time element                                           56

CCC000016

# DECLARATIONS

## A.   THE FIRST NAMED INSURED

**Crow Family, Inc.**, **Crow Holdings Capital Partners, LLC and Anatole Partners III, LLC** and any owned, controlled, associated or affiliated subsidiary, company, corporation, organization, trust or association as now or may hereinafter be constituted or acquired; the interest of the "First Named Insured" in any partnership or joint venture, to the extent not otherwise insured; and any entity for which the "First Named Insured" has agreed to provide insurance, as their respective rights and interests appear and as defined in the Policy wording.

| The First Named Insured's Street Address: | 3819 Maple Avenue |
|---|---|
| City, State or Province, and Zip/Postal Code: | Dallas, Texas  75225 |
| Country: | U.S.A. |
| The Name of the First Named Insured's Contact: | Andra Tipton |

Only the "First Named Insured" is authorized to cancel this policy and/or otherwise agree with this Insurer to make changes to the terms and conditions contained herein. Any return premium resulting from any adjustment of the premium or cancellation of the policy prior to expiration shall be returned to the First Named Insured unless otherwise instructed in writing by the "First Named Insured".

## B.   BROKER

| Willis Location Name: | Willis Insurance Services of the West, Inc. |
|---|---|
| Street Address: | 500 N. Akard Street, Suite 4300 |
| City, State or Province, and Zip/Postal Code: | Dallas, TX 75201 |
| Country: | U.S.A. |
| Telephone Number: | 972-715-2109 |
| Name of Contact: | Andra Tipton |

CCC000017

## C.    PREMIUM AND THE POLICY PERIOD

In consideration of the premium negotiated and agreed, this Policy attaches and insures for a period of 12 months, from June 1, 2021 to June 1, 2022, beginning and ending at 12:01 AM Local Standard Time at the "location" of the property insured.

Interim Premium Adjustments (Additions/Deletions)

The Insured will report Newly Acquired and divested "locations" on a quarterly basis.  Additional and return premiums will be calculated on a pro-rata basis at rate to be agreed.

## D.    LIMITS OF LIABILITY

The Insurer's maximum Limit of Liability in a single "occurrence" regardless of the number of "locations" or coverages involved shall not exceed the Policy Limit of Liability of **USD725,000,000.**

When a Limit of Liability applies to a specific peril, such Limit shall be the maximum amount payable for any loss or damage arising from direct physical loss, damage or destruction of the type insured by this policy.

Sub-limits stated in the Sub-limits schedule, or elsewhere in this Policy, shall apply as a part of and not in addition to the Policy Limit of Liability.  Limits and sub-limits do not include the amount of any applicable Deductibles.

Limits of Liability apply per "occurrence" unless otherwise stated. When a Sub-limit of Liability is shown as applying in the aggregate during any Policy year, the Insurer's maximum Limit of Liability shall not exceed such Limit during any Policy year regardless of the number of "locations", coverages or "occurrence"(s) involved.

### SCHEDULE OF 100% PROGRAM SUB-LIMITS (ALL IN UNITED STATES DOLLARS)

Property Damage and "Time Element" coverages are subject to the following Sub-limits, unless otherwise stated:

| | |
|---|---|
| USD100,000,000 | Accounts Receivable |
| *USD100,000,000* | Automatic Coverage at any Newly Acquired "Location" , Property Damage and "Time Element" combined (not to exceed the number of days shown in Time Limits in DECLARATIONS) |
| Policy Limit | "Boiler and Machinery" |
| USD5,000,000 | Claims Preparation Expenses |
| USD1,000,000. | Contamination Clean-up, land and water, in the aggregate during any Policy year |
| USD20,000,000. | Contingent "Time Element" limited to Tier 2 |
| USD25,000,000 | Course of Construction, Property Damage and "Time Element" combined, per Location |

CCC000018

| | |
|---|---|
| Included | Debris Removal and Cost of Clean-up |
| USD5,000,000 | Decontamination Costs |
| *USD2,500,000* | Downzoning |
| Policy Limit | Demolition and Increased Cost of Construction Property Damage and "Time Element" combined, however the full policy limit of liability applies to the undamaged portion of the insured property. |
| USD100,000,000 | "Earthquake" in the aggregate during any Policy year, Property Damage and "Time Element" combined on all "locations" except as sublimited below: |
| USD50,000,000 | "Earthquake" in the aggregate during any Policy year, Property Damage and "Time Element" combined, on "locations" in "New Madrid Earthquake Zones and Pacific Northwest Earthquake Zones" as defined by Endorsement #5. This limit is part of USD100,000,000 "All Locations" limit. |
| USD40,000,000 | "Earthquake" in the aggregate during any Policy year, Property Damage and "Time Element" combined, on "locations" in the "California Earthquake Zones and Hawaii Earthquake Zones. This limit is part of USD100,000,000 "All Locations" limit. |
| USD25,000,000 | Electronic Media and Data, Property Damage and "Time Element" combined |
| USD5,000,000 | Emergency Vacating Expense |
| USD 50,000,000 | Errors and Omissions |
| USD100,000,000 | Expediting Expense |
| Included | Extra Expense |
| *USD5,000,000* | "Fine Arts" subject to *USD250,000* any one item |
| USD1,000,000 | Fire Brigade and Extinguishing Expenses |
| USD100,000,000. | "Flood" in the aggregate during any Policy year, Property Damage and "Time Element" combined on all "locations". |
| USD25,000,000 | "Flood" in the aggregate during any Policy year, Property Damage and "Time Element" combined for insured property located in National Flood Insurance Plan Zones with prefixes A |

CCC000019

| | and V per Endorsement #1. This limit part of USD100,000,000 "All Locations" limit. |
|---|---|
| USD1,000,000 | Goodwill & Public Relations (Applies to Hospitality locations only) *in the annual aggregate* |
| No Coverage Provided | Loss of License |
| USD100,000,000 | Leasehold Interest |
| USD25,000,000. | "Miscellaneous Unreported Locations," Property Damage and "Time Element" combined |
| *USD5,000,000* | Mold, Mildew and Fungus as per section VI K in the annual aggregate |
| USD100,000,000 | Named Storm at locations within Harris County, Texas |
| USD25,000,000 | Named Storm at locations within "Tier 1 Zones" except Harris County, Texas |
| USD25,000,000 | Off Premises Storage for Property under Construction |
| USD50,000,000 | Service Interruption, Property Damage and "Time Element" combined |
| USD5,000,000 | Soft Costs |
| No Coverage Provided | Special Time Element |
| USD5,000,000 | Trees, Plants and Shrubs *subject to a maximum of USD50,000 per item* |
| USD 5,000,000 | Transit (per conveyance) |
| USD1,000,000 | Tenant Relocation and Move Back Expenses *combined* |
| USD2,500,000 | Brand Standards |
| USD50,000,000 | Valuable Papers and Records |
| USD1,000,000 | Boiler and Machinery Expediting Expenses |
| USD1,000,000 | Boiler and Machinery Hazardous Substances |
| *USD5,000,000* | *Expense to Reduce Loss* |

CCC000020

Time Limits – the following "Time Element" coverages/extensions are subject to the following Time Limits:

| Time Limits | Coverage/Extension of Coverage |
|---|---|
| 365 Days | Extended Period of Recovery |
| 120 Days | Automatic Coverage on Newly Acquired Property |
| 60 Days | Period of Recovery and Extended Period of Recovery combined Applicable to Interruption by Civil or Military Authority |
| 60 Days | Period of Recovery and Extended Period of Recovery combined Applicable to Loss of Ingress or Egress |

## E.    DEDUCTIBLES

The Insurer shall be liable for each loss separately occurring or for each loss separately occurring or for the sum of all losses arising from the same "occurrence" excess of **USD100,000**, except excess of:

| | |
|---|---|
| With respect to any "Named Storm" at "locations" within "Tier 1 Zones," except Florida and Harris County, Texas applied separately at each "location" for which a claim is made, the Deductible shall be: | Separately:<br><br>Three percent (3%) of the actual value of the "unit of insurance" for which the Insured is making a claim against this policy.  The deductible shall apply separately to each "unit of insurance" per *values at the time of loss* and will be subject to a minimum deductible of USD500,000 per Occurrence. |
| With respect to any "Named Storm" at "locations" within "Tier 1 Zones," in Florida applied separately at each "location" for which a claim is made, the Deductible shall be: | Separately:<br><br>Five percent (5%) of the actual value of the "unit of insurance" for which the Insured is making a claim against this policy.  The deductible shall apply separately to each "unit of insurance" per *values at the time of loss* and will be subject to a minimum deductible of USD500,000 per Occurrence. |
| With respect to any "Named Storm" at "locations" within "Tier 1 Zones," in Harris County, Texas applied separately at each "location" for which a claim is made, the Deductible shall be: | Separately:<br><br>Three percent (3%) of the actual value of the "unit of insurance" for which the Insured is making a claim against this policy.  The deductible shall apply separately to each "unit of insurance" per *values at the time of loss* and will be subject to a minimum deductible of USD250,000 per Occurrence. |

CCC000021

| | |
|---|---|
| With respect to any "Flood" when insured property is located in National Flood Insurance Plan Zones with prefixes A and V per Endorsement #1: | USD 1,000,000 per Occurrence |
| With respect to "Hail": | USD500,000 per Occurrence, except |
| With respect to "Hail" as respects the locations on Endorsement #10: | Three percent (3%) of the actual value of the "unit of insurance" for which the Insured is making a claim against this policy. The deductible shall apply separately to each "unit of insurance" per *values at the time of loss* and will be subject to a maximum deductible of USD1,000,000 per Occurrence. |
| With respect to any "Earthquake" at "locations" in the State of California, applied separately at each "location" for which a claim is made, the Deductible shall be: | Separately:<br><br>Five percent (5%) of the actual value of the "unit of insurance" for which the Insured is making a claim against this policy. The deductible shall apply separately to each "unit of insurance" per *values at the time of loss* and will be subject to a minimum deductible of USD250,000 per Occurrence. |
| With respect to "Water Damage" the deductible shall be: | USD500,000 Property Damage and "Time Element" combined per Occurrence |

1. If two or more Deductible amounts in this Policy apply to an "occurrence" the Deductibles shall be applied separately but the cumulative deductions so calculated shall not exceed the largest Deductible applicable. For the purposes of this provision, the total amount of the deductibles calculated on "units of insurance" for any one occurrence shall be considered a single deductible.

2. "Time Element" values shall not be included in the calculation of the "occurrence" Deductible at any "location" for which no "Time Element" claim is made. Property damage values shall not be included in the calculation of the "occurrence" Deductible at any "location" for which no property damage claim is made.

3. Should the amount of loss payable under the Insured's "primary policy" or by local, state or governmental funding organizations exceed the largest applicable Deductible of this Policy, then no Deductible shall apply hereunder. However, if the amount to be paid under the Insured's "primary policy" or by local, state or governmental funding organizations is less than the largest applicable Deductible of this Policy, then the amount to be deducted hereunder shall not exceed the difference between the amount to be paid under the Insured's "primary policy" or by local, state or governmental funding organizations and the largest applicable Deductible of this Policy.

CCC000022

4.   As respects "Flood", "Earthquake" and "Named Storm" as defined in this policy, in the event that the Insured maintains underlying insurance through the National Flood Insurance Program, it is agreed that this policy excludes the peril of "Flood", "Earthquake" and "Named Storm" to the extent of recovery under such National Flood Insurance Policy(ies). Should the amount of loss payable under such National Flood Insurance Policy(ies) exceed the applicable "Flood", "Earthquake", or "Named Storm" deductible under this policy, then no deductible shall apply hereunder. However, if the amount to be paid under such National Flood Insurance Policy(ies) is less than the applicable "Flood", "Earthquake", or "Named Storm" deductible under this policy, then the amount to be deducted hereunder shall not exceed the difference between the amount to be paid under the Insured's National Flood Insurance Policy(ies) and the applicable "Flood", "Earthquake", or "Named Storm"deductible under this policy. Insurance maintained through the National Flood Insurance Program shall be considered Underlying Insurance.

5.   The following shall be considered a separate "unit of insurance" : (a) each separate building or structure per the latest Statement of Values on file with the Company (b)  all personal property at each separate building or structure per the latest Statement of Values on file with the Company (c) BUSINESS INTERRUPTION and BUSINESS INTERRUPTION LOSS OF PROFITS for the twelve (12) months immediately following the date of the direct physical loss, damage or destruction. As respects extra expense loss, no deductible shall apply except as outlined in (a), (b) and (c) above.

6.   In any occurrence where loss or damage is caused by more than one peril insured against under this policy, or at more than one location insured under this policy, the Insured shall have the right to separate the loss amount by peril, or location, for the purposes of application of the deductible(s) specified in this section, notwithstanding the above reference to two or more deductibles and the policy limits.

## F.   WAITING PERIODS

| Continuous Hours | Coverage/Extension of Coverage |
|---|---|
| 24 Hours | Service Interruption |

The Insurer shall not be liable for any "Time Element" loss to which a Waiting Period applies unless the interruption exceeds the Waiting Period in which case the loss shall be calculated from the commencement of the "occurrence" and the Deductible specified above shall apply.

## G.   LOSS PAYABLE

Loss, if any, shall be adjusted with and payable to the "First Named Insured" (s) or their order, whose receipt shall constitute a release in full of all liability under this Policy with respect to such loss.

## H.   SCHEDULE OF MORTGAGE HOLDERS

Per Certificates of Insurance.

## I.   ADJUSTMENT OF LOSSES

Any claims for loss under this policy will be adjusted by John Harris, Sedgwick Claims Management Services, unless otherwise agreed by the Insured and the Insurer.

CCC000023

## J.    TERRITORY

The United States of America within the Fifty (50) States, the District of Columbia and Canada.

## K.    GOVERNING LAW AND JURISDICTION

Any dispute concerning or related to this insurance shall be determined in accordance with the laws of the United States of America, without regard to its conflict of laws principles.  Any disputes arising hereunder shall be subject to the jurisdiction of the State of Texas.

## L.    CERTIFICATES OF INSURANCE

Any certificate of insurance or evidence of property insurance documents issued in connection with this Policy shall be issued solely as a matter of convenience or information for the addressee or holder of said certificate or evidence of insurance, except where any Additional Insured(s), Mortgagee(s) or Loss Payee(s) is named or any waiver of subrogation granted pursuant to the Special Provisions of the certificate of insurance or evidence of property insurance.  In the event any Additional Insured(s), Mortgagee(s) or Loss Payee(s) are named, this Policy shall be deemed to have been endorsed accordingly, subject to all other terms, conditions and exclusions stated in this Policy.

Willis may issue such certificates of insurance and evidence of property insurance documents.

## M.    THE FIRST NAMED INSURED'S CONTACT

The "First Named Insured" may, at any time, change the name of the First Named Insured's Contact identified in the Declarations by notifying the Insurer in writing.

## N.    SCHEDULE OF ENDORSEMENTS AT INCEPTION

| Endorsement #1 | Flood Zone A & V Schedule |
| --- | --- |
| Endorsement #2 | Subscription Endorsement |
| Endorsement #3 | Cancellation Endorsement |
| Endorsement #4 | Occurrence Limit of Liability |
| Endorsement #5 | New Madrid and Pacific Northwest Earthquake Zones |
| Endorsement #6 | Building Owner and Contract of Sale Loss Payee |
| Endorsement #7 | Contingent Interest Expense |
| Endorsement #8 | Brands Standard/Tenant Move Back Costs/Tenant Relocation Costs |

CCC000024

| | |
|---|---|
| Endorsement #9 | Drop Down and Priority of Payments |
| Endorsement #10 | Hail Deductible Schedule |

CCC000025

## II.  INSURING AGREEMENT

This policy insures against all risks of direct physical loss, damage or destruction occurring during the term of this policy to the type of property insured hereunder including "General Average Contributions and Salvage Charges" and all other charges on shipments insured hereunder except as hereinafter excluded.

Assignment of this Policy shall not be valid except with the written consent of the Insurer.

## III.  PROPERTY INSURED

Except as hereinafter excluded, this Policy insures:

### A.  REAL AND PERSONAL PROPERTY

The insurable interest of the Insured in all real and personal property of every kind and description, at a "location" or within 1000 feet thereof,  including the "insurable interest of the Insured in property of others in the care, custody or control of the Insured" and at the option of the Insured, business personal property of officers, directors and employees of the Insured while at a "location" or anywhere within the Policy territory when the officer, director or employee is acting on behalf of the Insured.

This policy is also extended to cover the personal property of registered guests, other patrons and customers of a hotel while at an insured "Location".

### B.  EXTENSIONS

This policy also insures:

### 1.  ACCOUNTS RECEIVABLE

a.  All sums due the Insured from customers, provided the Insured is unable to effect collection thereof as the result of direct physical loss, damage or destruction of records of accounts receivable by a peril insured by this Policy;

b.  Interest charges on any loan to offset impaired collections pending repayment of such sums made uncollectible by such loss or damage;

c.  Collection expense in excess of normal collection cost and made necessary because of such loss or damage;

d.  Other expenses, when reasonably incurred by the Insured in re-establishing records of accounts receivable following such loss or damage.

For the purpose of this Accounts Receivable insurance, credit card company charge media shall be considered to represent sums due the Insured.

When there is proof that a loss of records of accounts receivable has occurred but the Insured cannot more accurately establish the total amount of accounts receivable outstanding as of the date of such loss, such amount shall be computed as follows:

a.  The monthly average of accounts receivable during the last available twelve months shall be adjusted in accordance with the percentage of increase or decrease in the twelve months average of monthly gross revenues which may have occurred in the interim.

b.  The monthly amount of accounts receivable thus established shall be further adjusted in accordance with any demonstrable variance from the average for the particular month in which the loss occurred, due consideration also being given to the normal fluctuations in the amount of accounts receivable within the fiscal month involved.

CCC000027

There shall be deducted from the total amount of accounts receivable, however established, the amount of such accounts evidenced by records not lost or damaged, or otherwise established or collected by the Insured, and an amount to allow for probable bad debts which would normally have been uncollectible by the Insured.

## 2.     AUTOMATIC COVERAGE ON NEWLY ACQUIRED PROPERTY

The insurable interest of the Insured in real and personal property of the type insured by this Policy that becomes at the risk of the Insured after the inception date of this Policy at any "location" within the territorial limits of this Policy. This coverage applies until one of the following events occurs:

a.   Insurance on the "location" is bound by the Insurer.

b.   Agreement is reached that the "location" shall not be insured under this Policy.

c.   Expiration of the Time Limit shown in DECLARATIONS.  The Time Limit begins on the date of knowledge of such "location" by the First Named Insured's Contact identified in the Declarations.

If not reported to the Insurer within the time defined above, such "locations" shall be subject to the "miscellaneous unreported location" sub-limit in the Limits of Liability.

## 3.     BRANDS AND LABELS/CONTROL OF DAMAGED PERSONAL PROPERTY

a.   Brands and Labels: In case of direct physical loss, damage or destruction, by a peril insured by this Policy, of personal property bearing a brand or trademark, or the name of the Insured, which in any way carries or implies the guarantee or the responsibility of the manufacturer or the Insured, the salvage value of such damaged personal property shall be determined after removal in the customary manner of all such brands or trademarks or other identifying characteristics.  The cost of such removal shall be included as a part of the claim.

b.   Control of Damaged Personal Property: The Insured shall have full right to the possession of all personal property involved in any claims under this Policy and shall retain control of all lost, damaged or destroyed personal property.  The Insured, exercising a reasonable discretion, shall be the sole judge as to whether the personal property involved in any loss under this Policy is fit for sale or use.  No personal property so deemed by the Insured to be unfit for sale or use shall be sold or otherwise disposed of except by the Insured or with the Insured's consent, but the Insured shall allow this Insurer any salvage obtained by the Insured on any sale or other disposition of such personal property.

## 4.     CLAIMS PREPARATION EXPENSES

Expenses incurred by the Insured, the Insured's employees or by the Insured's representatives including, but not limited to, Accountants, Appraisers, Architects, Auditors, Consultants, Engineers, or other such professionals in order to prepare and certify the amount loss payable under this Policy in the event of a claim. This provision does not insure expenses incurred for the services of any lawyer or public adjuster.

CCC000028

5.     CONSEQUENTIAL LOSS

a.   In the event of direct physical loss, damage or destruction insured by this Policy to any property situated on the described premises and if such direct physical loss, damage or destruction, without the intervention of any other independent cause, results in a sequence of events which causes physical damage to other property insured by this Policy, then this Policy will cover such resulting loss or damage.  Nothing in this clause shall be deemed to extend this insurance to property which is otherwise specifically excluded from coverages by the terms of this policy.

The liability of the Insurer includes only the direct physical loss, damage or destruction incurred during such period as would be required with the exercise of due diligence under normal conditions to repair or replace the damaged property, and does not included any liability resulting from inability of the Insured to make repairs or replacements because of strikers or labor disputes.

b.   The reduction in value of undamaged insured articles that are a part of pairs or sets, including components or parts of similar inventory-type property and including merchandise usually sold by lots, sizes, color ranges or other classifications, when such reduction in value results from loss, damage or destruction of other insured articles, components or parts of such property by a peril insured by this Policy;

In the event of such direct physical loss, damage or destruction, the measure of recovery for such articles shall be, at the Insured's option:

The reduction in value of undamaged insured components or parts of property resulting from direct physical loss or damage Insured by this Policy to other insured components or parts of such property; or, the full value of the pair or set.

6.     CONTAMINATION CLEANUP

Notwithstanding anything in this Policy to the contrary, such costs or expenses incurred to clean up and/or remove polluted or contaminated land and/or water from an insured "location" provided the contamination or pollution results directly from direct physical loss, damage or destruction of property insured by a peril insured by this Policy, and provided such expenses are reported to the Insurer within 365 days of the date of the direct physical loss, damage or destruction.

7.     COURSE OF CONSTRUCTION

New buildings and structures, and machinery and equipment installed therein, in the course of construction and installation, at both new and existing "locations."   This Policy also insures property of contractors and subcontractors at an insured "location" or within 1,000 feet thereof. Maintenance, repair, renovation and refurbishment at existing locations is not considered to be in the Course of Construction.  *This extension does not provide coverage for ground-up frame construction.*

CCC000029

8.    DEBRIS REMOVAL AND COST OF CLEAN UP

Notwithstanding the provisions of any exclusion contained herein or any provision respecting pollution and/or contamination, in the event of direct physical loss, damage or destruction of property by a peril insured by this Policy, this Policy (subject otherwise to its terms, conditions, and limitations, including but not limited to any applicable Deductible) insures:

a.    Expenses necessarily and reasonably incurred in removal of debris of such property from the "location" of the insured direct physical loss, damage or destruction and/or from other premises when blown by wind, carried by water, propelled by collapse or explosion,

        and/or

b.    Cost of clean-up at the "location" made necessary as a result of direct physical loss, damage or destruction of property of the type insured by this Policy by a peril insured by this Policy,

Provided such expenses are reported to the Insurer within 365 days of the date of the direct physical loss, damage or destruction.

This provision does not insure against the costs of decontamination or removal of water, soil or any substance not insured by this Policy on or under such "location" except as provided in clause 6, Contamination Clean-up.

It is a condition precedent to recovery under this provision that the Insurer shall have paid or agreed to pay for direct physical loss, damage or destruction of property insured unless such payment is precluded solely by the operation of any Deductible.


9.    DECONTAMINATION COSTS

Notwithstanding the provisions of any exclusion contained herein or any provision respecting pollution and/or contamination, if property insured is contaminated as a result of direct physical loss, damage or destruction by a peril insured by this Policy and there is in force at the time of the loss any law or ordinance regulating contamination, including but not limited to the presence of pollutants or contaminants, this Policy insures, as a result of enforcement of such law or ordinance, the increased cost of decontamination and/or removal of such contaminated property insured in a manner to satisfy such law or ordinance.  This provision applies only to that part of insured property contaminated as a result of insured direct physical loss, damage or destruction by a peril insured by this Policy.

10.    DEFENSE EXPENSES

With respect to the interest of the Insured in property of others in the Insured's care, custody or control, this Policy shall defend any suit against the Insured alleging liability for direct physical loss, damage or destruction, by a peril insured by this Policy, of the property, even if such suit is groundless, false or fraudulent; but the Insurer may without prejudice, make such investigation, negotiation and settlement of any claim or suit the Insurer deems expedient.

CCC000030

## 11. DEMOLITION AND INCREASED COST OF CONSTRUCTION

If, as a result of direct physical loss, damage or destruction by a peril insured by this Policy reconstruction, restoration, repair or use of property insured is regulated or prohibited by the enforcement of any law, ordinance, regulation or governmental directive which is in force at the time of the direct physical loss, damage or destruction, this Policy shall pay for:

a.   The cost of demolition and clearing the site of loss of both the damaged and the undamaged property; and

b.   The costs to (re)construct, restore, or repair such property as may be required to bring both the damaged and the undamaged property into full compliance with any applicable law, ordinance, regulation or governmental directive;

The Insured has the option to rebuild or reconstruct on the same or another site but recovery hereunder shall be limited to the cost to rebuild or reconstruct on the original site.

However, if the Insured elects not to rebuild, this Policy shall pay for the cost of demolition and clearing the site of loss of both the damaged and the undamaged property; and the "actual cash value" of both the damaged and the undamaged property.

Notwithstanding the foregoing, this Policy does not insure such costs when necessitated by the enforcement of any law or ordinance regulating asbestos material that has not sustained direct physical loss, damage or destruction by a peril insured by this Policy or by any governmental direction or request declaring that asbestos material present in or part of or utilized in any undamaged portion of the Insured's property can no longer be used for the purpose for which it was intended or installed and must be removed or modified.

## 12. DESTRUCTION OF PROPERTY AT THE ORDER OF PUBLIC AUTHORITY

Any destruction of property insured at the order of public authority at the time of and for the purpose of preventing direct physical loss, damage, destruction by a peril insured by this Policy.

## 13. ELECTRONIC DATA PROCESSING EQUIPMENT, MEDIA AND DATA

'Electronic data processing equipment', including but is not limited to mainframes, servers, workstations and portable computers, personal information managers, wide and local area network hardware, electronic and electromechanical equipment, electronic controls for machinery, electronically programmed memory chips and electronically controlled communication equipment.

Subject to Electronic Media and Electronic Data in EXCLUSIONS, this Policy also insures 'electronic media' meaning any physical device that holds, stores, contains or transfers 'electronic data,' and includes but is not limited to disks, drives, films, tapes, records, drums or cells. This Policy also insures 'electronic data' meaning facts, concepts or information, including compilations thereof, in a form useable or intended for use or processing by electronic data processing equipment or for storage on electronic media. 'Electronic data' includes but is not limited to files,

CCC000031

programs, applications, operating systems, and other coded instructions for the processing calculation and storage of facts, concepts and information by electronic data processing equipment.

## 14.   EXPEDITING EXPENSES

In the event of direct physical loss, damage or destruction of property insured by a peril insured by this Policy, this Policy insures the reasonable extra cost to make temporary repairs, expedite permanent repairs, and expedite permanent replacement of such property.

## 15.   FINE ARTS AND ANTIQUES

Any paintings, etchings, pictures, tapestries, art glass windows and other bona fide works of art (such as valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelain and bric-a-brac) of rarity, historical value, monetary value or artistic merit against direct physical loss, damage or destruction by a peril insured by this Policy.  Additional exclusion applying to fine arts and antiques:  This Policy does not insure against direct physical loss, damage or destruction of fine arts or antiques from any repairing, restoration or retouching process.

## 16.   IMPROVEMENTS AND BETTERMENTS

All "improvements and betterments" installed by the Insured, or in which the Insured has a use interest, against direct physical loss, damage or destruction by a peril insured by this Policy. Insurers agree to accept and consider the Insured as the only and the unconditional owner of improvements and betterments irrespective of any provisions of any contract, lease or agreement to the contrary.

## 17.   PRESERVATION OF PROPERTY

In case of actual or imminent direct physical loss, damage or destruction by a peril insured by this Policy, the expenses incurred by the Insured in taking actions for the temporary protection and preservation of property insured by this Policy shall be added to the total direct physical loss, damage or destruction, if any, otherwise recoverable under the Policy and be subject to the applicable Deductible and without increase in the Policy Limits of Liability.

## 18.   PROTECTION DEVICES

Expenses incurred to recharge or refill fire protection devices provided such is necessitated by an accidental discharge or by an insured loss.

## 19.   REMOVAL

The cost of removal and temporary storage of insured property which in imminent danger of direct physical loss, damage or destruction by a peril insured by this Policy.

CCC000032

## 20.    SERVICE CHARGES

Service charges and expenses including Fire Department, Police, Rescue Squad, and any government or authority charges incurred by the Insured because of an "occurrence" of a peril insured by this Policy.

## 21.    SERVICE INTERRUPTION PROPERTY DAMAGE

Direct physical loss, damage or destruction of insured property resulting from direct physical loss, damage or destruction, by a peril insured by this Policy, of property of a supplier of fuel, electricity, steam, water, gas, refrigeration, sewerage or telecommunications, including poles, towers, and transmission or distribution lines within 10 Statute miles of the Insured's premises.

## 22.    TRANSIT

a.    Direct physical loss, damage or destruction, by a peril insured by this Policy, of shipments within and between the territorial limits of this Policy, including the coastal waters thereof, by any means of conveyance, from the time the property is moved for purpose of loading and continuously thereafter while awaiting and during loading and unloading and in temporary storage, including temporary storage on any conveyance intended for use for any outbound or used for any inbound shipment, including during deviation and delay, until safely delivered and accepted at place of final destination.

b.    Direct physical loss, damage or destruction, by a peril insured by this Policy, of property:

1.    Sold and shipped by the Insured under terms of F.O.B. point of origin or other terms usually regarded as terminating the shipper's responsibility short of points of delivery;

2.    Arising out of any unauthorized person(s) representing themselves to be the proper party(ies) to receive goods for shipment or to accept goods for delivery;

3.    Occasioned by the acceptance by the Insured, by its agents, or by its customers of fraudulent bills of lading, shipping and delivery orders, or similar documents;

4.    At the Insured's option, property that is incoming to the Insured.

c.    Air and waterborne shipments within a single country; or air and inland waterway shipments to, from, and between countries in Continental Europe

d.    This Policy does not insure export shipments after loading on board an overseas vessel, watercraft, or aircraft, or after ocean marine insurance attaches, whichever occurs first; or import shipments prior to discharge from an overseas vessel, watercraft, or aircraft, or until ocean marine insurance terminates, whichever occurs later.  However, this exclusion shall not apply to: Ferry shipments transporting over-the-road conveyances to, from, and between countries in Continental Europe, the United Kingdom, and Ireland.

CCC000033

23.    VALUABLE PAPERS AND RECORDS

Valuable papers and records of all kinds and descriptions, including plans, drawings, blueprints, photographs, specifications, manuscripts, deeds, notes, evidences of debt or ownership or other documents, against direct physical loss, damage or destruction by a peril insured by this Policy. 'Valuable paper and records' does not include 'media' as defined and insured below.

24.    LOST KEY/ALTERNATIVE KEY SYSTEMS

This policy is extended to cover the consequential loss to keys and locks if a master key or grand master key is lost or damaged directly resulting from an insured peril.  The policy will provide payment for the actual cost to replace the keys, adjustment of locks to accept new keys, or if required, new locks including the cost of their installation.  Further, the policy is extended to cover loss or damage directly resulting from an insured peril to alternative key systems, such as mechanically or electronically coded key cards, including card programmer, card readers, computers, related alarms, transreceivers, power supplies and any other electronic or mechanical apparatus needed to make the card keys operate.

CCC000034

## IV.  PROPERTY EXCLUDED

This Policy does not insure:

### A.  GROWING CROPS

Growing crops.  This exclusion shall not apply to "land improvements."

### B.  STANDING TIMBER

Standing timber grown for sale.  This exclusion shall not apply to "land improvements."

### C.  LAND, WATER

Land or Water except as provided in 'Contamination Cleanup' in PROPERTY INSURED.  This exclusion shall not apply to water that is normally contained within any type of tank, piping system or process equipment, nor shall this exclusion apply to "land improvements."

### D.  ANIMALS

Animals except for research.

### E.  WATERCRAFT

Watercraft while waterborne except as provided in 'Off-Shore Property' below.

### F.  AIRCRAFT

Aircraft.

### G.  MOTOR VEHICLES

Motor vehicles licensed for highway use except while at an insured "location."

### H.  OVERHEAD ELECTRICAL

Overhead electrical transmission or distribution lines owned by the Insured except when at an insured "location" or within 1,000 feet thereof.

### I.  DAMS OR DIKES

Dams or dikes.  This exclusion shall not apply to Impounded Water in TIME ELEMENT.

CCC000035

## J.    OFF-SHORE PROPERTY

Off-shore property except structures and their contents extending from land or shore; however, waterborne vessels and their contents and/or floating docks permanently moored to a dock, river bank or shore shall not to be considered as off-shore property.

In the Gulf of Mexico off Texas and Louisiana, 'off-shore' is to be seaward of the inland edge of the Lease Block of the Plane Coordinate System, as defined on official maps of the United States of America.

## K.    SATELLITES AND SPACECRAFT

Satellites and spacecraft while on the launch pad or after time of launch.

## L.    PRECIOUS STONES, BULLION, JEWELRY

Precious stones, bullion, and jewelry

## M.    UNDERGROUND MINES AND MINING EQUIPMENT

Underground mines and property equipment located within an underground mine.

## N.    DELAY, LOSS OF MARKET, OR LOSS OF USE

## O.    PROPERTY SOLD UNDER CONDITIONAL SALE

## P.    BRIDGES, TUNNELS, BULKHEADS, DOCKS, PIERS AND WHARVES

## Q.    DRONES, RAILROAD ROLLING STOCK, LOCOMOTIVES

CCC000036

## V.   TIME ELEMENT

### A.   BUSINESS INTERRUPTION

1. This Policy insures loss resulting from the necessary interruption or reduction of business operations conducted by the Insured and caused by direct physical loss, damage or destruction, of the property of the type insured hereunder, by a peril insured by this Policy.

2. If such a loss occurs during the term of this Policy, it shall be adjusted on the basis of the 'Actual Loss Sustained' by the Insured during the Period of Recovery resulting from the interruption or reduction of operations.  'Actual Loss Sustained' is defined as the reduction in 'Gross Earnings' less charges and expenses that do not necessarily continue during the interruption or reduction of the business operations.

   For manufacturing operations, 'Gross Earnings' are defined as the sum of:

   a.   The total "net sales value of production,"

   b.   The total net sales of "merchandise," and

   c.   Other earnings derived from the business.

   LESS THE COST OF:

   d.   "'Raw stock" from which such production is derived,

   e.   Supplies consumed in the conversion of such "raw stock" into "finished stock" or in supplying the services sold by the Insured,

   f.   "Merchandise" sold including packaging materials, and

   g.   Services purchased from outsiders for resale, which do not continue under contract.

   No other costs shall be deducted in determining 'Gross Earnings' for manufacturers.

   For non-manufacturing operations, 'Gross Earnings' are defined as the sum of:

   a.   Total net sales, and

   b.   Other earnings derived from the operations of the business.

   LESS THE COST OF:

   c.   "Merchandise sold,

   d.   Materials and supplies consumed, and

   e.   Services purchased from outsiders for resale which do not continue under contract.

CCC000037

    f.   No other costs shall be deducted in determining 'Gross Earnings' for non-manufacturing business.

3.   In the event of direct physical loss, damage or destruction of property insured by a peril insured by this Policy which results in an interruption in research and development activities that in themselves would not have produced income during the Period of Recovery, this Policy insures the actual loss sustained of the continuing fixed charges and expenses, including payroll, attributable to such research and development activities, known as 'Research and Development "Time Element."

4.   Resumption of Operations: If it is reasonably possible for the Insured to reduce the loss resulting from the interruption or reduction of operations,

    a.   By a complete or partial resumption of operations or

    b.   By making use of available "finished stock" or "merchandise,"

Such reduction shall be taken into account in arriving at the amount of loss hereunder.

5.   'Business interruption' does not insure any loss resulting from loss, damage or destruction of "finished stock" for which the Insured will otherwise recover under this policy at the Insured's regular cash selling price.

## B.   EXTRA EXPENSE

This Policy insures:

1.   'Extra expense' incurred by the Insured resulting from direct physical loss, damage or destruction of property insured by a peril insured by this Policy.

2.   'Extra expense' means the reasonable and necessary extra costs incurred by the Insured during the Period of Recovery to temporarily continue as nearly normal as practicable the conduct of the Insured's business and extra costs of temporarily using property of the Insured or others less any value remaining at the end of the Period of Recovery for property obtained in connection with an 'extra expense' loss.

## C.   RENTAL VALUE

This Policy insures:

1.   'Rental value' loss sustained by the Insured resulting from necessary untenantability caused by direct physical loss, damage or destruction, by a peril insured by this Policy, of property insured but not exceeding the reduction in rental value less charges and expenses which do not necessarily continue during the Period of Recovery.

2.   For the purposes of this insurance, 'rental value' is defined as the sum of:

    a.   The total anticipated gross rental income from tenant occupancy of the property insured as furnished and equipped by the Insured; and

CCC000038

    b.   The amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be obligations of the Insured; and

    c.   The fair rental value of any portion of said property that is occupied by the Insured.

3.   When the Insured is the lessee, this Policy insures:

The rent the Insured is obligated to pay including ground rents, accrued charges, real estate taxes and interest if the Insured is liable for such, less charges and expenses that do not necessarily continue during the Period of Recovery. If the Insured is both a lessor and a lessee of the same "location," this Policy insures the loss as defined in V.D.2. above.

## D.   ROYALTIES

This Policy insures:

1.   Loss to the Insured, as described in Business Interruption above, of revenue under royalty, licensing fees or commission agreements between the Insured and another party, which is not realizable due to direct physical loss, damage or destruction, by a peril insured by this Policy, of property of the other party.  Such other party shall not be an Insured under this Policy.  Coverage under this Clause shall apply to loss experienced by the Insured caused by direct physical loss, damage or destruction of property of the other party situated within the territorial limits of this Policy.

2.   Resumption of Operations: The Insured shall influence, to the extent possible, the party with whom the agreement described in paragraph V.E.1. above has been made to use any other machinery, supplies or locations in order to resume business so as to reduce the amount of loss hereunder and the Insured shall cooperate with that party in every way to effect this, but not financially, unless such expenditures are authorized by the Insurer.

## E.   LEASEHOLD INTEREST

This Policy insures:

1.   The pro rata proportion from the date of loss to expiration date of the lease (to be paid without discount) on the Insured's interest in:

    a.   The amount of bonus paid by the Insured for the acquisition of the lease not recoverable under the terms of the lease for the unexpired term of the lease;

    b.   Improvements and betterments to real property during the unexpired term of the lease which is not insured under any other provision of this Policy;

    c.   The amount of advance rental paid by the Insured and not recoverable under the terms of the lease for the unexpired term of the lease;

when property of a lessor is rendered wholly or partially untenantable as a result of direct physical loss, damage or destruction by a peril insured by this Policy and the lease is cancelled by the lessor in accordance with the conditions of the lease or by statutory requirements of the appropriate jurisdiction in which the lost, damaged or destroyed property is located; and

2.  Interest of the Insured as Lessee

a.  The 'Interest of the Insured as Lessee' when property is rendered wholly or partially untenantable by a peril insured by this Policy and the lease is cancelled by the lessor in accordance with the conditions of the lease or by statutory requirements of the appropriate jurisdiction in which the damaged or destroyed property is located.

b.  The 'Interest of the Insured as Lessee' as referred to herein shall be paid for the first three months succeeding the date of the loss and the 'Net Lease Interest' shall be paid for the remaining months of the unexpired lease.

3.  Definitions:

The following terms, wherever used in this Clause, mean:

a.  The 'Interest of the Insured as Lessee' is defined as:

i.  The excess of the rental value of similar premises over the actual rental payable by the lessee (including any maintenance or operating charges paid by the lessee) during the unexpired term of the lease.

ii.  The rental income which would have been earned by the Insured from sublease agreements, to the extent not insured under any other Clause in TIME ELEMENT in this Policy, over and above the rental expenses specified in the lease between the Insured and the lessor.

b.  'Net Lease Interest' is defined as that sum, which placed at the prime rate of interest plus 3% compounded annually, shall be equivalent to the 'Interest of the Insured as Lessee.'

4.  The Insurer shall not be liable for any increase of loss, which may be occasioned by the suspension, lapse or cancellation of any license or by the Insured exercising an option to cancel the lease.

## F.    SOFT COSTS

This Policy insures 'Soft Costs' loss sustained by the Insured during the Period of Recovery caused by direct physical loss, damage or destruction of insured property in the course of construction, erection, installation, or assembly by a peril insured by this Policy.

'Soft Costs' means expenses over and above normal expenses including, but not limited to:

1.  Additional interest on money borrowed to finance construction or repair.
2.  Additional real estate and property taxes.
3.  Additional legal and accounting fees.
4.  Additional advertising and promotional expenses which become necessary as a result of the loss.
5.  Additional architects, engineers and consultant fees
6.  Additional leasing expenses
7.  Additional insurance premiums
8.  Refinancing charges or construction loan fees
9.  Additional project administration expenses

CCC000040

10.  Additional operating expenses

In the event the construction contract for such property contains a penalty clause providing for payments to the Insured for a delay in the completion of the construction, any portion of such penalty inuring to the benefit of the Insured shall be taken into consideration in the settlement of any loss hereunder.

## G.  DOWNZONING ENDORSEMENT

In the case of loss to real property by fire or other insured peril, this policy insures against direct damages, loss and loss of rents due to the ordinances, or codes, or other governmental restrictions which limit the insured's ability to rebuild damaged improvements at the described property location to the current density, use, size and number of floors.

The amount of such downzoning loss shall be the sum of:

1.    The replacement value of real property which must be demolished or which is damaged or destroyed and which may not be rebuilt at this location;

2.    The cost to repair, remodel or reconstruct the remaining portion of the structure to conform in permitted uses and all other applicable codes, laws and regulations, and

3.    One year's lost rents for portions of the property which cannot be repaired or replaced or reconstructed due to [operation or] the above described ordinances, laws and regulations.  The amount of lost rents is to be calculated for each lost unit (or each leased area in the building on the property) as the average gross rental income per unit (or each leased area in the building on the property) at the insured location for the 12 months preceding the date of loss.

## H.    PROVISIONS APPLICABLE TO "TIME ELEMENT"

1.    The Period of Recovery

a.    Applicable to "Time Element" as defined in 'Business Interruption,' 'Extra Expense,' 'Rental Value' and 'Soft Costs' above:

i.    Shall not exceed such length of time required with the exercise of due diligence and dispatch to rebuild, repair, or replace lost, damaged or destroyed property and to make such property ready for operations under the same or equivalent physical and operating conditions that existed prior to the loss, including such additional time as may be required to obtain "Green" Certification, and including such time as may be required to restore or recreate lost or destroyed valuable papers and records, electronic media and electronic data.

ii.    Shall include an additional length of time, known as an 'Extended Period of Recovery,' not to exceed the time specified in the DECLARATIONS, to restore the Insured's business to the condition that would have existed had no "Time Element" loss occurred.

b.    Applicable to "Time Element" as defined in Business Interruption, and Rental Value, the Period of Recovery applying to alterations, additions, and property while in the course of testing, commissioning, construction, erection, installation, or assembly, shall be determined as

provided in a. or b. above, as applicable, but the length of time shall be applied to the planned level of production or the planned level of business operation.

c.  Applicable to actions taken by the Insured in relation to "Preservation of Property" efforts as insured elsewhere in this Policy, shall commence at the time of initiation of the "Preservation of Property" efforts.

d.  Applicable to "Time Element" resulting from the release and subsequent lack of water supply stored behind dams or in reservoirs at an insured "location" when such water supply is used for any manufacturing purpose, for power or for fire protection and when such release is caused by direct physical loss, damage or destruction, by a peril insured by this Policy, of such dams or reservoirs or equipment connected thereto, shall be extended for a period not to exceed 30 consecutive days after the damaged dam, reservoir or equipment has been repaired or replaced. This provision is known as 'Impounded Water.'

e.  Except as provided in V.H.1.c and V.H.1.d above, for all "Time Element," the Period of Recovery shall commence with the date of the loss, damage or destruction of property of the type insured by a peril insured by this Policy and shall not be limited by the date of expiration of this Policy.

2.  **Expenses to Reduce Loss**

This Policy insures expenses necessarily incurred for the purpose of reducing any "Time Element" loss, even though such expenses may exceed the amount by which such "Time Element" loss is reduced.

3.  **Contingent "Time Element" Coverage**

Subject to all TIME ELEMENT provisions including Interruption by Civil or Military Authority, Loss of Ingress or Egress and Service Interruption as defined below, this Policy insures the "Time Element" loss resulting from direct physical loss, damage or destruction, by a peril insured by this Policy, of:

a.  Property of the type insured by this Policy of a direct supplier or a direct receiver of the Insured, which prevents the rendering or acceptance of goods and/or services to or from the Insured and shall include airlines, airports, railroads, railway stations, cruise ships, ports and other means of transportation involved in the transport of patrons, equipment or other goods to the Insured's "location(s)".

b.  Property of others of the type insured by this Policy within *2.5* miles of a "location" of the Insured that attracts customers to the Insured's "location."

Contingent "Time Element" coverage does not apply to any loss or damage insured under Service Interruption as defined below.

4.  **Interdependent "Time Element"**

This Policy insures "Time Element" interdependency loss sustained within and among companies or corporations owned, controlled or which are subsidiaries of the Insured, or joint ventures or partnerships in which the Insured has an interest, caused by direct physical loss, damage or destruction, by a peril insured by this Policy, of property insured.

CCC000042

5. Interruption by Civil or Military Authority

This Policy insures the "Time Element" loss sustained during the period of time when, as a result of direct physical loss, damage or destruction or imminent loss by a peril insured by this Policy within five (5) miles of an insured "location," normal business operations are *prohibited or prevented* because access to that "location" is prevented by order of civil or military authority.

6. Loss of Ingress or Egress

This Policy insures the "Time Element" loss sustained during the period of time when, as a result of direct physical loss, damage or destruction by a peril insured by this Policy within five (5) miles of an insured "location," normal business operations are *prohibited or prevented* because ingress to or egress from that "location" is prevented.

7. Service Interruption

This Policy insures the "Time Element" loss sustained as a result of direct physical loss, damage or destruction, by a peril insured by this Policy, of property of a supplier of fuel, electricity, steam, water, gas (except when natural gas is used as a raw material in which case "Time Element" loss is insured under Contingent "Time Element" as defined above), refrigeration, sewerage or telecommunications, including poles, towers, and transmission or distribution lines within *1000 feet* of the Insured's premises.

Service Interruption coverage does not apply to any loss or damage insured under Contingent " Time Element" Coverage.

8. Law, Ordinance, Regulation or Governmental Directive

In the event reconstruction, restoration, repair or use of property insured is regulated or prohibited by the enforcement of any law, ordinance, regulation or governmental directive that is in force at the time of direct physical loss, damage or destruction by a peril insured by this Policy, this Policy shall pay for any increase in "Time Element" loss insured by this Policy arising out of the additional time required to bring both the damaged and undamaged property into full compliance with the law, ordinance, regulation or governmental directive.

Notwithstanding the foregoing,  this Policy does not insure any increase in "Time Element" loss insured by this Policy arising out of the additional time required by the enforcement of any law, ordinance or regulation regulating asbestos material that has not sustained direct physical loss, damage or destruction by a Listed Peril as defined in Asbestos Material in EXCLUSIONS, or by any governmental direction or request declaring that asbestos material present in or part of or utilized in any undamaged portion of the Insured's property can no longer be used for the purpose for which it was intended or installed and must be removed or modified.

9. Evacuation Expense:

In the event of direct physical loss of or damage caused by a covered cause of loss to covered property occurring at an insured location, or in the case of imminent loss to the same, we will pay for the reasonable and necessary additional expense you incur to remove your guests from that damaged or threatened premises: transport your guests to the nearest available facilities; and to return your guests from those facilities to that insured location following the repair or replacement of that premises. We will pay no more than the applicable sub-limit of insurance.

CCC000043

However, in the event you incur both necessary Extra Expense and necessary additional expense for the relocation of guests, the applicable sub-limit of insurance shall be the greater of the applicable sub-limit of insurance for Extra Expense or the applicable sub-limit of Insurance for the relocation of guests.

10.    Goodwill and Public Relations:

This Policy insures the reasonable and necessary costs incurred by   the insured for removal, relocation or forgiveness of room charges for customers, not to exceed USD1,000 per room per day, occasioned by an actual or imminent "occurrence" insured by this Policy, not to exceed the sublimit stated in the Declarations.  This shall include the costs for payments to guests for the inconvenience or annoyance, damage to or loss of guest's personal property, and providing comps for room, dining, shows, spa services or other amenities. This coverage applies to loss, costs, expenses, guest charges and comps prior to, during and subsequent to the "occurrence" including future stays.   The insured is hereby authorized to make such payments as the insured deems necessary at the time of a recognized advisory body declaring an "occurrence" is imminent. "Occurrence" includes any "Earthquake Occurrence", "Flood Occurrence" or "Named Storm Occurrence."

12.    Experience of the Business

In determining the amount of "Time Element" loss payable hereunder, consideration shall be given to the experience of the business before the date of  direct physical loss, damage or destruction and to the probable experience thereafter had no loss occurred, except with respect to any alterations, additions and property while in the course of testing, commissioning, construction, erection, installation, or assembly, insured by this Policy, consideration shall be given to the probable experience of the business on the date business operations would have commenced had no loss occurred.

13.    Additional Exclusion Applicable to "Time Element."

This Policy does not insure the suspension, cancellation or lapse of any lease, contract, license or orders beyond the 'Period of Recovery' or, if applicable, the 'Extended Period of Recovery.'

CCC000044

## VI.    EXCLUSIONS

This Policy does not insure:

### A.    FRAUD

Fraud by the Insured. The Company will not pay for loss or damage caused by or attributable to any fraudulent or dishonest act or acts committed alone or in collusion with others; by any of your proprietors, partners, directors, trustees, officers or employees or by any party to whom property may have been entrusted. However, a wilful act of destruction by your employee without the knowledge of any of your proprietors, partners, directors, trustees or officers is covered.

### B.    EMBEZZLEMENT

Embezzlement of the Insured's property by any of the Insured's employees.

### C.    MYSTERIOUS DISAPPEARANCE

Mysterious Disappearance.

### D.    INVENTORY SHORTAGE

Loss or shortage the only proof of the factual existence of which is inventory records.

If the factual existence of the loss is provable by evidence other than inventory records, this exclusion shall not prohibit using inventory records to prove the amount of the loss.

### E.    FAULTY WORKMANSHIP, MATERIAL, CONSTRUCTION OR DESIGN

The cost of making good or rectifying faulty or defective workmanship, material, construction or design, but this exclusion shall not apply to damage resulting from such faulty or defective workmanship.

This exclusion shall not apply to "Boiler and Machinery" as defined in the DEFINITIONS.

### F.    DETERIORATION, DEPLETION, RUST, ETC.

Direct physical loss, damage or destruction caused by normal:
1.    deterioration
2.    depletion
3.    rust
4.    corrosion or erosion
5.    wear and tear
6.    inherent vice or latent defect

unless such direct physical loss, damage or destruction results directly from a peril insured by this policy or unless direct physical loss, damage or destruction not excluded by this policy results from one of the above causes, then only that resulting direct physical loss, damage or destruction is insured.

This exclusion shall not apply to "Boiler and Machinery" as defined in the DEFINITIONS.

CCC000045

## G. POLLUTION, CONTAMINATION

Direct physical loss, damage or destruction caused by, resulting from, contributed to or made worse by actual, alleged or threatened release, discharge, escape or dispersal of 'contaminants or pollutants,' all whether direct or indirect, proximate or remote or in whole or in part arising from any cause whatsoever.

Nevertheless if a Listed Peril arises directly from pollution or contamination any loss, damage or destruction of property insured by this Policy arising directly from that peril shall (subject to the terms, conditions and limitations of the Policy) be insured.

Notwithstanding the foregoing, this exclusion shall not apply if pollution or contamination directly results from direct physical loss, damage or destruction of property insured by this Policy by a Listed Peril:

Listed Perils

Fire; lightning; explosion; windstorm or hail;  "Named Storm"; smoke; direct impact of vehicle, aircraft or vessel; riot or civil commotion; vandalism or malicious mischief; leakage or accidental discharge of fire protection equipment; collapse; falling objects; weight of snow, ice or sleet; theft; water damage; "Boiler and Machinery"; accidental discharge, leakage, backup, or overflow of liquids or molten material from confinement within piping, plumbing systems, tanks, equipment  or other containment located at the insured "location"; "Earthquake"; "Flood."  and during the course of transit.

It is a condition precedent to recovery that such direct physical loss, damage or destruction be reported to the Insurer within 180 days of the date of the direct physical loss, damage or destruction.

'Contaminants or pollutants' means any material that after its release can cause or threaten damage to human health or human welfare or causes or threatens damage, deterioration, loss of value, marketability or loss of use of property insured by this Policy, including, but not limited to, bacteria, virus, or hazardous substances as listed in the Federal Water Pollution Control Act, Clean Air Act, Resource Conservation and Recovery Act of 1976, and Toxic Substances Control Act, or as designated by the U.S. Environmental Protection Agency.

Except as provided in "Decontamination Costs" and Contamination Cleanup in Section III, PROPERTY INSURED, this Policy does not insure costs arising out of the enforcement of any law, ordinance, regulation or order by civil or judicial authority requiring the removal, disposal, replacement, cleanup, restoration or containment of property insured or costs to monitor or test for the existence or effects of pollutants.

## H. SETTLING, SHRINKAGE OR EXPANSIONS

Normal settling, shrinkage, or expansion in foundations, walls, floors or ceilings unless such damage results directly from a peril insured by this Policy, or unless direct physical loss, damage or destruction by a peril insured by this Policy results, and then this Policy shall insure against that resulting direct physical loss, damage or destruction.

## I. HOSTILE OR WARLIKE ACTION/ACT OF TERRORISM

Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack by any government or sovereign power (de jure or de

CCC000046

facto) or by any authority maintaining or using military, naval, or air force, or by any agent of any such government, power, authority, or forces; any weapon of war employing atomic fission or radioactive force whether in time of peace or war, insurrection, rebellion, revolution, civil war, usurped power, or action taken by any governmental authority in hindering, combating or defending against any such occurrence, seizure or destruction under quarantine or customs regulations; confiscation or destruction by order of any government or public authority, except as provided in 'Destruction of Property at the Order of Public Authority' in PROPERTY INSURED.

## J.   NUCLEAR REACTION, RADIATION OR RADIOACTIVE CONTAMINATION

Nuclear reaction or nuclear radiation or radioactive contamination from any cause; however, if fire or sprinkler leakage ensues, the Insurer shall be liable for direct physical loss, damage destruction by the ensuing fire or sprinkler leakage.

Notwithstanding the previous sentence, this Policy insures against direct physical loss, damage or destruction caused by radioactive contamination, including resultant radiation damage, from material used or stored or from processes conducted by the Insured provided that at the time of such direct physical loss, damage or destruction there is neither a nuclear reactor capable of sustaining nuclear fission in a self-supporting chain reaction or any new or used nuclear fuel on the premises of the Insured.

## K.   MOLD, MILDEW OR FUNGUS

1.   Except as set forth in paragraph VI.K.2. below, this Policy does not insure any loss, damage, claim, cost, expense or other sum directly or indirectly arising out of or relating to:

mold, mildew or fungus

This exclusion applies regardless whether there is (a) any direct physical loss, damage or destruction of property insured; (b) any insured peril or cause, whether or not contributing concurrently or in any sequence; (c) any loss of use, occupancy, or functionality; or (d) any action required, including but not limited to repair, replacement, removal, cleanup, abatement, disposal, relocation, or steps taken to address medical or legal concerns.

*The Company shall not be liable for any loss or damage caused by, arising out of, contributed to, or resulting from fungus, mold(s),mildew or yeast; or any spores or toxins created or produced by or emanating from such fungus,*
*mold(s), mildew or yeast;*

*a) fungus includes, but is not limited to, any of the plants or organisms belonging to the major group fungi, lacking chlorophyll, and including mold(s), rusts, mildews, smuts and mushrooms;*

*b) mold(s) includes, but is not limited to, any superficial growth produced on damp or decaying organic matter or on living organisms, and fungi that produce mold(s);*

*c) spores means any dormant or reproductive body produced by or arising or emanating out of any fungus, mold(s), mildew, plants, organisms or microorganisms,*

*However, this exclusion shall not apply when the loss or damage is directly caused by a Covered Peril under the Policy and provided that such loss or damage is reported to the company within 12 months from the expiration date of the policy.*

## L.   LOSS FROM MANUFACTURING OR PROCESSING OPERATIONS

Loss attributable to manufacturing or processing operations that result in damage to stock or materials while such stock or materials are being processed, manufactured, tested or otherwise being worked upon, unless direct physical loss, damage or destruction by a peril insured by this Policy results, and then this Policy shall insure against that resulting direct physical loss, damage or destruction.

## M.   ANIMAL, INSECT OR VERMIN DAMAGE

Animal, insect or vermin damage, unless direct physical loss, damage or destruction by a peril insured by this Policy results, and then this Policy shall insure against that resulting direct physical loss, damage or destruction.

## N.   ELECTRONIC MEDIA AND ELECTRONIC DATA

Direct physical loss, damage or destruction of electronic media and electronic data.

However, anything in the foregoing sentence or elsewhere in this Policy to the contrary notwithstanding, this Policy insures direct physical loss, damage or destruction to electronic media and electronic data directly caused by a Listed Peril occurring during the Policy period.

Listed Perils

Fire; lightning; explosion; windstorm or hail; smoke;  "Named Storm" direct impact of vehicle, aircraft or vessel; riot or civil commotion; leakage or accidental discharge of fire protection equipment; collapse; falling objects; weight of snow, ice or sleet; theft; water damage; "Boiler and Machinery"; accidental discharge, leakage, backup, or overflow of liquids or molten material from confinement within piping, plumbing systems, tanks, equipment  or other containment located at the insured "location"; "Earthquake"; "Flood"   and during the course of transit.

Direct physical loss, damage or destruction of electronic media and electronic data shall not include distortion, erasure, corruption, alteration, diminishment in value, or resulting loss of use or usefulness of electronic media and electronic data, by any cause whatsoever other than the Listed Perils, including but not limited to 'computer virus,' regardless of any other cause or event that contributes concurrently or in any sequence to the loss, damage, destruction, distortion, erasure, corruption, alteration, diminishment in value, or loss of use or usefulness of  electronic data or electronic media.

'Computer virus' means instructions, code, applications or any software program that has the ability or is suspected to have the ability to damage, destroy, erase, corrupt, alter, or prevent access to electronic media and/or electronic data.

## O.   ASBESTOS MATERIAL

Asbestos material or the cost of removal or disposal of asbestos material or any sum related thereto.

CCC000048

However, anything in the foregoing sentence or elsewhere in this Policy to the contrary notwithstanding, this Policy insures asbestos physically incorporated in an insured building or structure, but only that part of the asbestos that has been physically damaged during the Policy period by one of the Listed Perils occurring during the Policy period.

Listed Perils

*Fire; lightning; explosion.*

This coverage is subject to all limitations in this Policy and, in addition, to each of the following specific limitations:

1.  The building or structure must be insured under this Policy for loss, damage or destruction.

2.  The Listed Peril must be the immediate, sole cause of the damage to the asbestos.

3.  The Insured must report to the Insurer the existence and estimated cost of the damage as soon as practicable but no later than twelve (12) months after the Listed Peril first damaged the asbestos. This Policy does not insure any direct physical loss, damage or destruction to the asbestos first reported to the Insurer after that twelve (12) month period.

4.  Coverage under this Policy in respect of asbestos shall not include any sum relating to:
    a. any faults in the design, manufacture or installation of the asbestos;
    b. asbestos not physically damaged by the Listed Peril including any governmental or regulatory authority direction or request of whatsoever nature relating to undamaged asbestos.

## P.    ELECTRONIC DATE RECOGNITION EXCLUSION

Loss, damage, cost, claim or expense, whether preventative, remedial or otherwise, directly or indirectly arising out of or relating to:

1.  the calculation, comparison, differentiation, sequencing or processing of data involving the date change to the year 2000, or any other date change, including leap year calculations, by any computer system, hardware, program or software and/or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the property of the Insured or not; or

2.  any change, alteration or modification involving the date change to the year 2000, or any other date change including leap year calculations, to any such computer system, hardware program or software or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the property of the Insured or not.

This Clause applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss, damage, cost, claim or expense.

## Q.    INDIRECT OR REMOTE LOSS

The Company will not pay for indirect or remote loss or damage.

CCC000049

## R.    CHANGE IN COLOR, FLAVOR AND TEXTURE

Change in color, flavor and texture.

CCC000050

# VII.    VALUATION

The value of property shall be determined as follows:

## A.    REPLACEMENT COST

With respect to all property insured (unless specifically addressed elsewhere in the Policy), the payment for loss shall be on a 'replacement cost' basis.  'Replacement Cost' includes all fees, costs, charges and expenses, (including, those of architects, surveyors, lawyers, engineers and consulting engineers) incurred by or on behalf of the Insured to reassemble, rebuild, reclaim, reconstruct, repair, replace, or restore property insured with due diligence and dispatch with new property or materials, either at the site of the loss or, at the sole option of the Insured, another site.  In the event the Insured decides to rebuild on another site, the liability of the Insurer shall not exceed the cost and expenses which would have been incurred to reassemble, rebuild, reclaim, reconstruct, repair, replace or restore the property lost, damaged or destroyed at the site of the loss.

In the event the Insured decides not to reassemble, rebuild, reclaim, reconstruct, repair, replace or restore the property lost, damaged or destroyed, the liability of the Insurer shall not exceed the cost and expenses which would have been incurred to reassemble, rebuild, reclaim, reconstruct, repair, replace or restore the property lost, damaged or destroyed at the site of the loss provided the proceeds of such loss settlement are expended in any other capital expenditures related to the Insured's operations.

If the insured elects not to reassemble, rebuild, reclaim, reconstruct, repair, replace or restore the property, lost, damaged or destroyed, or expend the loss settlement in other capital expenditures, the payment for loss shall be on an "Actual Cash Value" basis.

## B.    FINISHED STOCK

1.  On "finished stock," where "TIME ELEMENT" Business Interruption applies, at the Insured's regular cash selling price, less any discounts and unincurred charges to which "finished stock" would have been subject had no loss occurred;

2.  On "finished stock" where "TIME ELEMENT" Business Interruption Loss of Profits applies, at the value of "raw stock" and labor expended, plus the proper proportion of overhead charges.

## C.    STOCK IN PROCESS

On "stock in process," at the value of "raw stock" and labor expended, plus the proper proportion of overhead charges.

## D.    RAW STOCK

On "raw stock," supplies and other "merchandise" not manufactured by the Insured, at the replacement cost.

## E.    FINE ARTS, ANTIQUES

On 'fine arts or antiques,' the total liability shall not exceed the least of:

1.  The cost to repair or restore the article to the condition that existed immediately prior to the loss; or

2.  The cost to replace the article; or

3.  The value designated for the article on the Schedule of Fine Arts or Antiques, if any, on file with the Insurer.

    In the event an insured article is damaged or destroyed and cannot be repaired or restored to the condition that existed immediately prior to the loss or replaced, the Insurer shall be liable for the full amount of the value of the article and the Insured agrees to surrender the article(s) to the Insurer. The Insured may, at its sole option, accept payment by the Insurer for the reduction in value of any fine art or antique caused by damage by a peril insured by this Policy, and retain ownership of the property.

## F.  VALUABLE PAPERS AND RECORDS

On 'valuable papers and records,' the cost to repair, replace, restore or recreate, including the cost of research, engineering and other costs of repairing, replacing, restoring or recreating 'valuable papers and records' that suffer loss, damage or destruction; if unable to repair, replace, restore or recreate within a reasonable time after the date of the loss, damage or destruction, the value to the Insured of the damaged or destroyed 'valuable papers and records.'

## G.  FILM, RECORDS, MANUSCRIPTS AND DRAWINGS

On exposed films, records, manuscripts and drawings that are not 'valuable papers and records,' the value blank plus the cost of copying information from back-up or from originals of a previous generation.

## H.  ELECTRONIC MEDIA AND ELECTRONIC DATA

On 'electronic media' or 'electronic data,' the cost to repair or replace, including the cost of research, engineering and other costs of repairing, replacing, restoring or recreating 'electronic media' or 'electronic data'; if not repaired, replaced, restored or recreated within a reasonable time after the date of the loss, damage or destruction, the blank value.

This Policy does not insure any amount pertaining to the value of such 'electronic data' to the Insured or any other party, if such 'electronic data' cannot be recreated or assembled. If not repaired, replaced or restored 'electronic media' shall be valued at the cost of the blank media.

## I.  PROPERTY OF OTHERS

On property of others in the care, custody or control of the Insured, the greater of the liability of the Insured, the liability of the Insured as stipulated in a contract, lease or agreement, or the replacement cost.

## J.  TECHNOLOGICALLY OBSOLETE

On property that is deemed to be technologically obsolete, or is unavailable because it is no longer in production, the cost of new property that shall perform the same functions as the original property, including any betterment inherent in the design of such property.

## K.   PLANTS, TREES, SHRUBS AND LAWNS

Plants, trees, shrubs and lawns, whether located on or off a golf course, at the replacement cost of comparable and like kind and quality available nursery stock for plants, trees, shrubs and lawns determined to be a total loss.  For plants, trees, shrubs and lawns determined to be damaged but not a total loss, this company shall be liable for reasonable future care and maintenance of damaged plants, trees, shrubs and lawns for a period not to exceed two years from the date of loss. Care and maintenance will include but not be limited to pruning, trimming, fertilization and insect control.

## L.   INTEREST EXPENSE

In the event, as a result of direct physical loss or damage as covered under this policy, the Insured must necessarily obtain a loan or other financing for the purpose of effective repairs, rebuilding, or replacement of the lost or damaged property prior to receiving final loss payment from the Company, this Policy will insure the interest expense so incurred by the Insured.   Recovery hereunder shall be limited to the amount of interest incurred during the period of time commencing with the inception date of loss, or other financing arrangement, and ending with the date the Company has made full and final payment the Insured of the loss settlement.   It is understood that, to the extent possible in accordance with the loan agreement, the Insured shall apply any advance or partial loss settlement payments made by the Company towards accelerated repayment of the loan for the purpose of reducing the interest payable under such loan

## M.   HISTORICAL LANDMARK VALUATION

On property designated as being historic properties:

1.   if buildings or structures sustain loss, damage or destruction, this Policy will pay the cost to replace, repair or restore them using the same materials, workmanship and architectural features and details that existed before such loss, damage or destruction, provided they are available and including the use of skilled labor. However, if any materials or workmanship needed to replace, repair or restore a building or structure are not available, this Policy will pay the cost to use materials and/or workmanship that will permit the replacement, repair or restoration of the building or structure to a condition that most closely resembles the condition which existed immediately before the loss, damage or destruction occurred.

2.   if there is an ordinance or law in effect at the time of loss that regulates zoning, land use or construction of a building or structure, such as a Historic Preservation Act or other landmark regulation, and if that ordinance or law affects the repair or rebuilding of the loss or damaged building or structure and if the Insured:

a.   repairs or rebuilds the building or structure as soon as reasonably possible, this Policy will pay the replacement value of the damaged and undamaged portions of the building, the cost to demolish and clear the site of the undamaged portion of the building, and the increased cost to repair or rebuild the building to the same general size in accordance with the minimum standards of such ordinance or law;

b.   does not repair, rebuild or replace the building or structure, this Policy will pay the actual cash value of the damaged and undamaged portions of the building; and the cost to demolish and clear the site of the undamaged portion of the building.

CCC000053

Coverage afforded by item 2. does not apply to the costs associated with the enforcement of any ordinance or law that requires any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of pollutants or contaminants. In addition, nothing in this clause L shall increase the limit of liability of this Policy.

With respect to properties that qualify for "Historical Landmark Status," the Insured shall have the sole discretion as to the means by which said property shall be repaired, rebuilt or replaced, but not to exceed the actual costs which would have been incurred in order to comply with "Historical Landmark Status" requirements.

CCC000054

# VIII. GENERAL CONDITIONS

## A.  ADDITIONAL INSUREDS, LOSS PAYEES AND MORTGAGEES

All third parties having an interest in property insured by this Policy, as required by lease, contract, or agreement, shall automatically be Additional Insureds hereunder.

All other third parties including, but not limited to, Loss Payees and Mortgagees who have an interest in the property insured by this Policy shall be automatically named as Loss Payees or Mortgagees, and loss, if any, under this Policy shall be adjusted with the Insured and payable to the Insured and the Additional Insureds, Loss Payees or Mortgagees according to their respective insurable interests.

1.  The Insurer shall pay for loss, damage or destruction of specified property insured under this Policy to each specified Lender Loss Payee (hereinafter referred to as Lender) to the extent of its insurable interest and to each specified Mortgagee to the extent of its insurable interest, under all present or future mortgages upon such property, in order of precedence of the mortgages.

2.  The insurable interest of the Lender or Mortgagee (as the case may be) in property insured under this Policy shall not be invalidated by:

    a.  any act or neglect of the debtor, mortgagor, or owner (as the case may be) of the property.

    b.  foreclosure, notice of sale, or similar proceedings with respect to the property.

    c.  change in the title or ownership of the property.

    d.  change to a more hazardous occupancy.

    The Lender or Mortgagee shall notify the Insurer of any known change in ownership, occupancy, or hazard and, within 10 days of written request by the Insurer, may pay the increased premium associated with the change.

3.  If this Policy is cancelled at the request of the Insured or its agent, the coverage for the insurable interest of the Lender or Mortgagee shall terminate 10 days after the Insurer sends to the Lender or Mortgagee written notice of cancellation, unless:

    a.  sooner terminated by authorization, consent, approval, acceptance, or ratification of the Insured's action by the Lender or Mortgagee, or its agent.

    b.  this Policy is replaced by the Insured, with a Policy providing coverage for the insurable interest of the Lender or Mortgagee, in which event coverage under this Policy with respect to such interest shall terminate as of the effective date of the replacement Policy, notwithstanding any other provision of this Policy.

4.  The Insurer may cancel this Policy and/or the interest of the Lender or Mortgagee under this Policy, by giving the Lender or Mortgagee written notice 90 days prior to the effective date of cancellation, if cancellation is for any reason other than non-payment.  If the debtor, mortgagor, or owner has failed to pay any premium due under this Policy, the Insurer may cancel this Policy for non-payment, but shall give the Lender or Mortgagee written notice 20 days prior to the effective date of cancellation.  The Lender or Mortgagee may pay the premium due.  If the Lender or Mortgagee

CCC000055

fails to pay the premium due by the specified cancellation date, all coverage under this Policy shall cease.

5. If the Insurer pays the Lender or Mortgagee for any loss, and denies payment to the debtor, mortgagor or owner, the Insurer shall, to the extent of the payment made to the Lender or Mortgagee be subrogated to the rights of the Lender or Mortgagee under all securities held as collateral to the debt or mortgage. No subrogation shall impair the right of the Lender or Mortgagee to sue or recover the full amount of its claim. At its option, the Insurer may pay to the Lender or Mortgagee the whole principal due on the debt or mortgage plus any accrued interest. In this event, all rights and securities shall be assigned and transferred from the Lender or Mortgagee to the Insurer, and the remaining debt or mortgage shall be paid to the Insurer.

6. If the Insured fails to render proof of loss, the Lender or Mortgagee, upon notice of the Insured's failure to do so, may render proof of loss and shall be subject to the provisions of this Policy relating to appraisal, settlement of claims, and suit against the Insurer.

## B.  APPRAISAL

If the Insured and the Insurer fail to agree on the amount of a claim, each, upon the written demand of the other made within 60 days after receipt of proof of loss by the Insurer, shall select a competent and disinterested appraiser. The appraisers shall then select a competent and disinterested umpire. If they should fail for 15 days to agree upon such umpire, then upon the request of the Insured or of the Insurer, such umpire shall be selected by a judge of a court of record in the appropriate jurisdiction in which such appraisal is pending. Then, at a reasonable time and place, the appraisers shall appraise the loss, stating separately the value and the amount of loss. If the appraisers fail to agree, they shall submit their differences to the umpire. An award in writing by any two shall determine the amount of loss.

The Insured and the Insurer shall each pay its chosen appraiser and bear equally the other expenses of the appraisal and umpire.

## C.  ASSISTANCE AND COOPERATION OF THE INSURED

The Insured shall cooperate with the Insurer and, upon the Insurer's request and expense, shall submit to examination under oath, attend hearings and trials and assist in effecting settlements, in securing and giving evidence, in obtaining the attendance of witnesses, and in conducting suits.

## D.  BREACH OF WARRANTY

If a breach of any warranty or condition in this Policy or in any endorsement attached to or made a part of this insurance occurs, which breach, by the terms of the warranty or condition, shall operate to suspend or avoid this insurance, the suspension or avoidance due to such breach shall be effective only during the continuance of such breach, and then only as to the building or contents therein or other separate "location" to which the warranty or condition has reference and with respect to which the breach occurs.

CCC000056

## E.   CANCELLATION

This insurance may be cancelled by the "First Named Insured" shown in the Declarations at any time by written notice or by surrender of this Policy.

Except as prohibited or regulated by law, this insurance may also be cancelled by or on behalf of the Insurer at the Policy anniversary only by delivering to the Insured or by mailing to the Insured, by registered, certified or other first class mail, at the Insured's address as shown in this insurance, written notice stating when, not less than ninety (90) days thereafter, the cancellation shall be effective. Notwithstanding the foregoing in the event of non-payment of premium at any time during the term of this Policy, the Insurer may give ten (10) days written notice of cancellation to the Insured.  At any time prior to the effective date of cancellation, any Additional Insured, Loss Payee or Mortgagee may pay the premium due and the notice of cancellation shall be null and void.  The mailing of such notice shall be sufficient proof of notice and this insurance shall terminate at the date and hour specified in the notice.

If this insurance is cancelled by the Insurer, the Insurer shall retain the pro-rata proportion of the premium earned from the date of inception to the date of cancellation.  If this insurance is cancelled by the Insured, the Insurer shall retain the pro-rata proportion of the premium earned from the date of inception to the date of cancellation.

Payment or tender of any unearned premium by the Insurer shall not be a condition precedent to the effectiveness of cancellation but such payment shall be made as soon as practicable.

If the period of limitation relating to the giving of notice is prohibited or made void by any law, the period of limitation shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

In the event of cancellation of this Policy by the Insurer, the cancellation shall not take effect with respect to property in transit until the property has arrived at the place of its final destination.

## F.   COINSURANCE

No coinsurance shall apply with respect to this insurance.

## G.   CONTROL OF PROPERTY

This insurance shall not be prejudiced by any act or neglect of the owner of any building if the Insured is not the owner thereof, or by any act or neglect of any occupant (other than the Insured) of any building, when such act or neglect of the owner or occupant is not within the control of the Insured, or by failure of the Insured to comply with any warranty or conditions contained in this Policy of any form or endorsement attached to this Policy with regard to any portion of the premises over which the Insured has no control.

## H.   ERRORS AND OMISSIONS

Any error or inadvertent omission made by the Insured shall not void or impair the insurance hereunder provided the Insured reports such error or inadvertent omission as soon as reasonably possible after discovery by the First Named Insured's Contact identified in Declarations.

CCC000057

I.    EXTORTION

Recovery under this Policy shall not be affected by the refusal of the Insured to comply with any extortion demand.

K.    NOTICE OF LOSS

As soon as practicable after any "occurrence" that may give rise to a claim in excess of the applicable deductible under this policy is known to the First Named Insured's Contact identified in the Declarations, the Insured shall report such "occurrence" to Willis for transmittal to this Insurer.

L.    OTHER INSURANCE

1.    Underlying Insurance

Underlying insurance is insurance on all or any part of the Deductible and against all or any of the perils insured by this Policy including declarations of the value to a carrier for hire. The existence of such underlying insurance shall not prejudice or affect any recovery otherwise payable under this Policy.

If the limits of such underlying insurance exceed the Deductible amount, which would apply in the event of loss under this Policy, then that portion which exceeds such a Deductible amount shall be considered 'other insurance.'

2.    Excess Insurance

Excess insurance is insurance over the Limit of Liability set forth in this Policy.  The existence of such excess insurance shall not prejudice the coverage provided under this Policy nor shall it reduce any liability hereunder.

3.    Other Insurance

If there is any other insurance that would apply in the absence of this Policy, this Policy shall apply only after such insurance whether collectible or not.  In no event shall this Policy apply as contributing insurance.

The Insured is permitted to have other insurance over any Limits or Sub-limits of Liability specified in this Policy without prejudice to this Policy.  The existence of any such insurance shall not reduce any Limit or Sub-limit of Liability in this Policy.  Any other insurance that would have provided primary insurance in the absence of this Policy shall not be considered excess.

The Insured is permitted to have other insurance for all, or any part, of any Deductible in this Policy.  The existence of such other insurance shall not prejudice recovery under this Policy.  If the limits of liability of such other insurance are greater than this Policy's applicable Deductible, this Policy shall apply only after such other insurance has been exhausted.

CCC000058

4.   Contributing Insurance

Contributing insurance is insurance written upon identical terms, conditions, and provisions as those contained in this Policy. This insurance shall contribute in accordance with the conditions of this Policy only with other contributing insurance as defined.

## M.   PAYMENT OF LOSS

1.   All adjusted claims shall be due and payable no later than 30 days after presentation and acceptance of proof of loss by the Insurer or its appointed representative.

2.   Pending final adjustment of an insured loss, the Insured may collect partial payments by filing a proof of loss for each partial payment.

3.   The full amount of the 'actual cash value' shall be due and payable no later than 30 days after presentation and acceptance of a proof of loss for the 'actual cash value.'  Collecting the 'actual cash value' portion of any claim shall not affect the rights of the Insured under this Policy to collect amounts in excess of the 'actual cash value' upon presentation and acceptance of proof of loss.

## N.   PROOF OF LOSS

The Insured shall render a signed and sworn proof of loss to the Insurer or its appointed representative stating: the place and time of the loss, damage or destruction; the interest of the Insured and all others; the value of the property involved in the loss; and the amount of loss, damage, or expense.

## O.   REQUIRED BY LAW

Any provisions required by law to be included in policies issued by the Insurer shall be deemed to have been included in this Policy.

If the provisions of this Policy conflict with the laws of any jurisdictions in which this Policy applies, and if certain provisions are required by law to be stated in this Policy, this Policy shall be read so as to eliminate such conflict or deemed to include such provisions for insured "locations" within such jurisdictions.

## P.   RIGHT TO INSPECT

The Insurer, at all reasonable times, is permitted, but does not have any duty, to inspect property insured.

The Insurer's

1.   Right to make inspections;

2.   Making of inspections; or

3.   Analysis, advice or inspection report

shall not constitute an undertaking, on behalf of or for the benefit of the Insured or others to determine or warrant that the property insured is safe or healthful. The Insurer shall have no liability to the Insured or any other person because of any inspection or failure to inspect.

## Q.    SALVAGES AND RECOVERIES

Any recoveries from sale of salvage, after expenses incurred in salvage or recovery are deducted, except recovery through subrogation proceedings, shall accrue entirely to the benefit of the Insurer until the sums paid by the Insurer have been recovered.

## R.    SEVERABILITY OF INTERESTS

Each of the Insureds covered by this policy will have the same protection and obligations as if the policy has been issued individually to each of them, except as respects the obligations associated with section VIII D, Cancellation. However, the inclusion of more than one Insured will not operate to increase the limit of liability of the Insurer beyond the limit of liability stated in this policy.

## S.    SUBROGATION

1.    In the event of any payment under this Policy, the Insurer, where legally permitted, shall be subrogated to the extent of such payment to all the Insured's rights of recovery in respect thereof. The Insured is required to cooperate, at the request and expense of the Insurer, in any subrogation proceedings. The Insurer may require from the Insured an assignment or other transfer of all rights of recovery against any party for loss to the extent of the Insurer's payment.

The Insurer shall not acquire any right of recovery that the Insured has expressly waived prior to a loss, nor shall such waiver affect the Insured's rights under this Policy.

Any recovery from subrogation proceedings, less costs incurred by the Insurer in the proceedings, shall be payable to the Insured in the proportion that the amount of any applicable Deductible and/or any provable uninsured loss, bears to the entire provable amount.

2.    The right of subrogation against the Insured, affiliated, subsidiary and associated companies or corporations, or any other corporations or companies associated with the Insured through ownership or management, is waived. At the option of the Insured, subrogation against a tenant of the Insured may be waived.

## T.    SUIT AGAINST THE INSURER

No suit or action on this Policy for the recovery of any claim shall be sustainable in any court of law or equity unless the Insured has fully complied with all the requirements of this Policy. The Insurer agrees that any action or proceeding against it for recovery of any loss under this Policy shall not be barred if commenced within the longer of three years or the time prescribed in the statutes of the applicable jurisdiction.

U.    TITLES OF PARAGRAPHS

The titles of the paragraphs of this Policy, this form and of endorsements and supplemental contracts, if any, now or hereafter attached are inserted solely for convenience of reference and shall not limit or affect the provisions to which they relate.

CCC000061

# IX.  DEFINITIONS

These definitions shall apply to the terms wherever they appear in this Policy and any addendum and/or endorsement to this Policy.

## A.  ACTUAL CASH VALUE

The 'replacement cost' (as defined in VALUATION), less a reasonable allowance for physical deterioration.

## B.  BOILER AND MACHINERY

1.  Loss or damage caused by or resulting from explosion in, or of steam boilers, steam turbines, gas turbines, steam engines and steam pipes interconnecting any of the foregoing equipment owned, operated or controlled by the Insured, however;

    This definition shall not apply to loss or damage resulting from an explosion:

    a.  Of gases or fuel within the furnace of a boiler or within the flues or passages there from;

    b.  Involving the smelt bed within a furnace of a boiler of the chemical recovery type;

    c.  Outside of any equipment.

2.  Loss or damage caused by or resulting from rupture, bursting, cracking, bulging, burning or change of temperature of steam boilers, steam turbines, gas turbines, steam engines and pressure vessels, or piping or apparatus attached to any of the foregoing equipment owned, operated or controlled by the Insured, however:

    this definition shall not apply to direct physical loss or damage resulting from accidental discharge, escape, leakage, backup or overflow to the open of any material from confinement within piping, plumbing systems, tanks or equipment, except from that equipment identified in paragraph 1) above.

3.  Loss or damage from mechanical or electrical breakdown (except by direct lightning damage) of any equipment, unless such results directly in direct physical loss, damage or destruction insured by this Policy, in which event, this definition shall not apply to such resulting damage.

## C.  BOILER AND MACHINERY AMMONIA CONTAMINATION

The spoilage to the type of property insured hereunder from direct physical loss, damage, destruction, contaminated or polluted by ammonia, including any salvage expense caused by Boiler and Machinery as defined in X.B.

## D.  BOILER AND MACHINERY HAZARDOUS SUBSTANCE

Any additional expenses incurred by the Insured for the clean-up, repair or replacement or disposal to the type of property insured hereunder from direct physical loss damage, destruction, contaminated or polluted by Hazardous Substance caused by Boiler and Machinery as defined in X.B.

### E.   BOILER AND MACHINERY WATER DAMAGE

The direct physical loss, damage or destruction to the type of property insured hereunder by water including any salvage except no coverage applies to such damage resulting from leakage of a sprinkler system or domestic water piping caused by Boiler and Machinery as defined in X.B.

### F.   EARTHQUAKE AND EARTHQUAKE "OCCURRENCE"

A quaking, trembling, vibratory or undulating movement of a portion of the earth's crust, produced by underground volcanic forces or other pressures that produce a breaking, shifting or other movement of the earth's crust including tsunami. Wherever used in this Policy, the term "Earthquake" shall be restricted exclusively to the actual, specific cracking, rupturing, shifting, toppling or collapse of property and shall not include loss, damage or destruction, if any, directly resulting from ensuing fire, explosion, sprinkler leakage, theft or vandalism Such ensuing loss shall be construed to have been of the same "occurrence" but of a different proximate cause.

If more than one "Earthquake" occurs within any period of 168 hours during the term of this Policy, such "Earthquakes" shall be deemed to be a single "occurrence" within the meaning of this Policy. The Insured may determine the beginning of such 168 hours period.

Should any "Earthquake" commence prior to the expiration of this Policy and extend beyond the expiration date of this Policy, this Policy shall pay for all such losses occurring during such period as if such period fell entirely within the term of this Policy. But the Insurer shall not be liable for any loss commencing before the effective date and time or commencing after the expiration date and time of this Policy.

### G.   FINISHED STOCK

Stock manufactured by the Insured, which in the ordinary course of the Insured's business is ready for packing, shipment or sale.

### H.   FIRST NAMED INSURED

The "First Named Insured" shall be deemed as the sole and irrevocable agent of each and every Insured hereunder for the purpose of giving and receiving notices to and from the Insurer, giving instructions to or agreeing to the Insurer as respects policy alterations and for making or receiving adjustments to premium.

### I.   FLOOD

A general and temporary condition of partial or complete inundation of normally dry land area from (1) the overflow of inland or coastal waters; (2) the unusual and rapid accumulation or run off of surface waters from any source; or (3) the spray from any of them, whether driven by wind or not, and shall not include loss, damage or destruction, if any, resulting from ensuing fire, explosion, sprinkler leakage, theft or vandalism   Such ensuing loss shall be construed to have been of the same "occurrence" but of a different proximate cause.   "Flood" and Storm Surge as a result of a Named Storm shall not be considered "Flood".

CCC000063

Should any "Flood" commence prior to the expiration of this Policy and extend beyond the expiration date of this Policy, this Policy shall pay for all such losses occurring during such period as if such period fell entirely within the term of this Policy. But the Insurer shall not be liable for any loss commencing before the effective date and time or commencing after the expiration date and time of this Policy.

## J.  GENERAL AVERAGE CONTRIBUTION AND SALVAGE CHARGES

Contribution by all of the parties in a sea adventure to make good loss sustained by one of their number on account of sacrifices voluntarily made of part of a ship or cargo to save residue; extraordinary expenses necessarily incurred by one or more of the parties for general benefit of all interests embarked in a general enterprise; expenses and costs incurred in the work of saving and preserving a ship or cargo which was in danger of loss or damage such as would be insured by this Policy.

## K.  HIGH HAZARD ZONES FOR EARTHQUAKE

|  |  |
|---|---|
| ALASKA | Entire State except Nome, North Slope, Northwest Artic, Wade Hampton |
| CALIFORNIA | Entire State |
| HAWAII | Entire State |

## L.  IMPROVEMENTS AND BETTERMENTS

Fixtures, alterations, installations or additions comprising part of a building occupied but not owned by the Insured and acquired or made at the expense of the Insured, which the Insured cannot legally remove.

## M.  INSURABLE INTEREST OF THE INSURED IN PROPERTY OF OTHERS

1.  liability imposed by law upon the Insured for loss, damage or destruction, by a peril insured by this Policy, of property of another of the type insured by this Policy; or

2.  liability assumed by the Insured by specific agreement prior to loss for direct physical loss, damage or destruction by a peril insured by this Policy.

## N.  LAND IMPROVEMENTS

Any alteration to the natural condition of the land at a "location" by grading, landscaping and additions to such land including landscape gardening, pavements, retaining walls, roadways, or similar works, and including golf courses, golf greens, tee areas, fairways, driving ranges, sand traps, water hazards, ponds and lakes, underground wiring, sprinkler systems, beaches, pilings, and similar properties, and including the cost of reclaiming, restoring or repairing "land improvements." "Land improvements" shall also include trees, plants and shrubs that are part of the natural condition of the land at a "location" and that form part of the effective placements of buildings or structures, pavements, roadways or similar works, and other alterations to the natural condition of the land.

CCC000064

## O.    LOCATION

1.   A site listed on a report provided the Insurer at inception; or

2.   when insured:

    a.   as a "Miscellaneous Unreported Location" or
    b.   under Automatic Coverage for Newly Acquired Property or
    c.   under the Errors and Omissions clause

This definition of "location" shall further include a building, yard, dock, wharf, pier or bulkhead (or any group of the foregoing) bounded on all sides by public streets, clear land space or open waterways, each not less than fifty feet wide.  Any bridge or tunnel crossing such street, space or waterway shall render such separation inoperative for the purpose of this definition.

## P.    MERCHANDISE

Goods kept for sale by the Insured, which are not "raw stock," "stock in process" or "finished stock."

## Q.    MISCELLANEOUS UNREPORTED LOCATION

Real and/or personal property of the type insured by this Policy at any "location" within the territorial limits of this Policy, which property is at the risk of the Insured at inception of the Policy but has not been listed on a report provided to the Insurer at inception or which becomes at the risk of the Insured after the inception date of this Policy but is not reported to the Insurer within the maximum number of days as shown in the Time Limit for Automatic Coverage for Newly Acquired Property in DECLARATIONS.

## R.    NAMED STORM

The term "Named Storm" shall mean a weather condition that has been declared by the U.S. National Weather Service National Oceanic and Atmospheric Administration (NOAA), National Hurricane Center, or similar meteorological authority to be a hurricane, typhoon, tropical storm or cyclone that results in loss or damage to Insured property directly or indirectly by:

1.   the force of wind caused by or resulting from a "Named Storm"; or

2.   any material, object or debris that is carried, propelled or in any manner moved by a "Named Storm"; or

3.   hail, lightning or tornado(es) that are a result of actions or effects of a   "Named Storm"; or

4.   rain or water, whether the rain or water is driven by wind or not, that enters the insured property through an opening(s) created by the force of wind from a "Named Storm"; or

5.   water inundation, storm surge or "Flood" as defined herein, if insured by this policy, including loss or damage from the destruction or breaching of any levee, dam or dike as a result of actions or effects of a "Named Storm".

If more than one "Named Storm" occurs within any period of 96 hours during the term of this Policy, such "Named Storm" shall be deemed to be a single "occurrence" within the meaning of this Policy. The Insured may determine the beginning of such 96 hour period.

Should any "Named Storm" commence prior to the expiration of this Policy and extend beyond the expiration date of this Policy, this Policy shall pay for all such losses occurring during such period as if such period fell entirely within the term of this Policy. But the Insurer shall not be liable for any loss commencing before the effective date and time or commencing after the expiration date and time of this Policy.

Nothwithstanding whether or not the loss location is situated within a SFHA designated flood zone, the limits and deductibles applicable to "Named Storm" shall apply.

## S.  NET SALES VALUE OF PRODUCTION

The sum of the net sales of the Insured's product during 'the year' (gross sales less discounts, returns, allowances, bad debts and prepaid freight to the extent included in sales figures), less inventory of "finished stock" at the beginning of 'the year' priced at sales value, plus the inventory of "finished stock" on hand at the end of 'the year' priced at sales value.  'The year' means the 365-day period ending on the date of the loss.

## T.  NORMAL

The condition that would have existed had no loss occurred.

## U.  ORDINARY PAYROLL

Ordinary payroll is defined to be the entire payroll expense for all employees of the Insured except officers, executives, department managers, employees under contract and other important employees as identified by the Insured.

## V.  RAW STOCK

Material in the state in which the Insured receives it for conversion by the Insured into "stock in process" or "finished stock."

## W.  STOCK IN PROCESS

"Raw stock" which has undergone any aging, seasoning, mechanical or other process of manufacture but which has not become "finished stock."

## X.  HIGH HAZARD NAMED STORM ZONES

### U.S.A. - TIER ONE

| STATE | COUNTIES AND PARISHES |
|---|---|
| Alabama | Baldwin, Mobile. |

CCC000066

| | |
|---|---|
| Florida | Entire State |
| Georgia | Bryan, Camden, Chatham, Glynn, Liberty, McIntosh. |
| Hawaii | Entire State. |
| Louisiana | Cameron, Iberia, Jefferson, Lafourche, Orleans, Plaquemines, St. Bernard, St. Mary, St. Tammany, Terrebonne, Vermillion. |
| Mississippi | Hancock, Harrison, Jackson. |
| North Carolina | Beaufort, Brunswick, *Camden,* Carteret, Chowan, Craven, Currituck, Dare, Hyde, New Hanover, Onslow, Pamlico, Pasquotank, Pender, Perquimans, Tyrrell, Washington. |
| South Carolina | Beaufort, *Berkley,* Charleston, Colleton, Georgetown, Horry, *Jasper.* |
| Texas | Aransas, Brazoria, Calhoun, Cameron, Chambers, Galveston, Jackson, Jefferson, Kennedy, Kleberg, Matagorda, Nueces, Orange, Refugio, San Patricio, Willacy. |
| Virginia | Gloucester, Isle of Wight, James City, Lancaster, Mathews, Middlesex, Northampton, Northumberland, Surry, York and including the independent cities of Chesapeake, Hampton, Newport News, Norfolk, Poquoson, Portsmouth, Suffolk, Virginia Beach, Williamsburg. |
| Us Virgin Islands | All islands. |

## Y.   TIME ELEMENT

All coverages in Section V. including all coverage extensions.


Attached to and forming part of Policy No. RMP 6023381009 of Continental Casualty Company.


_____
[Authorized Signature]

CCC000067

# ENDORSEMENT NO. 1:  LOCATIONS IN FEMA FLOOD ZONES 'A' AND 'V'

In consideration of the premium charged it is agreed that the locations listed below are in Special Flood Hazard Areas.  During the term of the policy no other locations will be considered to be in a SFHA even if a zone change occurs during the policy period.  The only exception to this is Newly Acquired Locations and Miscellaneous Unscheduled Locations for which the flood zone will be determined at the time of loss.

Locations in Special Flood Hazard Areas (SFHA) of 100-Year Flooding

| Location | Address | City | State | Zip |
|---|---|---|---|---|
| Dale Mabry Storage | 17921 N Dale Mabry Highway | Lutz | FL | 33548 |
| Royal Palms on 4th | 5002-5036 4th Street N. | St. Petersburg | FL | 33702 |
| Pin Point Heritage Museum | 9924 Pin Point Avenue | Savannah | GA | 31406 |
| Martinazzi Square | 19221-19449 SW Martinazzi Avenue | Tualatin | OR | 97062 |
| Lakeshore Commons | 2268 N. Lakeshore | Rockwall | TX | 76087 |
| Wildlife 1 | 705 E Wildlife Parkway | Good Prairie | TX | 75050 |

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth.

All Other Terms and Conditions Unchanged

CCC000068

# ENDORSEMENT NO. 2 SUBSCRIPTION ENDORSEMENT (PRIMARY)

In consideration of the premium charged, the subscribing Insurer hereto, hereinafter referred to as the "Insurer," does severally, but not jointly, agree to indemnify the Insured for the amount recoverable in accordance with the terms and conditions of this Policy and any Endorsements hereto, provided that:

1.  The collective liability of the subscribing "Insurer" shall not exceed its percentage of the Limit of Liability or any appropriate Sub-limit of Liability or any aggregate Limit of Liability in any Policy Year.

2.  The limit of the subscribing "Insurer" shall not exceed the Limit of the pro-rata percentage of Liability set against its name.

| "Insurer" | Continental Casualty Company |
|---|---|
| "Insurer" Policy Number/Reference | RMP 6023381009 |
| "Insurer" Participation | USD5,625,000 (22.5%) part of USD25,000,000 excess of Policy Deductible(s) |
| "Insurer" Premium | REDACTED |

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth.

**All Other Terms and Conditions Unchanged**

# ENDORSEMENT NO. 3 CANCELLATION ENDORSEMENT

## CANCELLATION ENDORSEMENT

It is hereby agreed that if the Insurer's rating from Standard and Poor's and/or A.M. Best is downgraded below the rating on the date this policy incepts, any minimum premium requirement or short rate cancellation penalty is waived.

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth.

All Other Terms and Conditions Unchanged

CCC000070

# ENDORSEMENT NO. 4 OCCURRENCE LIMIT OF LIABILITY

## OCCURRENCE LIMIT OF LIABILITY

It is understood and agreed that the following special terms and conditions apply to this policy:

1. The limit of liability or Amount of Insurance shown on the face of this policy, or endorsement onto this Policy, is the total limit of the Company's liability applicable to each occurrence, as hereafter defined.

   Notwithstanding any other terms and Conditions of this policy to the contrary, in no event shall the liability of the Company exceed this limit or amount irrespective of the number of locations involved The term "occurrence" shall mean any one loss, disaster, casualty or series of losses, disasters, or casualties, arising out of one event.

   a. When the term applies to loss or losses from the perils of tornado, cyclone, hurricane, windstorm, hail, flood, volcanic eruption, riot, riot attending a strike, civil commotion, and vandalism and malicious mischief, one event shall be construed to be all losses arising during a continuous period of 72 hours. When filing proof of loss, the Insured may elect the moment at which the 72 hour period shall be deemed to have commenced, which shall not be earlier than when the first loss to the covered property occurs.

   b. When the term applies to loss from the peril of earthquake, one event shall be construed to be all loss arising during a continuous period of 168 hours. When filing proof of loss, the Insured may elect the moment at which the 168 hour period shall be deemed to have commenced, which shall not be earlier than when the first loss to the covered property occurs.

2. The premium for this policy is based upon the Statement of Values on file with the Company, or attached to this policy. In the event of loss hereunder, liability of the Company, subject to the terms of paragraph one (1) above, shall be limited to the least of the following:

   a. The actual adjusted amount of loss, less applicable to deductible(s).

   b. The limit of Liability or Amount of Insurance shown on the face of this policy or endorsed onto this policy.

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth.

## All Other Terms and Conditions Unchanged

# ENDORSEMENT NO. 5 NEW MADRID AND PACIFIC NORTH WEST EARTHQUAKE ZONES

It is hereby agreed and understood, the following definitions have been added for New Madrid Earthquake Zones and Pacific Northwest Earthquake Zones.

### NEW MADRID ZONES FOR EARTHQUAKE

| STATE | COUNTIES |
|---|---|
| ARKANSAS | Clay, Craighead, Crittenden, Cross, Greene, Jackson, Lawrence, Randolph, Sharp, Mississippi, Poinsett |
| Illinois | Alexander, Massac, Pulaski, Union, Williamson, Johnson, Pope, Saline, Jackson, Franklin, Perry, Hardin, Randolph, Monroe, St. Clair, Washington, Clinton, Bond, Madison, Jefferson |
| Indiana | Posey, Vanderbaugh, Gibson, Warrick, Pike, *Knox, Sullivan, Vigo.* |
| Kentucky | Ballard, Carlisle, Fulton, Graves, Hickman, Livingston, McCracken, Marshall, Calloway |
| Mississippi | Desoto, Tunica, Marshall, Tate, Coahoma, Bolivar, *Lafayette, Benton, Panola, Quitman, Tippah* |
| Missouri | Bollinger, Butler, Cape Girardeau, Dunklin, Mississippi, New Madrid, Pemiscott, Scott, Stoddard, St. Louis, St. Francois, St. Charles, Jefferson, Franklin, Warren, Washington, Iron, Wayne, Reynolds, Madison, St. Genevieve, Perry, *St. Louis* |
| Tennessee | *Benton, Carroll, Chester* Crockett, Dyer, Fayette, Gibson *Hardeman,* Haywood, *Henderson, Henry,* Lake, Lauderdale, Madison, Obion, Shelby, *Stewart,* Tipton, *Weakley* |

### PACIFIC NORTHWEST ZONES FOR EARTHQUAKE

| STATE | COUNTIES |
|---|---|
| WASHNGTON | Callum, Jefferson, King, Kitsap, Mason, Pierce, San Juan, Skagit, Shohomish, Thurston, Watcom, *Clark* |
| *OREGON* | *Benton, Clackamas, Clatsop, Columbia, Coos, Curry, Douglas, Jackson, Josephine, Lane, Lincoln, Linn, Marion, Multnomah, Polk, Tillamook, Washington, Yamhill.* |

All Other Terms and Conditions Unchanged

# ENDORSEMENT NO. 6 BUILDING OWNER LOSS PAYEE AND CONTRACT OF SALE LOSS PAYEE ENDORSEMENT

This endorsement changes the policy.  Please read it carefully.

<u>Building Owner Loss Payee and Contract of Sale Loss Payee Endorsement</u>

This endorsement modifies the Commercial Property Policy identified below and is subject to all definitions in that policy and only applies **as required by written contract.**

A.  Building Owner Loss Payee

    1.   This Item A applies to any Building Owner Loss Payee when named as such in a certificate of insurance on file with the Company, which was been issued in accordance with all certificate of insurance provisions contained in the policy, as respects the buildings which they own as described on such certificate of insurance in which the Insured is a tenant.

    2.   The Company will adjust losses to the described building with, and pay, the Building Owner Loss
Payee.  Any loss payment made to the Loss Payee will satisfy the Insureds claims against the Company for the owner's property.

    3. The Company will adjust loss to tenant's improvements and betterments with, and pay, the Insured, unless the lease provides otherwise.

B.  Contract of Sale Loss Payee

    1.   This Item B applies to any Contract of Sale Loss Payee named in this policy or when named as such (or when named just as Contract of Sale interest) in a certificate of insurance on file with the Company, which was been issued in accordance with all certificate of insurance provisions contained in the policy, as respects the property listed on such certificate for which the Insured has entered into a contract for sale with the Contract of Sale Loss Payee.

    2.   For property insured under this policy which both the Insured and the Contract of Sale Loss Payee  have an insurable interest, the Company will:

        a.   adjust losses with the Insured; and

        b.   pay the amount of covered claim under this policy jointly to the Insured and the Contract of Sale
            Loss Payee, as their interests may appear.

    3.   This policy's Other Insurance Provisions shall be amended such that for property insured hereunder
        that is the subject of a contract of sale, the Insured's other insurance includes the Contract of Sale Loss Payee's other insurance on the same property. **The Insured's policy shall be primary.**

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth.

All Other Terms and Conditions Unchanged

CCC000073

# ENDORSEMENT NO. 7 CONTINGENT INTEREST ENDORSEMENT

It is hereby agreed and understood the following is added:

Coverage under this Policy shall apply to property in which the Insured has a <u>financial interest or contractually obligated to purchased.</u> Notwithstanding the Other Insurance clause in this policy, this coverage extension shall apply when Property Damage Insurance, or Property Damage and Rents Insurance provided by others on the property of the Insured (by agreement) is determined to be inadequate or not collectible for any reason. Automatic coverage is extended to Contingent Interest Property.

a.   The Insured shall assist by requiring other coverage on the property.

b.   The Insured shall use all reasonable and necessary means to collect the full amount of any claims that may be collectible from the Property Damage insurance coverage maintained by the Lessee.

c.   This coverage extension shall not inure to the benefit of any party other than the Insured; and does not provide any rights or benefits to any other party.

d.   The Company shall be subrogated to all of the Insured's rights of recovery against any party or organization to the extent not waived. The Insured shall execute and deliver required instruments and papers, or do whatever else is necessary, to secure such rights for the Company.

e.   The Insured shall do nothing after physical loss or damage to insured property to prejudice the Company's rights of recovery against any party or organization.

In case of a claim, the Company's liability for this coverage extension shall be limited to the actual recovery that would apply under this policy had there been no other insurance less the amount recovered from such other insurance. In each case of loss or damage covered by this coverage extension, the Company shall not be liable unless the Insured sustains physical loss or damage in a single occurrence greater than the Insured's Retentions as enumerated elsewhere in this policy.

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth.

**All Other Terms and Conditions Unchanged**

CCC000074

## ENDORSEMENT NO. 8:  BRAND STANDARDS/TENANT MOVE BACK COSTS

### Brand Standards

Section VII Valuation:  Section A Replacement is amended as follows:   Replacement Cost shall include the increased costs related to compliance with the current Brand Standards as required by the Franchisee contract due to *direct physical loss, damage or destruction by a peril insured by this policy.*    The Insured will pay no more than the applicable sub-limit of insurance of USD2,500,000 per occurrence in addition to the Replacement Cost Value of the insured property.

### Tenant Move Back Costs

Expenses incurred by the Insured to pay for 'covered move back costs' of tenants who temporarily vacate a "location" insured hereunder, when the "location" is untenantable due to *direct* physical loss, damage or destruction by a peril insured by this Policy.

Covered move back costs means documented, reasonable and necessary costs of packing (including insuring and carting) tenants' property; costs of reestablishing utility services; costs of assembling and setting up tenants' property at the location of loss, and costs to unpack and reshelve stock and supplies.  Covered move back expenses do not include, however, loss caused by the termination of a lease or other agreement, nor security deposits or other payments, forfeitures or penalties made to the landlord or lessor of other quarters used by the tenants.

### Tenant Relocation Expense

This policy is extended to cover relocation expenses incurred by the Insured to relocate:

a) Residents or tenants to other quarters in the shortest possible time when rented space or living quarter(s) at a described location are made uninhabitable as a result of direct physical loss or damage insured by this policy.

Coverage is provided for the reasonable and necessary expense of:

a)  Packing, sorting, and transportation cost for personal property;

b) Reestablishing new utility services, less refunds from discontinued services, at the damaged location;

c)  Searching for new quarters;

d)  Disconnecting and reconnecting fixtures and equipment; and

e)  Storage costs while awaiting possession of other quarters or restoration of existing quarters.

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth.

### All Other Terms and Conditions Unchanged

## ENDORSEMENT NO. 9:  DROP DOWN AND PRIORITY OF PAYMENTS

**DROP DOWN AND PRIORITY OF PAYMENTS**

It is hereby agreed that the policy is amended as follows:

In determining the amount of any one loss, disaster or casualty for which this policy is excess, the total loss for all coverages caused by any combination of perils and/or property, one or more of which is insured against under the primary and any underlying policies, shall be used even though all such perils and/or property and/or coverages and/or locations, are not insured against under this excess policy.

1.  Any recoveries made under the primary and any underlying policies shall be considered as first applying to those perils and/or property and/or coverages and/or locations, not insured against by this policy.  Upon exhaustion of the primary and any underlying policy limits, this policy shall drop down and be liable for the loss in excess of the amount attributed to the primary and any underlying policies as respects those perils and/or property and/or coverages and/or locations insured hereunder subject to the limit and attachment point of this policy.

2.  In the event the aggregate limits provided for Flood and/or Earthquake in any primary or any underlying policies are diminished or exhausted in any one policy year and those perils are covered by this policy, the coverage provided under this policy shall respond as excess of the remaining limits.

In such event, the applicable amount of the deductible provision of the primary policy shall apply to the combination of all policies.

In no event shall anything in this endorsement be construed to increase the sublimits detailed in the primary or any underlying policies

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth.

**All Other Terms and Conditions Unchanged**

CCC000076

# ENDORSEMENT NO. 10:  HAIL DEDUCTIBLE SCHEDULE

In consideration of the premium charged it is agreed that the locations listed below will be subject to the following deductible as respects losses resulting from "Hail:"

Three percent (3%) of the actual value of the "unit of insurance" for which the Insured is making a claim against this policy.  The deductible shall apply separately to each "unit of insurance" per the latest Statement of Values on file with the Company and will be subject to a maximum deductible of USD1,000,000 per Occurrence.

Locations with Differential Deductibles for "Hail" losses

| Location | Physical Address | City | State | ZIP |
|---|---|---|---|---|
| Brown Springs Promenade | 6512-6544 Atlanta Highway | Montgomery | AL | 36117 |
| Chenal Creek | 12800 Chenal Parkway | Little Rock | AR | 72211 |
| Arcadia Village Shopping Center | 3939 E Camelback Rd | Phoenix | AZ | 85018 |
| The Plaza | SWC Scottsdale Rd & Thunderbird Rd | Scottsdale | AZ | 85254 |
| Laveen Village Marketplace | 5130 W Baseline Rd | Laveen | AZ | |
| Plant Shops | 4191-4415 S Gilbert Rd | Chandler | AZ | 85249 |
| Tatum Park Place | 15530 & 15620 North Tatum Blvd and 4720 East Greenway Rd | Phoenix | AZ | 85018 |
| Arrowhead Festival | 7350, 7410, 7470 & 7480 West Bell Rd | Glendale | AZ | 85308 |
| Plaza Centro | 345 & 350 E Congress Strret | Tucson | AZ | 85700 |
| 77th & Arrowhead | 7650 W. Bell Rd | Glendale | AZ | 85308 |
| Playa del Norte | 555 N Scottsdale Rd | Tempe | AZ | 85281 |
| The Yard | 5632 N 7th Street | Phoenix | AZ | 85028 |
| Tucson Grant Rd | 6501 E Grant Street | Tucson | AZ | 85715 |
| March Air Cargo | 17101 Heacock Street | Moreno Valley | CA | 92551 |
| Shops at Eastlake Terraces | 1320-1480 Eastlake Parkway & 2089-2127 Olympic Parkway | Chula Vista | CA | 91913 |
| Folsom-Auburn Self-Storage | 7770 Folsom-Auburn Rd | Folsom | CA | 95630 |
| Bay Area Commerce Center - Brisa | 6755 Brisa Street | Livermore | CA | 94550 |
| Victoria | 3025 E Victoria Street | Rancho Dominguez | CA | |
| Hermosa Avenue | 9550 Hermosa Avenue | Rancho Cucamonga | CA | 91730 |
| Pleasant Grove Pointe | 933-973 Pleasant Grove Parkway | Roseville | CA | 95661 |
| Eastlake Village Center East | 2305-2315 Otay Lakes Rd | Chula Vista | CA | 91915 |
| Quarry Creek | 3460 & 3480 Marron Road | Oceanside | CA | 92056 |
| Shops at Rancho Vista Gateway | SEC W Avenue P & 10th Street West | Palmdale | CA | 93550 |
| Eagle's Nest Village Center | 24300 East Smoky Hill Rd. | Aurora | CO | 80016 |
| Parker Valley Center IV | 11177 S. Dransfeldt Road | Parker | CO | 80134 |
| Parker Valley Center VI | 11280 S Twenty Mile Road | Parker | CO | 80134 |
| Shoppes on Grant | 10000 Grant Street | Thorton | CO | 80229 |
| Foxfield Village Center | 16270 & 16350 East Arapahoe Rd | Foxfield | CO | 80016 |
| Village at Forest Trace | 32870 & 23890 East Smoke Hill Rd | Aurora | CO | 80016 |

| Location | Physical Address | City | State | ZIP |
|---|---|---|---|---|
| Parker Valley Center V | 11290 S Twenty Mile Road | Parker | CO | 80134 |
| Shoppes on Academy | 7252 N Academy Blvd | Colorado Springs | CO | 80920 |
| Nottingham Station | 25 Hurd Lane | Avon | CO | 81620 |
| Palms Plaza | 22161 & 22191 S Powerline Rd | Boca Raton | FL | 33433 |
| Riverside Self Storage | 10400 Riverside Drive | Palm Beach Gardens | FL | 33410 |
| Dale Mabry Storage | 17921 N Dale Mabry Highway | Lutz | FL | 33548 |
| Seminole Heights Self-Storage | 7200-7204 N Florida Ave. | Tampa | FL | 33604 |
| Universal Plaza | 5401 N. University Drive | Lauderhill | FL | 33351 |
| Collins Plaza | 7075 Collins Road | Jacksonville | FL | 32244 |
| Shoppes of Tinseltown | 9700 Deer Lake Court | Jacksonville | FL | 32246 |
| Metro Crossing, Plaza & Pointe | 2555, 2418 & 2234 South Kirkman Rd | Orlando | FL | 32811 |
| Brandon Shoppes & Commons | 11001 & 11045 Causeway Blvd | Brandon | FL | 33511 |
| Royal Palms on 4th | 5002-5036 4th Street N. | St. Petersburg | FL | 33702 |
| Red Bug Village | 5220 Red Bug Lake Rd | Winter Springs | FL | 32708 |
| Causeway Shoppes | 10943 Causeway Blvd. | Brandon | FL | 33511 |
| Gardens on Millenia | 4693 Gardens Park Blvd. | Orlando | FL | 32839 |
| Winter Park Village Shoppes & Terrace | 933 & 415 North Orlando Ave | Winter Park | FL | 32789 |
| Shoppes at Maitland | 421 S. Orlando Avenue | Maitland | FL | 32751 |
| Shoppes at University Plaza | 10041 University Plaza Drive | Fort Myers | FL | 33913 |
| Oviedo Point | 976 W Mitchell Hammock Rd | Oviedo | FL | 32765 |
| Magnolia Grove II | 214 - 216 South Magnolia Drive | Tallahassee | FL | 32301 |
| Magnolia Grove | 216 South Magnolia Drive | Tallahassee | FL | 32301 |
| Federal Shoppes | 1595 N Federal Hwy | Fort Lauderdale | FL | 33304 |
| Third Flag Logistics | 7801 Third Flag Parkway SW | Austell | GA | 30168 |
| Woodstock Self Storage | 185 Woodstock Parkway | Woodstock | GA | 30188 |
| Merchants Festival | 1401 Johnson Ferry Rd | Marietta | GA | 30062 |
| Terrell Mill Self Storage | 1490 Terrell Mill Road | Marietta | GA | 30067 |
| Suwanee Town Center | 310, 320, 340 Town Center Ave & 3930 Charleston Market St NW and parking garage | Suwanee | GA | 33024 |
| PinPoint Heritage Museum | 9924 Pin Point Avenue | Savannah | GA | 31406 |
| Commons at Chastain (Madison Place at Chastain) | 745 Chastain Road NW | Kennesaw | GA | 30144 |
| Stonewalk Shopping Center | 970 North Point Drive | Alpharetta | GA | 30022 |
| Cumberland Marketplace | 2680-2700 Cobb Parkway | Smyrna | GA | 30080 |
| The Atwater | 2705 Old Milton Parkway | Alpharetta | GA | 30004 |
| Glenwood Place | 800 Glenwood Avenue Southeast | Atlanta | GA | 30316 |
| Brookleigh Marketplace | 3575 Durden Drive NE | Atlanta | GA | 30319 |
| Cumberland Walgreens | 2670 Cobb Parkway SE | Smyrna | GA | 30080 |
| Newnan Promenade | 1111 Bullsboro Drive | Newnan | GA | 30265 |
| Old Milton Festival | 3710 Old Milton Parkway | Alpharetta | GA | 30005 |

CCC000078

| Location | Physical Address | City | State | ZIP |
|---|---|---|---|---|
| W. Ponce | 319 W. Ponce | Decatur | GA | 30030 |
| Johns Creek Festival | 11160 Medlock Bridge Road | Johns Crek | GA | 30097 |
| Channahon Corporate Center | 24601 S Bradley Street | Channahon | IL | 60410 |
| 3311 Charles/Franklin Park | 3311 Charles Street | Franklin Park | IL | 60131 |
| Westlake Plaza | 3217 Lake Ave | Willmette | IL | 60091 |
| Downers Grove Town Center | 1014-1034 Ogden Ave | Downers Grove | IL | 60515 |
| Broadway Square | 5206-5244 North Broadway | Chicago | IL | 60640 |
| Touhy Marketplace | 3556-3620 & 3654 W Touhey Ave | Skokie | IL | 60076 |
| Regal Showplace | 4912  & 5006 Northwest Highway | Crystal Lake | IL | 60014 |
| Siena at Old Orchard | 9400-9408 Skokie Blvd | Skokie | IL | 60077 |
| Gateway Center | 14301 S. Lagrange Rd | Orland Park | IL | 60462 |
| Meacham Gatherings | 900 N Meacham | Schaumburg | IL | 60173 |
| Lake Bluff IV | 955 Rockland Rd | Lake Bluff | IL | 60044 |
| Oakbrook Terrace Plaza | 17W700 W 22nd Street | Oakbrook Terrace | IL | 60181 |
| Dunkin Center (Wheaton Shops) | 2040 South Naperville Rd | Wheaton | IL | 60189 |
| Clearwater Shops | 2103-2119 Clearwater Drive | Oak Brook | IL | 60523 |
| Lake Bluff III | 945 Rockland Rd | Lake Bluff | IL | 60044 |
| Shoppes at Deer Creek Woods | 7100-7212 W 135th St & 13300-13448 Melcalf Ave | Overland Park | KS | 66223 |
| Tower Plaza | 2500, 2520, 2540 & 2560 Iowa Street | Lawrence | KS | 66046 |
| Prairie Trails West | 15030 S. Blackbob | Olathe | KS | 66062 |
| Corbin Park South | Metcalf Ave & West 135th St | Overland Park | KS | 66223 |
| Corbin Park North | Metcalf Ave & West 135th St | Overland Park | KS | 66223 |
| Youree Plaza | 7230 Youree Plaza | Shreveport | LA | 71105 |
| Middlesex Marketplace | 90 Middlesex Turnpike | Burlington | MA | 01803 |
| Shops at Mall Road | 112 Burlington Mall Rd | Burlington | MA | 01803 |
| Malborough Shops | 32-44 Bost Post Rd West | Malborough | MA | 01752 |
| Gardens of Annapolis | 931 Edgewood Rd | Annapolis | MD | 21403 |
| Bel Air North Village | 1517-1525 Rock Springs Rd & 110 Bynum Rd | Forset Hill | MD | 21050 |
| Shops at Wedgwood | 6322-6346 Vinewood Lane and 13300 & 13384 Bass lake Road | Maple Grove | MN | 55311 |
| Village Shoppes at Chanhassen | 460 Lake Drive | Chanhassen | MN | 55317 |
| Maple Grove | 12725 Elm Creek Blvd. North | Maple Grove | MN | 55369 |
| Knollwood Crossing | 525 Blake Rd North | Hopkins | MN | 55343 |
| Sappington Square | 9560-9590 Watson Rd | Crestwood | MO | 63126 |
| Plaza Shops | 701-747 N Ballas Road | Creve Coeur | MO | 63141 |
| Westport Landing | 538 Westpaort Rd | Kansas City | MO | 64111 |
| Shiloh Crossing | 1404 Surles Ct and 1000 & 1004 Lower Shiloh Way | Morrisville | NC | 22703 |
| Terraces @ Southpark | 4717 Sharon Rd | Charlotte | NC | 28210 |
| Shoppes at Weston Corners | 9906-9960 Chapel Hill Rd | Morrisville | NC | 22703 |
| The Pointe at University Place | 8936-8948 JM Keynes Drive | Charlotte | NC | 28262 |
| NoDa | 3629 - 3701 N Davidson Street | Charlotte | NC | 28205 |
| 7000 Midlantic | 7000 Atlantic Drive | Mount Laurel | NJ | 08054 |

CCC000079

| Location | Physical Address | City | State | ZIP |
|---|---|---|---|---|
| First Interstate Plaza II | 125 Lincoln Ave | Santa Fe | NM | 87501 |
| Holly Shops | 6400 Holly Avenue NE | Albuquerque | NM | 87113 |
| Pecos Windmill Plaza | 2601-2663 Windmill Pkwy, 191-197 N Pecos Rd | Henderson | NV | 89704 |
| West Sunset Rd | 1381 West Sunset Rd | Henderson | NV | 89014 |
| 7 Popham | 7 Popham Rd | Scarsdale | NY | 10583 |
| 26 Washington Square | 26 Washington Square | New York | NY | 10011 |
| 15 Popham | 15 popham Rd | Scarsdale | NY | 10583 |
| Vestal Shops | 2505 Vestal Parkway East | Vestal | NY | 13850 |
| Christie Place | 1 Christie Place | Scarsdale | NY | 10583 |
| Harrison Greene | 5649-5655 Harrison Avenue | Cinncinnati | OH | 45248 |
| Centre at Perimeter | 6510-6570 Perimeter Drive | Dublin | OH | 43106 |
| Shops at Avery Place | 6695-6755 Avery Murfield Dr | Dublin | OH | 73016 |
| Brookland North | 3702 & 3722 South Peoria Avenue | Tulsa | OK | 74105 |
| Martinazzi Sqaure | 19221-19449 SW Martinazzi Ave. | Tualatin | OR | 97062 |
| Fishtown Self Storage | 1645 North American Street | Philadelphia | PA | 19122 |
| Chesterbrook Village | 500 Chesterbrook Blvd. | Wayne | PA | 19087 |
| Walnut Place | 4612 Browns Hill Rd | Pittsburgh | PA | 15217 |
| Penn Place | 145 William Penn Highway | Monroeville | PA | 15146 |
| Orchard Park Plaza | 5517 William Flynn Highway | Gibsonia | PA | 15044 |
| Centre Plaza | 4815 Centre Ave | Pittsburgh | PA | 15217 |
| King of Prussia Chipotle & AT&T Strip Center | 620 West Dekalb Pike | King of Prussia | PA | 19406 |
| Encore | 301 Demonbreun Street | Nashville | TN | 37201 |
| Victory Park/Deer Park | 2851 E Pasadena Blvd. | Deer Park | TX | 77536 |
| Woodlawn Hall | 3953 Maple Avenue | Dallas | TX | 75219 |
| College Park Plaza | 3091 College Park Drive | The Woodlands | TX | 77384 |
| Tomball Town Center | NE Corner of FM 2920 & State Highway 249 | Tomball | TX | 77377 |
| Wildlife 3 | 720 Commerce Park Drive | Grand Prairie | TX | 75050 |
| Parmer McNeil Plaza | 6301  W. Parmer Lane | Austin | TX | 78729 |
| Old Parkland Unit H (Garage) @300 spaces | Maple Avenue | Dallas | TX | 75219 |
| Wildlife 9 | 744 Refuge Way | Grand Prairie | TX | 75050 |
| Goodnight Building B | 10880 Goodnight Lane | Dallas | TX | 75220 |
| Goodnight Building A | 10900 Goodnight Lane | Dallas | TX | 75220 |
| Wildlife 4 | 700 Commerce Park Drive | Grand Prairie | TX | 75050 |
| Vintage Self Storage | 15500 Vintage Preserve Parkway | Houston | TX | 77070 |
| CHI Randalls - Building 4 | 10600 Telge Rd | Houston | TX | 77095 |
| Mason Road Self Storage | 20512 FM 1093 | Richmond | TX | 77407 |
| Wildlife 7 | 2515 N. Beltline Rd. | Grand Prairie | TX | 75050 |
| Frankford Self Storage (Preferred Self Storage) | 3737 Frankford Rd | Dallas | TX | 75287 |
| Layne Crossing Industrial - Building 2 | 11142 Beltline Rd | Houston | TX | 77067 |

| Location | Physical Address | City | State | ZIP |
|---|---|---|---|---|
| Layne Crossing Industrial - Building 3 | 11122 Beltline Rd | Houston | TX | 77067 |
| Layne Crossing Industrial - Building 1 | 11150 Beltline Rd | Houston | TX | 77067 |
| Cockrell Hill Self Storage | 4311 Communications Blvd | Dallas | TX | 75211 |
| Royal MacArthur | 6420, 6430, 6440, 6450 & 6460 N McArthur Blvd | Irving | TX | 75039 |
| Layne Crossing Industrial - Building 5 | 11123 Beltline Rd | Houston | TX | 77067 |
| Cole Street | 101, 145 Cole Street | Dallas | TX | 75207 |
| Heritage Marketplace | 3300 Heritage Trace Parkway | Fort Worth | TX | 76177 |
| McDermott Town Crossing | 1312-1328 W McDermott Dr | Allen | TX | 75013 |
| Whiskey Cake | 27800 I-45 North | Conroe | TX | 77385 |
| Layne Crossing Industrial - Building 4 | 11102 Beltline Rd | Houston | TX | 77067 |
| Rayford Harmoney | 3555 Rayford Rd | Spring | TX | 77386 |
| Rayford Crossing | 3431 Ryaford Rd | Spring | TX | 77386 |
| Pines of Louetta North | 1600, 1614 & 1620 Louetta Road | Spring | TX | 77388 |
| Southlake Oaks | 480, 500 W Southlake Blvd. | Southlake | TX | 76092 |
| 1300 Wycliff | 1300 Wycliff Ave | Dallas | TX | 75207 |
| CentrePort Shops | 14121-14113 Trinity Blvd., 4120 Hwy 360 & 4021 Reggis Court | Fort Worth | TX | 76155 |
| Baytown Shops | 6321-6303 Garth Rd | Baytown | TX | 77521 |
| Rice Village | 5600, 5650 & 5712 Kirby Drive | Houston | TX | 77005 |
| CityWest | 10550 Westheimer Rd & 2500 CityWest Blvd | Houston | TX | 77042 |
| Ella Plaza | 3430 & 3450 Ella Blvd. | Houston | TX | 77018 |
| Bee Caves West | 6317 Bee Cave Road | Austin | TX | 78746 |
| Preston Stonebriar | 3930 Preston Rd. & 9144 Prestmont Place | Frisco | TX | 75034 |
| Bengal Warehouse/Industrial | 4814 Bengal | Dallas | TX | 75235 |
| Layne Crossing Industrial - Building 6 | 11103 Beltline Rd | Houston | TX | 77067 |
| Royal Oaks Centre | 11700 Westheimer Road | Houston | TX | 77007 |
| Highland Plaza III | 3701, 3711 & 3721 Justin Rd. | Flower Mound | TX | 75028 |
| Lake Woodlands Plaza | 1640 Lake Woodlands Drive | The Woodlands | TX | 77380 |
| Eleanor's Square | 230 North Denton Tap Rd | Coppell | TX | 75019 |
| Shops at Mason Creek | 1230 N Mason Rd. | Katy | TX | 77449 |
| Shoppes at Uptown Crossing | 5409 S Rice Avenue | Houston | TX | 77081 |
| Bulverde Marketplace | 17230 Autry Pond Rd | San Antonio | TX | |
| Parkway Commons | 2875 E League City Parkway | League City | TX | 77573 |
| Louetta Oaks | 1650 Louetta Rd | Spring | TX | 77388 |
| Webster Center | 820 Bay Area Blvd. | Webster | TX | 77598 |
| Lubbock Overton Center | 411-413 & 501 University Ave and 2414 Mac Davis Lane | Lubbock | TX | 79401 |
| Katy Green II | 19355 Katy Freeway | Houston | TX | 77094 |
| Luna Crossing | 3933 & 3937 N Central Expressway | Plano | TX | 75023 |
| Carrollton Retail Center | 3320 E Hebron Parkway | Carrollton | TX | 75010 |

CCC000081

| Location | Physical Address | City | State | ZIP |
|---|---|---|---|---|
| Cedar Park | 700 East Whitestone | Cedar Park | TX | 78613 |
| Presidio Junction | 8900 Tehama Rdge Parkway | Fort Worth | TX | 76177 |
| Bear Grounds | 721 S 4th St & 720 S 5th St | Waco | TX | 76706 |
| Lyndon I (building A) | 200 Springtown Way R120-R118 | San Marcus | TX | |
| Maple Retail Bldg 3 | 4040 Maple Ave | Dallas | TX | 75219 |
| Willow Bend Crossing | 1855 Dallas Parkway | Plano | TX | 75093 |
| Sprezza | 4010 Maple Avenue | Dallas | TX | 75219 |
| Forest Crossing | 2110 Eldorado Parkway | McKinney | TX | 75070 |
| Midway Plaza | 12801 Midway Rd | Dallas | TX | 75244 |
| Rayford Springs | 2222 Rayford Rd | Spring | TX | 77386 |
| Gray & Montrose (West Gray & Montrose) | 1000 & 1014 W Gray Street | Houston | TX | 77019 |
| 18th & Vine | 4100 Maple Avenue | Dallas | TX | 75219 |
| Wilderness Oaks | 23522 Wilderness Oak | San Antonio | TX | 78258 |
| Conroe Retail Center | 1240 North Loop 336 West | Conroe | TX | 77301 |
| 2633 McKinney | 2633 McKinney Ave. | Dallas | TX | 75204 |
| Lakeshore Commons | 2268 N. Lakeshore | Rockwall | TX | 76087 |
| Mueller Regional Retail | 5010 Lancaster Drive | Austin | TX | 78723 |
| Eldorado Village | 5722 Eldorado Parkway | Frisco | TX | 75034 |
| Arrowhead | 3526 Arrowhead Drive | Dallas | TX | 75204 |
| Cedar Springs | 1925 Cedar Springs Rd #102 | Dallas | TX | 752 |
| Willow Bend Phase II | 1885 Dallas Parkway | Plano | TX | 75093 |
| Greenville Starbuck & Spa 810 | 4924 Greenville Avenue | Dallas | TX | 75206 |
| Legacy Plaza at 54th | 1776 W 5400 S | Taylorsville | UT | 84118 |
| Crescent Corners | 17 E 11400 | Sandy | UT | 84070 |
| Backlick Center | 6651-6691 Backlick Rd | Springfield | VA | 22150 |
| VGT - Atlas Office | 7500 Iron Bar Lane | Gainesville | VA | 20155 |
| Retail at Midtown | 11990 Market Street | Reston | VA | 20190 |
| Fairfax Marketplace | 10940 Fairfax Blvd. | Fairfax | VA | 22030 |
| Boulevard Marketplace at Fairfax | 10120-10160 Fairfax Blvd. | Fairfax | VA | 22030 |
| Fairfax Pointe | 10955 Fairfax Blvd. | Fairfax | VA | 22030 |
| University Crossroads | 900 Prices Fork Rd. | Blacksburg | VA | 24060 |
| Landstown Centre | 1908-1912 Landstown Centre Way | Virginia Beach | VA | 23456 |
| The Doggett House | 301 Amelia Street | Fredericksburg | VA | 22401 |
| Herndon Parkway Crossing | 905 Herndon Parkway | Herndon | VA | 20170 |
| Avalon Meydenbauer | 200-330 Bellevue Way NE | Bellevue | WA | 98004 |
| Hazel Dell Plaza | 7720 NE Highway 99 | Vancouver | WA | 98665 |
| Shops at Oak Creek | 120 W Town Square Way | Oak Creek | WI | 53154 |
| Shops at Gammon Rd | 515-527 South Gammon Rd | Madison | WI | 53719 |
| Southern Hills | 1440 East 71st Street | Tulsa | OK | 74136 |

| Location | Physical Address | City | State | ZIP |
|---|---|---|---|---|
| Poinciana Park Storage | 1401 SW 1st Avenue | Fort Lauderdale | FL | 33315 |

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinabove set forth. **Modifications to this deductible exception list to be made based on quarterly acquisitions/divestitures for locations valued at USD17,500,000 total replacement cost or less.**

All Other Terms and Conditions Unchanged

CCC000083



**CNA Property Policy**

**Minimum Earned Premium Endorsement**

**THIS ENDORSEMENT CHANGES YOUR POLICY - PLEASE READ IT CAREFULLY**

The following is added to the Cancellation Clause of this policy:

**1.**     In the event of cancellation of this policy by or at the direction of the Insured, the Company shall retain a Minimum Earned Premium of REDACTED

**2.**     If the Insured cancels this policy, the earned premium will be computed in accordance with the customary short-rate table and procedure, or the Minimum Earned Premium stated above, whichever is greater.

 All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

MINEP (12-05)                                                                    Policy No:  6023381009
Page 1 of 1                                                              Endorsement No:  1
CONTINENTAL CASUALTY COMPANY                                      Effective Date:
Insured Name: CROW FAMILY INC

Copyright CNA All Rights Reserved.

CCC000084



**CNA Property Policy**

**Communicable Disease Exclusion Endorsement**

It is understood and agreed as follows:

The following Exclusion is added to this Policy:

**Communicable Disease Exclusion**

Notwithstanding any other provisions of this Policy to the contrary, the Company does not insure any loss, damage, cost, or expense caused by, arising out of, or attributable to a Communicable Disease. This exclusion applies to any Communicable Disease, whether occurring independently from, concurrently with, or in any sequence with, any other cause of loss or peril, whether insured or uninsured.

This exclusion includes, but is not limited to, any loss, damage, cost, or expense incurred:

1. to mitigate, remediate, repair, replace, prevent, suppress, control, clean-up, detoxify, remove, monitor, or test for any Communicable Disease;

2. due to the actual or perceived threat or fear of a Communicable Disease, including, without limitation, with respect to its incidence, spread, transmission, actual or perceived presence, or effect;

3. by the insured in response to the actions of governmental, military, or civil authority to mitigate, remediate, repair, replace, prevent, suppress, control, clean-up, detoxify, remove, monitor, or test for any Communicable Disease; or

4. as a result of a suspension of or change in business operations, including the operations of businesses other than the insured, caused by, arising out of, or attributable to a Communicable Disease, including, without limitation, with respect to its incidence, spread, transmission, actual or perceived presence, or effect

As used herein, Communicable Disease means any infectious agent or its byproducts, whether man-made or naturally occurring (including any viruses, bacteria, parasites, microorganisms, or any mutations thereof), that could result in infection, illness, or death and that occurs through the direct or indirect transmission of the infectious agent or its byproducts from an infected individual or via an animal, vector, the inanimate environment, or any other source, to a susceptible animal or human host.

This exclusion applies to all coverages, coverage extensions, additional coverages, global extensions, exceptions to any exclusion and other coverage grant(s).

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA89289XX (04-20)                                    Policy No:  6023381009
Page 1 of 1                                       Endorsement No:  2
CONTINENTAL CASUALTY COMPANY           Effective Date:
Insured Name: CROW FAMILY INC

Copyright CNA All Rights Reserved.



## **Computer Virus Exclusion Endorsement**

**THIS ENDORSEMENT CHANGES YOUR POLICY – PLEASE READ IT CAREFULLY.**

Effective June 1, 2021, this policy is amended as follows:

It is hereby understood and agreed that the policy to which this endorsement is attached excludes coverage for any physical damage, direct or indirect and any ***Time Element***, direct or indirect, occasioned by or through or in consequence, directly or indirectly, of ***Computer Virus,*** whether intentional or unintentional, and whether such loss be direct or indirect, proximate or remote or be in whole or in part caused by, contributed to or aggravated by the peril(s) insured against in this policy

In any action, suit or other proceeding, where the Company alleges that by reason of the provisions of this condition any loss is not covered by this insurance, the burden of proving that such loss or damage is covered shall be upon the Insured.

For the purposes of this policy and endorsement ***Computer Virus*** is hereby defined as any unauthorized intrusive codes or programming that are entered by any means into covered data processing equipment, media, software, programs, systems or records and interrupt the Insured's operations at any covered locations.

For the purpose of this policy and endorsement, ***Time Element*** shall mean Business Interruption (Gross Earnings/ Loss of Profits), Extra Expense, Rents/ Rental Value, Leasehold Interest, Contingent Business Interruption, Contingent Extra Expense, Interdependency.


All other terms and conditions of the Policy remain unchanged.

---

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

---

Copyright CNA All Rights Reserved.                                          CCC000086



**CNA Property Policy**

**Contaminants or Pollutants Exclusion Endorsement**

## THIS ENDORSEMENT CHANGES YOUR POLICY – PLEASE READ IT CAREFULLY.

It is hereby understood and agreed that the policy to which this endorsement is attached is amended as follows:

**CONTAMINANTS OR POLLUTANTS EXCLUSION:**  This Policy does not insure against loss, cost or expense to covered property caused by:

**a)**   the actual, alleged or threatened release, discharge, or dispersal of toxic or hazardous substances, **Contaminants or Pollutants**, all whether direct or indirect, proximate or remote or in whole or in part caused by, contributed to or aggravated by any physical damage insured by this policy; unless the contamination is itself caused by covered physical loss or damage of property insured by this Policy for the following Causes of Loss:

Fire; lightning; explosion; wind or hail; smoke; direct impact of vehicle, aircraft or vessel; strike, riot or civil commotion; vandalism or malicious mischief; Equipment Breakdown; leakage or accidental discharge of fire protection equipment; collapse; falling objects; weight of snow, ice or sleet; theft; sudden and accidental discharge, leakage, backup, or overflow of liquids or molten material from confinement within piping, plumbing systems, tanks, equipment or other containment located at the insured *__location__*;

**b)**   any government or regulatory directive or request that the Insured or anyone acting under the Insured's direction or control test for, monitor, clean up, remove, contain, treat, detoxify or neutralize any toxic hazardous substances, **Contaminants or Pollutants.**

**Contaminants or Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

Policy No:  6023381009  
Endorsement No:  4  
Effective Date:

Copyright CNA All Rights Reserved.

CCC000087



**CNA Property Policy**

## Economic and Trade Sanctions Condition Endorsement

### THIS ENDORSEMENT CHANGES YOUR POLICY – PLEASE READ IT CAREFULLY.

It is hereby understood and agreed that the policy to which this endorsement is attached is amended as follows:

The following condition is added:

**ECONOMIC AND TRADE SANCTIONS CONDITION**

In accordance with laws and regulations of the United States concerning economic and trade embargoes, this policy is void **ab initio** (void from its inception) with respect to any term or condition of this policy that violates any laws or regulations of the United States concerning economic and trade embargoes including, but not limited to the following:

**1.** Any insured, or any person or entity claiming the benefits of an insured, who is or becomes a Specially Designated National or Blocked Person or who is otherwise subject to U.S. economic or trade sanctions;

**2.** Any claim or "suit" that is brought in a Sanctioned Country or by a Sanctioned Country Government, where any action in connection with such claim or suit is prohibited by U.S. economic or trade sanctions;

**3.** Any claim or "suit" that is brought by any Specially Designated National or Blocked Person or any person or entity who is otherwise subject to U.S. economic or trade sanctions;

**4.** Property that is located in a Sanctioned Country or that is owned by, rented to or in the care, custody or control of a Sanctioned Country Government, where any activities related to such property are prohibited by U.S. economic or trade sanctions; or

**5.** Property that is owned by, rented to or in the care, custody or control of a Specially Designated National or Blocked Person, or any person or entity who is otherwise subject to U.S. economic or trade sanctions.

As used in this endorsement a Specially Designated National or Blocked Person is any person or entity that is on the list of Specially Designated Nationals and Blocked Persons issued by the U.S. Treasury Department's Office of Foreign Asset Control (O.F.A.C.) as it may be from time to time amended.

As used in this endorsement a Sanctioned Country is any country that is the subject of trade or economic embargoes imposed by the laws or regulations of the United States of America.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

LEOFAC02 (03-10)                                      Policy No:  6023381009
Page 1 of 1                                           Endorsement No:  5
CONTINENTAL CASUALTY COMPANY                          Effective Date:
Insured Name: CROW FAMILY INC

Copyright CNA All Rights Reserved.

CCC000088

**CNA Property Policy**

**Product Contamination and Recall Exclusion Endorsement**

### THIS ENDORSEMENT CHANGES YOUR POLICY – PLEASE READ IT CAREFULLY.

It is hereby understood and agreed that the policy to which this endorsement is attached is amended as follows:

The following exclusion is added:

Product Contamination and Recall

This policy excludes loss or damage caused by or resulting from adulteration or contamination to raw stock, stock in process or finished stock or products in the stream of commerce which causes the stock or products to become diminished in value or use, including but not limited to diminished value or use due to change in color, finish, flavor, size or texture. This exclusion applies unless the adulteration or contamination is itself caused by covered physical loss, damage or destruction of property insured by this Policy for the following Causes of Loss:

Fire; lightning; explosion; windstorm or hail; ***earth movement***; ***flood***; smoke; direct impact of vehicle, aircraft or vessel; strike, riot or civil commotion; vandalism or malicious mischief; leakage or accidental discharge of fire protection equipment; collapse; falling objects; weight of snow, ice or sleet; theft; sudden and accidental discharge, leakage, backup, or overflow of liquids or molten material from confinement within piping, plumbing systems, tanks, equipment or other containment located at the insured ***location***;

Further, this policy does not insure against any loss, damages, costs or expenses incurred by the Insured or by others for loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of the Insured's products or the Insured's direct or indirect customers or suppliers if such product or any portion of it is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy, contamination or dangerous condition.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

LCE02 (03-10)                                                         Policy No:  6023381009
Page 1 of 1                                                           Endorsement No:  6
CONTINENTAL CASUALTY COMPANY                                          Effective Date:
Insured Name: CROW FAMILY INC

Copyright CNA All Rights Reserved.

CCC000089

**CNA Property Policy**

**Terrorism Exclusion Endorsement**

### THIS ENDORSEMENT CHANGES YOUR POLICY – PLEASE READ IT CAREFULLY.

It is hereby understood and agreed that the policy to which this endorsement is attached excludes coverage for any loss or damage, direct or indirectly cause by or resulting from *Terrorism* regardless of any other cause or event, whether or not insured under this policy, contributing concurrently or in any other sequence to the loss.

*Terrorism* shall mean the use or threat of force or violence against persons or property, or commission of an act dangerous to human life or property, or commission of an act that interferes with or disrupts an electronic or communication system, undertaken by any person or group, whether or not acting on behalf of or in connection with any organization, government, power, authority or military force, when one or more of the following apply:

 The effect is to intimidate or coerce a government or business, or to disrupt any segment of the economy;

 The effect is to cause any alarm, fright, fear or danger, or apprehension of public safety; or

 The apparent or logically implied intent is to further political, ideological, religious or cultural objectives, or to express support for (or opposition to) a philosophy, ideology, religion or culture.

This exclusion does not apply to fire damage which results or follows from acts of *Terrorism* in the United States of America in those states which require such coverage to be provided.

 All other terms and conditions of the Policy remain unchanged.

---

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

---

CONTINENTAL CASUALTY COMPANY
Insured Name: CROW FAMILY INC

Policy No:  6023381009
Endorsement No:  7
Effective Date:

Copyright CNA All Rights Reserved.

CCC000090

| CNA PROPERTY |
|:---:|

## THIS ENDORSEMENT CHANGES YOUR POLICY - PLEASE READ IT CAREFULLY

It is hereby understood and agreed:

In consideration of a return premium of ███████ REDACTED ███████, the policy is amended to reflect changes in values at new locations added, and locations deleted as shown in the Statement of Values on File with the Company as of 09/16/2021.

1st Quarter Adjustment

| Action | Date | Physical Address | City | State | ZIP | 2021 TIV | Annual Prem | P R Prem |
|---|---|---|---|---|---|---|---|---|
| ADD | 6/1/21 | 7740 Folsum-AuburnRd | Scaramento | CA | 95630 | $ 8,550,000 | REDACTED | EDACTED |
| ADD | 6/1/21 | 230 South Intermodal Parkway (2), 206 South Intermodal Parkway (3), 280 South Intermodal Parkway (1) | Halset | TX | 76052 | $ 111,950,246 | | |
| ADD | 6/1/21 | 7995 Aurora Street | San Diego | CA | 92111 | $ 32,700,000 | | |
| ADD | 6/14/21 | 6002 Blue Ridge Drive | Highlands Ranch | CO | 80130 | $ 66,573,475 | | |
| ADD | 6/14/21 | 6202 Red Canyon Drive | Highlands Ranch | CO | 80130 | $ 52,977,040 | | |
| ADD | 6/14/21 | 6720 Green River Drive | Highlands Ranch | CO | 80130 | $ 64,070,722 | | |
| ADD | 6/18/21 | 865, 975, 988 S Washington Ave | San Bernardino | CA | 92408 | $ 44,616,174 | | |
| ADD | 6/28/21 | 250 Congress Park Drive | Delray Beach | FL | 33445 | $ 57,981,534 | | |
| ADD | 7/8/21 | 7800 Old Plank Road | Charlotte | NC | 28216 | $ 6,292,756 | | |
| ADD | 8/12/21 | 7236 Blue Mound Rd | Fort Worth | TX | 76131 | $ 3,467,297 | | |
| ADD | 8/13/21 | 2425 South Church Street | Murfreesboro | TN | 37127 | $ 2,755,460 | | |
| ADD | 8/13/21 | 1545 Rutledge Way | Murfreesboro | TN | 37129 | $ 963,600 | | |
| ADD | 8/13/21 | 1225 South Church Street | Murfreesboro | TN | 37127 | $ 707,300 | | |
| ADD | 8/13/21 | 1020 Seals Way | Murfreesboro | TN | 37127 | $ 1,537,740 | | |
| ADD | 8/19/21 | 2001 Park Hill Drive | Fort Worth | TX | 76110 | $ 79,551,177 | | |
| ADD | 8/27/21 | 10860 Park Rd | Pineville | NC | 28226 | $ 328,659 | | |
| ADD | 8/27/21 | 200 Springtown Way | San Marcos | TX | 78666 | $ 797,181 | | |
| ADD | 8/30/21 | 1155 South Dale Mabry Highway | Tampa | FL | 33629 | $ 4,660,514 | | |
| AMEND | 6/1/21 | 200 Springtown Way R120-R118 | San Marcos | TX | 0 | $ 600,085 | | |
| AMEND | 6/1/21 | 200 Springtown Way R120-R118 | San Marcos | TX | 0 | $ (1,965,205) | | |
| DEL | 6/24/21 | 6301 W. Parmer Lane | Austin | TX | 76131 | $ (13,300,000) | | |
| DEL | 6/24/21 | 10620 Telge Rd | Houston | TX | 77095 | $ (24,810,000) | | |
| DEL | 6/24/21 | 10600 Telge Rd | Houston | TX | 77095 | $ (11,045,000) | | |
| DEL | 6/24/21 | 10704 Telge Rd | Houston | TX | 77095 | $ (18,500,000) | | |
| DEL | 6/28/21 | 10400 Riverside Drive | Palm Beach Gardens | FL | 33410 | $ (11,175,000) | | |
| DEL | 6/29/21 | 6701 & 6733 Eton Ave. | Woodland Hills | CA | 91303 | $ (71,386,910) | | |
| DEL | 7/1/21 | 5722 Eldorado Parkway | Frisco | TX | 75034 | $ (1,085,768) | | |
| DEL | 7/8/21 | 1660 Katy Gap Road | Katy | TX | 77494 | $ (41,674,384) | | |
| DEL | 7/13/21 | 2380 W. Baseline Rd | Rialto | CA | 92376 | $ (21,250,000) | | |
| DEL | 7/13/21 | 1640 Lake Woodlands Drive | The Woodlands | TX | 77380 | $ (3,030,671) | | |
| DEL | 7/16/21 | 9425 Rolater Drive | Frisco | TX | 75035 | $ (42,990,597) | | |
| DEL | 7/20/21 | NE Corner of FM 2920 & State Highway 249 | Tomball | TX | 77377 | $ (14,730,581) | | |
| DEL | 7/26/21 | 3939 E Camelback Rd | Phoenix | AZ | 85018 | $ (17,172,028) | | |
| DEL | 7/30/21 | 5230 Bryant Irvin Rd | Fort Worth | TX | 76132 | $ (26,141,679) | | |
| DEL | 8/2/21 | 4926 Mission Avenue & 2722 North Fitzhugh | Dallas | TX | 75206 | $ (70,477,269) | | |
| DEL | 8/20/21 | 6445 Tradeport Drive | Lakeland | FL | 33805 | $ (56,554,883) | | |
| DEL | 8/27/21 | 1351 Federal Highway | Boynton Beach | FL | 33435 | $(113,400,000) | | |
| | | | | | | $ (19,609,015) | | |

All other terms and conditions of the Policy remain unchanged.

THIS ENDORSEMENT IS A PART OF YOUR POLICY AND TAKES EFFECT ON THE EFFECTIVE DATE OF YOUR POLICY UNLESS ANOTHER EFFECTIVE DATE IS SHOWN BELOW

| ENDORSEMENT NUMBER | POLICY NUMBER |
|---|---|
| 8 | RMP 6023381009 |
| NAMED INSURED | EFFECTIVE DATE |
| CROW FAMILY INC | 06/01/2021 |

3/26/10                                    1 of 1                                    L1002A

CCC000092

| CNA PROPERTY |
| --- |

## THIS ENDORSEMENT CHANGES YOUR POLICY - PLEASE READ IT CAREFULLY

It is hereby understood and agreed:

In consideration of an additional premium of REDACTED the policy is amended to reflect changes in values at new locations added, and locations deleted as shown in the Statement of Values on File with the Company as of 12/18/2021.

2nd Quarter Adjustment

| Action | Location Added | Location | City | State | ZIP | 2021 Real Property | BI | TIV | Annual Prem | P.R. Premium |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ADD | 8/13/21 | 1545 Rutledge | Murfreesboro | TN | 37129 | $ 857,100 | $ 106,500 | $ 963,600 | | |
| ADD | 11.19.21 | Arabelle Shops | Sandy Springs | GA | 30328 | $ 1,851,811 | $ 671,929 | $ 2,523,740 | | |
| ADD | 11.12.21 | Centre Pointe - A & B | Carson | CA | 90248 | $ 16,427,708 | $ 2,216,173 | $ 18,643,881 | | |
| ADD | 11.12.21 | Centre Pointe - C | Carson | CA | 90248 | $ 4,819,030 | $ 583,075 | $ 5,402,105 | | |
| ADD | 10/1/2021 - note 3 | Deer Valley | Phoenix | AZ | 85027 | $ 36,798,052 | $ 2,755,863 | $ 39,553,915 | | |
| ADD | 9/29/21 | Gateway Plaza | Austin | TX | 78759 | $ 2,400,000 | $ 708,000 | $ 3,108,000 | | |
| ADD | 10/12/21 | Main Street Place | Houston | TX | 77025 | $ 1,418,347 | $ 558,125 | $ 1,976,472 | | |
| ADD | 10.28.21 | Mineral Shops | Littleton | CO | 80128 | $ 1,482,140 | $ 317,656 | $ 1,799,796 | | |
| ADD | 10/14/21 | North Academy Plaza | Colorado Springs | CO | 80920 | $ 1,090,566 | $ 386,174 | $ 1,476,740 | | |
| ADD | 11.30.21 | Northwest Indiana Crossings | Merrillville | IN | 46410 | $ 20,000,000 | $ 1,548,594 | $ 21,548,594 | | |
| ADD | 8/27/2021 note 2 | Pineville Shops | Pineville | NC | 28226 | $ 1,046,545 | | $ 1,046,545 | | |
| ADD | 11.12.21 | Preserve at Zephyr Ridge | Zephyrhills | FL | 33541 | $ 25,995,105 | $ 3,328,288 | $ 29,323,393 | | |
| ADD | 10/7/21 | The Cottages at Lubbock | Lubbock | TX | 79401 | $ 25,471,418 | $ 5,232,022 | $ 30,703,440 | | |
| ADD | 9/30/21 | The Grove at Alamo Ranch | San Antonio | TX | 78253 | $ 2,432,912 | $ 565,740 | $ 2,998,652 | | |
| ADD | 9/8/21 | Trilogy Cameron Village | Raleigh | NC | 27605 | $ 14,610,018 | $ 4,373,820 | $ 18,983,838 | | |
| ADD | 10/9/21 | Turtle Crossing | Coral Springs | FL | 33073 | $ 12,801,000 | $ 1,973,085 | $ 14,774,085 | | |
| ADD | 11.18.21 | Valk | Dallas | TX | 75229 | $ 20,400,000 | $ 1,267,369 | $ 21,667,369 | | |
| ADD | 11.15.21 | Weatherford Farms | Stafford | TX | 77477 | $ 21,151,974 | $ 4,150,000 | $ 25,301,974 | | |
| ADD | 10.27.2021 | Williams Plaza | Georgetown | TX | 78628 | $ 1,392,025 | $ 323,930 | $ 1,715,955 | | |
| AMEND | 6.1.2021 note 1 | Pecos Windmill Plaza | Henderson | NV | 89704 | $ 661,899 | $ 130,763 | $ 792,662 | | |
| AMEND | 6.1.21 Note 1 | Pecos Windmill Plaza | Henderson | NV | 89704 | $ (3,454,100) | $ (682,383) | $ (4,136,483) | | |
| AMEND | 6.1.2021 note 1 | Pecos Windmill Shops | Henderson | NV | 89704 | $ 2,792,201 | $ 551,620 | $ 3,343,821 | | |
| AMEND | 9.1.2021 note 4 | Retail at Midtown | Reston | VA | 20190 | $ 3,000,000 | $ 733,688 | $ 3,733,688 | | |
| AMEND | 9/1/21 | Retail at Midtown | Reston | VA | 20190 | $ (5,541,900) | $ (733,688) | $ (6,275,588) | | |
| DEL | 10/21/21 | 7995 Armour Street | San Diego | CA | 92111 | $(30,300,000) | $(2,400,000) | $ (32,700,000) | | |
| DEL | 11.16.21 Note 3 | Deer Valley | Phoenix | AZ | 85027 | $(36,798,052) | $(2,755,863) | $ (39,553,915) | | |
| DEL | 11/9/21 | Fishtown Self Storage | Philadelphia | PA | 19122 | $ (6,888,977) | $ (740,000) | $ (7,628,977) | | |
| DEL | 10/22/21 | Hermosa Avenue | Rancho Cucamonga | CA | 91730 | $ (5,400,000) | $ (740,227) | $ (6,140,227) | | |
| 0 | 1/0/00 | 0 | | 0 | 0 | $ - | $ - | $154,947,075 | | |

All other terms and conditions of the Policy remain unchanged.

THIS ENDORSEMENT IS A PART OF YOUR POLICY AND TAKES EFFECT ON THE EFFECTIVE DATE OF YOUR POLICY UNLESS ANOTHER EFFECTIVE DATE IS SHOWN BELOW

| ENDORSEMENT NUMBER | POLICY NUMBER |
| --- | --- |
| 9 | RMP 6023381009 |
| NAMED INSURED | EFFECTIVE DATE |
| CROW FAMILY INC | 06/01/2021 |

3/26/10                                              1 of 1                                              L1002A

CCC000094