IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WINDSOR COURT HOTEL, PARTNERS L.L.C., Plaintiff, | § § § | |
| v. | § § § | CIVIL ACTION NO. 3:25-CV-2813-E-BK |
| ARCH SPECIALTY INSURANCE, COMPANY and LANDMARK AMERICAN INSURANCE COMPANY, Defendants. | § § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. (Doc. 62). No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (Doc. 62).

Accordingly, for the reasons enumerated in the United States Magistrate Judge's Findings, Conclusions, and Recommendations, it is hereby ORDERED that Plaintiff's Emergency Motion to Remand, (Doc. 28), is GRANTED as to remand, and Plaintiff's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11, (Doc. 50), is DENIED.

**SO ORDERED.**

3rd day of September, 2026.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE